ORIGINAL

STROOCK & STROOCK & LAVAN LLP
JAMES E. FITZGERALD (State Bar No. 108785)
JASON R. BENDEL (State Bar No. 212774)
BRIAN FODERA (State Bar No. 246391)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail: *lacalendar@stroock.com*

Attorneys for Plaintiff
Arch Insurance Company

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2011
25   GK

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No. CV11-1675 CAS (PJWx) |
| Plaintiff, | DECLARATION OF PAUL PAPPAS IN SUPPORT OF ARCH INSURANCE COMPANY'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION. |
| vs. | |
| ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual, | Date: Time: Place: [Ex Parte Application filed and [Proposed] Order lodged concurrently] |
| Defendants. | |

-1-

LA 51373932

## DECLARATION OF PAUL PAPPAS

I, Paul Pappas, hereby declare:

1.    I am Vice-President of the Alternative Markets division for Arch Insurance Group, Inc., parent company of Arch Insurance Company.   I submit this declaration in support of Arch's Ex Parte Application For A Temporary Restraining Order And An Order To Show Cause Re: Preliminary Injunction.  If called as a witness in this case, I could and would competently testify to the following facts, all of which are within my personal, first-hand knowledge.

2.    As a Vice-President for Alternative Markets for Arch, my responsibilities include managing the book of business as well as the Alternative Markets staff on a day to day basis.  Allegiant Professional Business Services, Inc. ("Allegiant") is one the accounts included within the Alternative Markets book of business.

3.    Arch is an insurance company that provides various forms of insurance to businesses throughout the United States.  One of the lines of business written by Arch is workers' compensation policies.

4.    I have been one of the people at Arch who has worked on the workers' compensation policies issued to Allegiant Professional Business Services, Inc. ("Allegiant") and as such, am familiar with Allegiant's account and the maintenance of its workers' compensation program over the last eight months.  Allegiant operates two types of businesses: a temporary staffing unit and a Professional Employer Organization ("PEO").  The temporary staffing operation provides Allegiant employees to third-party or client companies under contract to meet seasonal demand, shortages created by employee vacations and other temporary labor demands.  The PEO operation is engaged in the business of assisting employers with hiring, payroll, benefits enrollment, administration and other human resource tasks for their non–Allegiant employees.  Under the PEO arrangement, employer clients of

-2-

1  Allegiant transfer their payroll, benefits, workers' compensation and human

2  resources responsibilities regarding their clients to Allegiant.

3      5.     On information and belief, Defendant National HR is in the business of

4  providing PEOs to employers and by doing so assists employers with payroll

5  processing, benefits administration and managing workers' compensation insurance

6  for their clients' employees.

7      6.     Archway is an independent insurance brokerage firm that has

8  represented Allegiant in connection with its application for workers' compensation

9  insurance coverage underwritten by Arch.  Archway is not related in any way or an

10  affiliate of Arch.  Archway has never been authorized to sell or issue insurance on

11  behalf of Arch, or to act as Arch's agent for any purpose.

12      7.     In early 2008, early 2009 and early 2010, Arch and Allegiant entered

13  into written Binder agreements (hereinafter referred to, respectively, as the "2008

14  Binder Agreement," the "2009 Binder Agreement" and the "2010 Binder

15  Agreement") under which Arch would provide workers' compensation insurance to

16  Allegiant and its employees pursuant to the terms and conditions of those binder

17  agreements.  Because of the work I have done on the Allegiant account at Arch, I am

18  familiar with, and have a working knowledge of, the binder agreements between

19  Arch and Allegiant and the workers' compensation policies issued by Arch to

20  Allegiant.  Allegiant was required to advise Arch of any potential changes in the

21  operations of Allegiant and to obtain written approval from Arch prior to the change

22  of operations to avoid either policy cancellation or a change in program terms.  The

23  binder agreements provided that all policies and premium are subject to audit, with

24  final premiums to be adjusted based on the final audited exposure under the

25  respective policy years.

26      8.     In early 2008, pursuant to the 2008 Binder Agreement, Arch issued

27  Workers Compensation and Employers Liability Insurance Policy number

28  ZAWCI9116700 ("2008 Policy") to Mercer Ventures, Inc. ("Mercer"), the

1  predecessor of Allegiant, providing coverage for Mercer's temporary staffing
2  operations.  The 2008 Policy period was February 28, 2008, through February 28,
3  2009.  The 2008 Policy was intended to insure only Mercer's temporary staffing
4  employees, not its PEO operations or its clients' employees.

5      9.    In early 2009, pursuant to the 2009 Binder Agreement, Arch issued
6  Workers Compensation and Employers Liability Insurance Policy number
7  ZAWCI9154700 ("2009 Policy") to Mercer, effective February 28, 2009, through
8  February 28, 2010.  Like the 2008 Policy, the 2009 Policy was intended to only
9  insure  Mercer's temporary staffing employees, and not its PEO clients' employees.

10     10.   In or about early March 2010, pursuant to, and based on, the 2010
11  Binder Agreement, Arch issued Workers Compensation and Employers Liability
12  Insurance Policy number ZAWCI9199300 to Allegiant (the "2010 Policy") for the
13  Policy period February 28, 2010, through February 28, 2011.  Like the 2008 Policy
14  and the 2009 Policy, the 2010 Policy was intended to only insure  Allegiant's
15  temporary staffing employees, and not its PEO clients' employees.  A true and
16  correct copy of the 2010 Policy is attached to this Declaration as Exhibit "A" and is
17  incorporated by reference herein.

18     11.   Archway acted as Allegiant's insurance broker and agent in connection
19  with procurement, negotiation and maintenance of the binder agreements and the
20  Policy.

21     12.   In early February 2011, I became aware that Alltown Bus Service, Inc.
22  ("Alltown") of Skokie, Illinois, had been provided with a purported insurance binder
23  on Allegiant letterhead that states that Alltown was provided workers' compensation
24  insurance with limits of $1,000,000 under the 2010 Policy effective January 21,
25  2011.  The purported binder states that the annual premium for this workers'
26  compensation is $318,020.00 and is due and payable to Allegiant, and that claims
27  under such coverage should be notified to Allegiant.  A true and correct copy of the
28

-4-

1    purported binder naming Alltown is attached to this Declaration as Exhibit "B"

2    hereto and is incorporated by reference herein.

3         13.   Arch has never authorized any person or entity, including but not

4    limited to Allegiant, or any Defendant named in this case, to issue an insurance

5    binder to Alltown under the 2010 Policy, or any other workers' compensation policy

6    written by Arch.

7         14.   In or about early February 2011, I became aware that American

8    Business Insurance Services ("ABI"), a California insurance broker, acted as broker

9    for two of its clients, Global Paratransit, Inc. ("Global"), of Gardena, California, and

10   Southland Transit, Inc. ("Southland"), of El Monte, California, and had been

11   provided with documentation purporting to evidence issuance of workers'

12   compensation insurance under the 2010 Policy.  Upon information and belief, these

13   two companies paid approximately $2,900,000 in premiums to National HR for such

14   purported insurance, and National HR and Allegiant accepted said premium

15   payments.  Upon further information and belief, Global Paratransit and Southland

16   Transit submitted workers' compensation claims for their employees directly to

17   National HR and/or Allegiant, which thereafter gave notice of such claims to

18   California state regulators and Arch on the basis that they were workers'

19   compensation claims of Allegiant employees.   Arch paid such claims because they

20   were represented to be claims arising out of injury to Allegiant's employees only –

21   not employees of Global Paratransit and/or Southland Transit.

22        15.   On February 22, 2011, Arch was advised by ABI that it had received a

23   proposal dated March 19, 2010 from National HR purporting to offer coverage under

24   the 2010 Policy for San Gabriel Transit ("San Gabriel"), a division of Southland

25   Transit.  The proposal states that workers' compensation coverage is provided by

26   Arch Insurance Company and that coverage could be bound by submitting the signed

27   quote form and paying the first months premium of $195,200 directly to National HR

28

in Columbia, MO.  A true and correct copy of the proposal ABI received is attached to this Declaration as Exhibit "C" hereto and is incorporated by reference herein.

16.     Arch has never authorized any person or entity, including but not limited to Allegiant, National HR, Archway or any other Defendant named in the Complaint, to issue an insurance binder or any other evidence of insurance to Global Paratransit, Southland Transit, San Gabriel Transit or any agent or broker of those entities under the Policy, or any other workers' compensation policy written by Arch.

17.     Alltown, Global, Southland and San Gabriel are not listed affiliated companies under the Policy.  Arch has never been advised by Allegiant, Archway or National HR that such companies are affiliated companies under the 2010 Policy or any of the Policies.  Arch has never authorized or issued any insurance that would cover any of these entities under the Policies.

18.     Arch has never been paid, or offered payment for, any premium by Allegiant, National HR or Archway for any workers' compensation insurance for Alltown, Global, Southland or San Gabriel.  Arch has never received any premium paid by any of these entities to any of the Defendants or their agents, brokers or representatives.

I declare under penalty of perjury and under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 25th day of February 2011 at Tampa, Florida.


_____
                Paul Pappas

- 6 -

LA 51373932

Exhibit A

Policy Number: **ZAWCI9199300**

ALLEGIANT PROFESSIONAL BUSINESS SERVICES
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

**ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:**

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

03-17-10

INSURED COPY

**Policy Number**
**ZAWCI9199300**

**INSTALLMENT SCHEDULE**

# ARCH INSURANCE COMPANY

Named Insured   ALLEGIANT PROFESSIONAL

Effective Date:  02-28-10
12:01 A.M., Standard Time

Agent Name   ARCHWAY INSURANCE SERVICES, LLC

Agent No.   10100

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS
PAYABLE ON INSTALLMENTS AS FOLLOWS:

| DUE | PREMIUM | SURCHARGE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|
| DEPOSIT    02/28/2010 | $   3,619,722.00 | $   129,809.00 | $3,749,531.00 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

**INSTALL-FORM (01/02)**

INSURED COPY

EXHIBIT A Page 000008



Signature Page

IN WITNESS WHEREOF, Arch Insurance Company has caused this policy to be executed and attested.

Mark D. Lyons

President

Martin J. Nilsen

Secretary

05 ML0002 00 12 06                                           Page 1 of 1

INSURED COPY

EXHIBIT A Page 000009

## IMPORTANT NOTICE TO ALL TEXAS POLICYHOLDERS

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call Arch Insurance Company's toll-free telephone number for information or to make a complaint at:

**1-800-817-3252**

You may also write to Arch Insurance Company at:

**Arch Insurance Company**
**One Liberty Plaza, 53rd Floor**
**New York, NY 10006**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim you should contact the Arch Insurance Company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Arch Insurance Company para informacion o para someter una queja al:

**1-800-817-3252**

Usted también puede escribir a Arch Insurance Company:

**Arch Insurance Company**
**One Liberty Plaza, 53rd Floor**
**New York, NY 10006**

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el Arch Insurance Company primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

05 ML0042 44 07 07

Page 1 of 1

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY    WC 00 00 01 A

## INFORMATION PAGE

Insurer:                                                    **POLICY NO.**

ZAWCI9199300

ARCH INSURANCE COMPANY
3100 BROADWAY
SUITE 511, KANSAS CITY, MO 64111
NCCI Code # 28355

1. The Insured:   **ALLEGIANT PROFESSIONAL**          _____ Individual _____ Partnership
   Mailing address: **BUSINESS SERVICES, INC.**
                    **1590 SOUTH LEWIS STREET**        X_____ Corporation or
                    **ANAHEIM CA 92805**               _____


   Other workplaces not shown above: **See Workers Compensation Classification Schedule**

2. The policy period is from.  **02-28-2010**  to **02-28-2011**  at the insured's mailing address

3. A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of
       the states listed here:
       **AL AR AZ CA CO CT FL GA HI IA IL IN KS KY LA MA MD ME MI MN
       MO MS NC NE NJ NM NV NY OK OR PA SC SD TN TX VA WI**

   B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.
       The limits of our liability under Part Two are:

|                          |                       |                |
|--------------------------|-----------------------|----------------|
| Bodily Injury by Accident | $ **1,000,000**      | each accident  |
| Bodily Injury by Disease  | $ **1,000,000**      | policy limit   |
| Bodily Injury by Disease  | $ **1,000,000**      | each employee  |

   C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
       **AK DE DC ID MT NH RI UT VT WV**

   D.  This policy includes these endorsements and schedules:
       **See Schedule of Forms and Endorsements**

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating
   Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|-----------------|----------|---------------------------------------------------|-------------------------------|--------------------------|
|                 |          | **See Workers Compensation Classification Schedule** |                           |                          |

Total Estimated Annual Premium $  **3,749,531**

Minimum Premium $   **1,660**          Expense Constant $         **338**

Countersigned by  _____

© 1987 National Council on Compensation Insurance

INSURED COPY

EXHIBIT A Page 000011

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 00 01 B
**NEW JERSEY INFORMATION PAGE**

**ARCH INSURANCE COMPANY**                              ZAWCI9199300
                                                        POLICY NUMBER

N.J. Taxpayer Identification No.   **233064294000**

NCCI Company No.   **28355**
  1. The Insured:   **ALLEGIANT PROFESSIONAL**              ZAWCI9154700
                    **BUSINESS SERVICES, INC.**             PRIOR POLICY NUMBER
     Mailing address: **1590 SOUTH LEWIS STREET**
                      **ANAHEIM, CA 92805**            _____ Individual        _____ Partnership
                                                      __X__ Corporation or

      Other workplaces not shown above: **See Workers Compensation Classification Schedule**

  2.  The policy period is from   **02-28-2010**   to   **02-28-2011**   at the insured's mailing address.

  3.  A.  Workers Compensation Insurance: Part One of the policy applies to the Workers' Compensation Law of the
          states listed here:
          **AL AR AZ CA CO CT FL GA HI IA IL IN KS KY LA MA MD ME MI MN**
          **MO MS NC NE NJ NM NV NY OK OR PA SC SD TN TX VA WI**

      B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The

limits  of our liability under Part Two are:    Bodily Injury by Accident $   **1,000,000**   each accident
                                                Bodily Injury by Disease  $   **1,000,000**   policy limit
                                                Bodily Injury by Disease  $   **1,000,000**   each employee

      C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
          **AK DE DC ID MT NH RI UT VT WV**

      D.  This policy includes these endorsements and schedules:
          **See Schedule of Forms and Endorsements**
  4.  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plan.
      All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | **See Workers Compensation Classification Schedule** | | |
| | | Premium for increased limits Part Two, if applicable | | |
| | | Total premium subject to the experience modification | | |
| | | Premium modified to reflect experience modification of | | |
| | | Other premium charges | | |
| | | Total Estimated Standard Premium | | |
| | | Premium Discount, if applicable | | |
| | | Expense Constant Charge | | |
| | | Total Estimated Premium | | |
| | | Second Injury Fund Surcharge | | |
| | | Uninsured Employers Fund Surcharge | | |

Minimum Premium $        **1,660**              Total Estimated Cost $    **3,749,531**
                                                Deposit Premium   **3,749,531.00**

Name of Producer   ARCHWAY INSURANCE SERVICES, LLC
                                   Countersigned by _____
Servicing Office   **300 First Stamford Place, 5th Fl. East, Stamford, CT 06902**
                                   Date   **03-17-10**

INSURED COPY

EXHIBIT A Page 000012

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 04 00 01 A
(Ed. 7-98)

**INFORMATION PAGE**

ARCH INSURANCE COMPANY   Policy No.   ZAWCI9199300

Insurer ID No(s). **28355**   Prior Policy No.   ZAWCI9154700

1. Named Insured: **ALLEGIANT PROFESSIONAL**
   Mailing Address: **BUSINESS SERVICES, INC.**
   **1590 SOUTH LEWIS STREET**
   **ANAHEIM CA 92805**

   | | | |
   |---|---|---|
   | ☐ Individual | ☐ LLC | |
   | ☐ Partnership | ☐ LLP | |
   | [X] Corporation | ☐ Other: | |

   FEIN: **20-3336498**
   Intra/ Interstate Risk ID No. **RISK ID #911762498**
   Other workplaces not shown above: **See Workers Compensation Classification Schedule**

2. The policy period is from  **02-28-2010**  to  **02-28-2011**   12:01 A.M. standard time at the insured -s mailing address.

3. A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:
   **AL AR AZ CA CO CT FL GA HI IA IL IN KS KY LA MA MD ME MI MN**
   **MO MS NC NE NJ NM NV NY OK OR PA SC SD TN TX VA WI**

   B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3A. The limits of our liability under Part Two are:
   Bodily Injury by Accident $  **1,000,000**   each accident
   Bodily Injury by Disease $  **1,000,000**   policy limit
   Bodily Injury by Disease $  **1,000,000**   each employee

   C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
   **AK DE DC ID MT NH RI UT VT WV**

   D.  This policy includes these endorsements and schedules:
   **See Schedule of Forms and Endorsements**

4. The premium for this policy will be determined by our Manual of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Code No. | Classifications | Premium Basis Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | **See Workers Compensation Classification Schedule** | | |

Experience Modification   **See Schedule**   Total Estimated Annual Premium $  **3,749,531**
Minimum Premium $  **1,660**   Deposit Premium $  **3,749,531.00**
Premium Adjustment Period:  **ANNUAL**   Countersigned By
Producer Information:  **ARCHWAY INSURANCE SERVICES, LLC**
Servicing/ Issuing Office  **300 First Stamford Place, 5th Fl. East, Stamford, CT 06902**
Date  **03-17-10**

© 1998 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved.

INSURED COPY

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **ALABAMA**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time
Agent No. **10100**

---

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
AL
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  25
```

Page 1

INSURED COPY

EXHIBIT A Page 000014

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **ARKANSAS**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
AR
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  25
```

**Page 2**

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **ARIZONA**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
AZ
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  15
```

Page 3

INSURED COPY

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **COLORADO**

Agent No. **10100**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
CO
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1
```

**Page  4**

INSURED COPY

EXHIBIT A Page 000017

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **CONNECTICUT**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
CT
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  25
```

**Page 5**

INSURED COPY

EXHIBIT A Page 000018

Policy Number **ZAWCI9199300**

### ARCH INSURANCE COMPANY

NCCI Carrier Code  **28355**

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

State **FLORIDA**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time
Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
FL
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  129
```

**Page  6**

INSURED COPY

EXHIBIT A Page 000019

Policy Number ZAWCI9199300

## ARCH INSURANCE COMPANY

NCCI Carrier Code  28355

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **GEORGIA**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
GA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  25
```

Page  7

INSURED COPY

EXHIBIT A Page 000020

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **HAWAII**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
HI
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

**Page 8**

INSURED COPY

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

State **IOWA**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
IA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  10
```

**Page 9**

INSURED COPY

EXHIBIT A Page 000022

Policy Number **ZAWCI9199300**

### ARCH INSURANCE COMPANY

NCCI Carrier Code  **28355**

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **ILLINOIS**

Agent No. **10100**

---

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
IL
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  2

Page  10

INSURED COPY

EXHIBIT A Page 000023

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **INDIANA**

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
IN
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  2

Page 11

INSURED COPY

EXHIBIT A Page 000024

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **KANSAS**

```
Risk   ID   911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
KS
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1
```

Page  12

INSURED COPY

EXHIBIT A Page 000025

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

State **KENTUCKY**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent No. **10100**

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
KY
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  2

Page  13

INSURED COPY

EXHIBIT A Page 000026

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **LOUISIANA**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
LA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1
```

Page  14

INSURED COPY

EXHIBIT A Page 000027

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **MASSACHUSETTS**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page 15

INSURED COPY

EXHIBIT A Page 000028

Policy Number ZAWCI9199300

## ARCH INSURANCE COMPANY

NCCI Carrier Code  28355

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **MARYLAND**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MD
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  180
```

Page 16

INSURED COPY

EXHIBIT A Page 000029

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                  12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**          Agent No. **10100**
State **MAINE**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
ME
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
UIAN No: 203336498000
# EMP :  50
```

**Page 17**

INSURED COPY

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **MICHIGAN**

```
Risk  ID  4197496A


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MI
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  96
```

**Page 18**

INSURED COPY

EXHIBIT A Page 000031

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **MINNESOTA**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time
Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MN
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
UIAN No: 203336498000
# EMP :  50
```

Page 19

INSURED COPY

EXHIBIT A Page 000032

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                 12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**          Agent No. **10100**
State **MISSOURI**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MO
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

**Page  20**

INSURED COPY

EXHIBIT A Page 000033

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **MISSISSIPPI**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time
Agent No. **10100**

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
MS
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50

Page  21

INSURED COPY

EXHIBIT A Page 000034

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **NORTH CAROLINA**

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NC
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  10
```

Page 22

INSURED COPY

EXHIBIT A Page 000035

Policy Number ZAWCI9199300

## ARCH INSURANCE COMPANY

NCCI Carrier Code **28355**

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **NEBRASKA**

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NE
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page 23

INSURED COPY

EXHIBIT A Page 000036

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

State **NEW JERSEY**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent No. **10100**

```
Risk  ID  528109

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NJ
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
NJ Taxpayer Identification No: 203336498000
# EMP :  8
```

Page 24

INSURED COPY

EXHIBIT A Page 000037

Policy Number ZAWCI9199300

## ARCH INSURANCE COMPANY

NCCI Carrier Code  28355

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: 02-28-2010
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. 10100

State **NEW MEXICO**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NM
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1
```

Page 25

INSURED COPY

EXHIBIT A Page 000038

Policy Number ZAWCI9199300

## ARCH INSURANCE COMPANY

NCCI Carrier Code  28355

### NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **NEVADA**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NV
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page 26

INSURED COPY

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **NEW YORK**

```
Risk  ID  911762498


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
NY
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1
```

Page  27

INSURED COPY

EXHIBIT A Page 000040

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **OKLAHOMA**

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
OK
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1

Page  28

INSURED COPY

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **OREGON**

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
OR
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page 29

INSURED COPY

EXHIBIT A Page 000042

Policy Number ZAWCI9199300

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**                    Effective Date: **02-28-2010**
                                                            12:01 A.M., Standard Time
Agent Name **ARCHWAY INSURANCE SERVICES, LLC**              Agent No. **10100**
State **PENNSYLVANIA**

---

```
Risk  ID  3110006


ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
PA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1015
```

Page  30

INSURED COPY

EXHIBIT A Page 000043

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **SOUTH CAROLINA**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
SC
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

**Page 31**

INSURED COPY

EXHIBIT A Page 000044

Policy Number ZAWCI9199300

ARCH INSURANCE COMPANY

NCCI Carrier Code  28355

NAME AND LOCATION SCHEDULE

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **SOUTH DAKOTA**

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
SD
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page  32

INSURED COPY

EXHIBIT A Page 000045

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **TENNESSEE**

---

Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
TN
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  1

Page  33

INSURED COPY

EXHIBIT A Page 000046

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **TEXAS**

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
TX
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

**Page 34**

INSURED COPY

EXHIBIT A Page 000047

Policy Number **ZAWCI9199300**

NCCI Carrier Code **28355**

**ARCH INSURANCE COMPANY**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**
State **VIRGINIA**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent No. **10100**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
VA
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
# EMP :  50
```

Page 35

INSURED COPY

EXHIBIT A Page 000048

Policy Number **ZAWCI9199300**

**ARCH INSURANCE COMPANY**

NCCI Carrier Code  **28355**

**NAME AND LOCATION SCHEDULE**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

State **WISCONSIN**

```
Risk  ID  911762498

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
NO FIXED ADDRESS
WI
FEIN:  20-3336498
SIC Code:  7361
NAIC Code:  561310
```

**Page  36**

INSURED COPY

EXHIBIT A Page 000049