| ARCH<br>INSURANCE COMPANY | | | Policy Number<br>ZAWCI9199300 | |
|---|---|---|---|---|
| **EXTENSION OF INFORMATION PAGE**<br>**WORKERS COMPENSATION CLASSIFICATION SCHEDULE** | | | | |
| State of: **NEVADA** | | | **911762498** | |
| Named Insured **ALLEGIANT PROFESSIONAL** | | | Effective Date: **02-28-2010**<br>12:01 A.M., Standard Time | |
| Agent Name **ARCHWAY INSURANCE SERVICES, LLC** | | | Agent No. **10100** | |

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0046-01ALLEGIANT PROFESSIONAL<br>  BUSINESS SERVICES, INC.<br>  FEIN # 20-3336498<br>  SIC CODE 7361<br>  NAIC CODE 561310<br><br>  NO FIXED ADDRESS<br>  NV | | | | |
| CONTRACTOR - PROJECT MANAGER<br>CONSTRUCTION EXECUTIVE<br>CONSTRUCTION MANAGER OR<br>CONSTRUCTION SUPERINTENDENT | 5606 | $   80,035 | 3.39 | $   2,713.00 |
| CLEANER-DEBRIS REMOVAL. | 5610 | $   11,139 | 8.87 | $   988.00 |
| JANITORIAL SERVICES BY<br>CONTRACTORS-NO WINDOW<br>CLEANING ABOVE GROUND LEVEL &<br>DRIVERS | 9014 | $   3,276 | 5.44 | $   178.00 |
| TOTAL CLASS PREMIUM | | | | $   3,879.00 |
| INCREASE LIMITS          1.028 | 9812 | | | $   109.00 |
| TOTAL SUBJECT PREMIUM | | | | $   3,988.00 |
| EXPERIENCE PREMIUM       1.91 | 9898 | | | $   3,629.00 |
| TOTAL MODIFIED PREMIUM | | | | $   7,617.00 |
| STANDARD TOTAL | | | | $   7,617.00 |
| PREMIUM DISCOUNT         .859 | 0063 | | | $   -1,074.00 |
| TERRORISM                .02 | 9740 | | | $   19.00 |
| CATASTROPHE (OTHER THAN<br>CERTIFIED ACTS OF<br>TERRORISM)               .02 | 9741 | | | $   19.00 |
| TOTAL ESTIMATED PREMIUM | | | | $   6,581.00 |
| FINAL TOTAL | | | | $   6,581.00 |

WC 89 04 15

INSURED COPY

| ARCH INSURANCE COMPANY | | | | Policy Number ZAWCI9199300 |
|---|---|---|---|---|

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **NEW YORK**                              **911762498**

Named Insured **ALLEGIANT PROFESSIONAL**       Effective Date: **02-28-2010**
                                               12:01 A.M., Standard Time

Agent Name    **ARCHWAY INSURANCE SERVICES, LLC**       Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0021-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 NO FIXED ADDRESS NY | | | | |
| MACHINE SHOP NOC | 3632 | $ 430,500 | 5.03 | $ 21,654.00 |
| SATELLITE DISH INSTALLATION: CONCRETE POURING | 5213 | $ 304,500 | 17.13 | $ 52,161.00 |
| CABINET WORK INSTALLATION | 5429 | $ 525,000 | 6.50 | $ 34,125.00 |
| SHEET ROCK INSTALLATION – WITHIN BUILDINGS – & DRIVERS | 5445 | $ 17,152 | 8.78 | $ 1,506.00 |
| TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS | 7219 | $ 468,598 | 9.96 | $ 46,672.00 |
| DRIVERS, AND HELPERS NOC-COMMERCIAL | 7380 | $ 20,234 | 7.67 | $ 1,552.00 |
| WAREHOUSING NOC | 8292 | $ 190,004 | 6.13 | $ 11,647.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $ 2,673,754 | .27 | $ 7,219.00 |
| CLEANING-OTHER THAN BUILDINGS: CLEANING SWIMMING POOLS-BY SPECIALIST CONTRACTORS | 9030 | $ 141,297 | 4.69 | $ 6,627.00 |

WC 89 04 15

INSURED COPY

ARCH
INSURANCE COMPANY

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **NEW YORK**

911762498

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

| Classification of Operation | | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| TOTAL CLASS PREMIUM | | | | | $   183,163.00 |
| INCREASE LIMITS | 1.028 | 9812 | | | $          0.00 |
| TOTAL SUBJECT PREMIUM | | | | | $   183,163.00 |
| EXPERIENCE PREMIUM | 1.91 | 9898 | | | $   166,678.00 |
| TOTAL MODIFIED PREMIUM | | | | | $   349,841.00 |
| CONTRACTORS RATING PLAN | .00 | 9046 | | | $          0.00 |
| STANDARD TOTAL | | | | | $   349,841.00 |
| PREMIUM DISCOUNT | .859 | 0063 | | | $   -49,328.00 |
| TERRORISM - PAYROLL | .05 | 9740 | | | $     2,386.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) | .01 | 9741 | | | $       477.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) - NONPAYROLL | 1.007 | 9741 | | | $          0.00 |
| TERRORISM - NONPAYROLL | 1.029 | 9740 | | | $          0.00 |
| TOTAL ESTIMATED PREMIUM | | | | | $   303,376.00 |
| TAX/ASSESSMENT SURCHARGE | 1.142 | 0932 | | | $    50,084.00 |
| WC SECURITY FUND SURCHARGE | 1.015 | 9749 | | | $     5,302.00 |
| FINAL TOTAL | | | | | $   358,762.00 |

WC 89 04 15

INSURED COPY

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **OKLAHOMA**                                                    911762498

Named Insured **ALLEGIANT PROFESSIONAL**       Effective Date: 02-28-2010
                                               12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**       Agent No. 10100

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0022-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 NO FIXED ADDRESS OK | | | | |
| TOOL MFG.-DROP OR MACHINE FORGED-NOC: MACHINING OR FINISHING OF TOOLS OR DIE MAKING OPERATIONS | 3114 | $ 2,394 | 6.13 | $ 147.00 |
| MACHINE SHOP NOC. | 3632 | $ 399,329 | 7.30 | $ 29,151.00 |
| CONTRACTOR - PROJECT MANAGER CONSTRUCTION EXECUTIVE CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | 5606 | IF ANY | 2.15 | $ 0.00 |
| WELL DRILLING-WATER & DRIVERS. | 6204 | $ 51,934 | 15.69 | $ 8,148.00 |
| TRUCKING: LONG DISTANCE HAULING-ALL EMPLOYEES & DRIVERS. | 7229 | $ 1,206,742 | 17.45 | $ 210,576.00 |
| BOTTLE DEALER-USED & DRIVERS. | 8264 | $ 233,070 | 12.26 | $ 28,574.00 |
| TRUCK: RENTAL: GARAGE EMPLOYEES | 8385 | $ 150,539 | 6.08 | $ 9,153.00 |
| AUTOMOBILE REPAIR SHOP AND PARTS DEPARTMENT EMPLOYEES DRIVERS. | 8391 | $ 121,319 | 6.44 | $ 7,813.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $ 2,496,878 | .61 | $ 15,231.00 |
| CONVALESCENT OR NURSING | 8829 | $ 15,750 | 9.97 | $ 1,570.00 |

**WC 89 04 15**

INSURED COPY

EXHIBIT A Page 000103

ARCH
INSURANCE COMPANY

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **OKLAHOMA**                                                      **911762498**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                                              12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**          Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| HOME-ALL EMPLOYEES ASHES, GARBAGE, OR REFUSE COLLECTION & DRIVERS | 9403 | $ 852,191 | 17.81 | $ 151,775.00 |
| TOTAL CLASS PREMIUM | | | | $ 462,138.00 |
| BLANKET WAIVER 1.02 | 0930 | | | $ 9,243.00 |
| INCREASE LIMITS 1.028 | 9812 | | | $ 12,940.00 |
| TOTAL SUBJECT PREMIUM | | | | $ 484,321.00 |
| EXPERIENCE PREMIUM 1.91 | 9898 | | | $ 440,732.00 |
| TOTAL MODIFIED PREMIUM | | | | $ 925,053.00 |
| SCHEDULE MODIFICATION .75 | 9887 | | | $ -231,263.00 |
| STANDARD TOTAL | | | | $ 693,790.00 |
| PREMIUM DISCOUNT .859 | 0063 | | | $ -97,824.00 |
| TERRORISM .01 | 9740 | | | $ 553.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) .01 | 9741 | | | $ 553.00 |
| TOTAL ESTIMATED PREMIUM | | | | $ 597,072.00 |
| FINAL TOTAL | | | | $ 597,072.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000104

| ARCH<br>INSURANCE COMPANY | | Policy Number<br>ZAWCI9199300 | | | |
|---|---|---|---|---|---|
| **EXTENSION OF INFORMATION PAGE**<br>**WORKERS COMPENSATION CLASSIFICATION SCHEDULE** | | | | | |

State of: **OREGON**                                                        **911762498**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                                          12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**   Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **0047-01ALLEGIANT PROFESSIONAL**<br>**BUSINESS SERVICES, INC.**<br>**FEIN # 20-3336498**<br>**SIC CODE 7361**<br>**NAIC CODE 561310**<br><br>**NO FIXED ADDRESS**<br>**OR** | | | | |
| **BUTTON MFG. NOC** | 4484 | $    5,664 | 3.64 | $        206.00 |
| **CARPENTRY NOC** | 5403 | $   16,916 | 12.69 | $      2,147.00 |
| **TOTAL CLASS PREMIUM** | | | | $      2,353.00 |
| **INCREASE LIMITS**           1.011 | 9812 | | | $         26.00 |
| **TOTAL SUBJECT PREMIUM** | | | | $      2,379.00 |
| **EXPERIENCE PREMIUM**         1.91 | 9898 | | | $      2,165.00 |
| **TOTAL MODIFIED PREMIUM** | | | | $      4,544.00 |
| **STANDARD TOTAL** | | | | $      4,544.00 |
| **PREMIUM DISCOUNT**           .859 | 0063 | | | $       -641.00 |
| **TERRORISM**                   .02 | 9740 | | | $          5.00 |
| **CATASTROPHE (OTHER THAN**<br>**CERTIFIED ACTS OF**<br>**TERRORISM)**                  .02 | 9741 | | | $          5.00 |
| **TOTAL ESTIMATED PREMIUM** | | | | $      3,913.00 |
| **ORWCA SURCHARGE**           1.046 | 9694 | | | $        179.00 |
| **FINAL TOTAL** | | | | $      4,092.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000105

| ARCH<br>INSURANCE COMPANY | Policy Number<br>ZAWCI9199300 |
|---|---|

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **PENNSYLVANIA**                                                     **3110006**

Named Insured **ALLEGIANT PROFESSIONAL**           Effective Date: **02-28-2010**
                                                                                           12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**        Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0024-01ALLEGIANT PROFESSIONAL<br>BUSINESS SERVICES, INC.<br>FEIN # 20-3336498<br>SIC CODE 7361<br>NAIC CODE 561310<br><br>NO FIXED ADDRESS<br>  PA | | | | |
| LANDSCAPE CONTRACTOR OR LAWN CUTTING OR MAINTENANCE CONTRACTOR. | 012 | $   399,913 | 8.65 | $     34,592.00 |
| MILLING OF A ROAD'S SURFACE – BY AN INDEPENDENT CONTRACTOR OR THE PAVING CONTRACTOR | 601 | $   107,141 | 12.28 | $     13,157.00 |
| EXCAVATION N.O.C. | 609 | $    90,785 | 8.72 | $      7,916.00 |
| MODULAR HOME SETUP, WARRANTY SERVICE, REMODELING OR REPAIR | 652 | $    39,067 | 14.02 | $      5,477.00 |
| BATTERY BACK-UP POWER SYSTEMS – SERVICE OR REPAIR BY SPECIALIST CONTRACTOR | 660 | $     4,360 | 3.81 | $        166.00 |
| AMBULANCE SERVICE-NON-VOLUNTEER. | 807 | $    27,367 | 9.11 | $      2,493.00 |
| AUTOMOBILE HAULER | 811 | $ 1,463,703 | 13.01 | $    190,428.00 |
| MAIL HAULING OR DELIVERY SERVICE COMPANY | 812 | $    20,925 | 10.19 | $      2,132.00 |
| WAREHOUSE-STORAGE, PUBLIC | 813 | $   161,405 | 9.05 | $     14,607.00 |
| AUTOMOBILE SERVICE CENTER OR GARAGE – INCLUDING COUNTER PERSONNEL AND ESTIMATORS. | 815 | $   589,860 | 5.69 | $     33,563.00 |

WC 89 04 15

INSURED COPY

**ARCH**
**INSURANCE COMPANY**

Policy Number
**ZAWCI9199300**

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **PENNSYLVANIA**

**3110006**

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ADVERTISING DISPLAY CARD SERVICE-INSTALLATION OR REMOVAL OF-IN OR ON VEHICLES | 951 | $    310,110 | .86 | $      2,667.00 |
| CLERICAL OFFICE EMPLOYEES | 953 | $ 3,720,318 | .46 | $     17,113.00 |
| PHYSICIAN OR DENTIST, ALL EMPLOYEES INCLUDING CLERICAL OFFICE EXCEPT HOME HEALTH CARE SERVICE EMPLOYEES. | 957 | $    300,661 | .62 | $      1,864.00 |
| TOTAL CLASS PREMIUM | | | | $    326,175.00 |
| INCREASE LIMITS            1.033 | 9812 | | | $     10,764.00 |
| TOTAL SUBJECT PREMIUM | | | | $    336,939.00 |
| EXPERIENCE PREMIUM         1.723 | 9898 | | | $    243,607.00 |
| TOTAL MODIFIED PREMIUM | | | | $    580,546.00 |
| SCHEDULE MODIFICATION       .75 | 9887 | | | $   -145,137.00 |
| STANDARD TOTAL | | | | $    435,409.00 |
| PREMIUM DISCOUNT           .859 | 0063 | | | $    -61,393.00 |
| TERRORISM                   .04 | 9740 | | | $      2,894.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)               .02 | 9741 | | | $      1,447.00 |
| TOTAL ESTIMATED PREMIUM | | | | $    378,357.00 |
| EMPLOYER ASSESSMENT (NON-COAL)            1.0241 | 0938 | | | $      9,118.00 |
| FINAL TOTAL | | | | $    387,475.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000107

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **SOUTH CAROLINA**                                    **911762498**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                                      12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**   Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **0048-01ALLEGIANT PROFESSIONAL** **BUSINESS SERVICES, INC.** **FEIN # 20-3336498** **SIC CODE 7361** **NAIC CODE 561310** **NO FIXED ADDRESS** **SC** | | | | |
| **IRON OR STEEL FABRICATION:** **IRON OR STEELWORKS-** **STRUCTURAL & DRIVERS** | 3030 | $ 2,374 | 7.75 | $ 184.00 |
| **CABLE INSTALLATION & DRIVERS** | 5190 | $ 2,268 | 8.17 | $ 185.00 |
| **CARPENTRY NOC** | 5403 | $ 3,980 | 16.77 | $ 667.00 |
| **CLEANER-DEBRIS REMOVAL.** | 5610 | $ 6,747 | 9.22 | $ 622.00 |
| **WRECKING: BUILDING OR** **STRUCTURES-NOT MARINE-ALL** **OPERATIONS: PIERS OR WHARFS** | 6003 | $ 44,617 | 14.26 | $ 6,362.00 |
| **MARINE RAILWAY OPERATION &** **DRIVERS: COVERAGE UNDER U.S.** **ACT** | 6872F | $ 166,849 | 22.33 | $ 37,257.00 |
| **TRUCKING: LOCAL HAULING** **ONLY-ALL EMPLOYEES & DRIVERS.** | 7228 | $ 9,781 | 13.29 | $ 1,300.00 |
| **CLERICAL OFFICE EMPLOYEES NOC** | 8810 | $ 153,696 | .61 | $ 938.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000108

ARCH
INSURANCE COMPANY

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: SOUTH CAROLINA

911762498

Named Insured ALLEGIANT PROFESSIONAL

Effective Date: 02-28-2010
12:01 A.M., Standard Time

Agent Name   ARCHWAY INSURANCE SERVICES, LLC

Agent No. 10100

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| TOTAL CLASS PREMIUM | | | | $ 47,515.00 |
| INCREASE LIMITS 1.028 | 9812 | | | $ 1,330.00 |
| TOTAL SUBJECT PREMIUM | | | | $ 48,845.00 |
| EXPERIENCE PREMIUM 1.91 | 9898 | | | $ 44,449.00 |
| TOTAL MODIFIED PREMIUM | | | | $ 93,294.00 |
| STANDARD TOTAL | | | | $ 93,294.00 |
| PREMIUM DISCOUNT .859 | 0063 | | | $ -13,154.00 |
| TERRORISM .02 | 9740 | | | $ 78.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) .02 | 9741 | | | $ 78.00 |
| TOTAL ESTIMATED PREMIUM | | | | $ 80,296.00 |
| FINAL TOTAL | | | | $ 80,296.00 |

WC 89 04 15

INSURED COPY

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **SOUTH DAKOTA**                        911762498

Named Insured **ALLEGIANT PROFESSIONAL**        Effective Date: **02-28-2010**
                                                12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**   Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| **0049-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310** | | | | |
| **NO FIXED ADDRESS SD** | | | | |
| **TRUCKING: LONG DISTANCE HAULING-ALL EMPLOYEES & DRIVERS.** | 7229 | $    10,537 | 10.66 | $     1,123.00 |
| **TOTAL CLASS PREMIUM** | | | | $     1,123.00 |
| **INCREASE LIMITS**            1.028 | 9812 | | | $        31.00 |
| **TOTAL SUBJECT PREMIUM** | | | | $     1,154.00 |
| **EXPERIENCE PREMIUM**          1.91 | 9898 | | | $     1,050.00 |
| **TOTAL MODIFIED PREMIUM** | | | | $     2,204.00 |
| **STANDARD TOTAL** | | | | $     2,204.00 |
| **PREMIUM DISCOUNT**            .859 | 0063 | | | $      -311.00 |
| **TERRORISM**                   .02 | 9740 | | | $         2.00 |
| **CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)**          .02 | 9741 | | | $         2.00 |
| **TOTAL ESTIMATED PREMIUM** | | | | $     1,897.00 |
| **POLICY FEE** | 0087 | | | $        14.00 |
| **FINAL TOTAL** | | | | $     1,911.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000110

ARCH
INSURANCE COMPANY

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of:  **TENNESSEE**                                              911762498

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                                              12:01 A.M., Standard Time

Agent Name     **ARCHWAY INSURANCE SERVICES, LLC**     Agent No. 10100

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0026-01 ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 | | | | |
| NO FIXED ADDRESS TN | | | | |
| TRUCKING: HAULING EXPLOSIVES OR AMMUNITION-ALL EMPLOYEES & DRIVERS | 7219 | $   582,561 | 11.49 | $   66,936.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $   349,551 | .44 | $    1,538.00 |
| TOTAL CLASS PREMIUM | | | | $   68,474.00 |
| SPECIFIC WAIVER         1.00 | 0930 | | | $        0.00 |
| BLANKET WAIVER          1.00 | 0930 | | | $        0.00 |
| INCREASE LIMITS        1.028 | 9812 | | | $    1,917.00 |
| TOTAL SUBJECT PREMIUM | | | | $   70,391.00 |
| EXPERIENCE PREMIUM      1.91 | 9898 | | | $   64,056.00 |
| TOTAL MODIFIED PREMIUM | | | | $  134,447.00 |
| SCHEDULE MODIFICATION   .75 | 9887 | | | $  -33,612.00 |
| STANDARD TOTAL | | | | $  100,835.00 |
| PREMIUM DISCOUNT       .859 | 0063 | | | $  -14,218.00 |
| TERRORISM               .02 | 9740 | | | $      186.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)           .03 | 9741 | | | $      280.00 |
| TOTAL ESTIMATED PREMIUM | | | | $   87,083.00 |
| FINAL TOTAL | | | | $   87,083.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000111

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

EXTENSION OF INFORMATION PAGE
WORKERS COMPENSATION CLASSIFICATION SCHEDULE

State of: **TEXAS**                                              911762498

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                   12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**    Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0027-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 NO FIXED ADDRESS TX | | | | |
| HEADSTONE SETTING IN CEMETERIES & DRIVERS | 5022 | $ 63,369 | 11.86 | $ 7,516.00 |
| TRUCKING: NOC - ALL EMPLOYEES - & DRIVERS | 7219 | $ 2,029 | 14.06 | $ 285.00 |
| STORE:RETAIL NOC & DRIVERS | 8017 | $ 929 | 4.99 | $ 46.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $ 293,150 | .39 | $ 1,143.00 |
| HOSPITAL: PROFESSIONAL EMPLOYEES | 8833 | $ 811 | 1.70 | $ 14.00 |
| PROPERTY MANAGEMENT NOC & DRIVERS | 9015 | $ 274,171 | 6.23 | $ 17,081.00 |
| TOTAL CLASS PREMIUM | | | | $ 26,085.00 |
| BLANKET WAIVER 1.02 | 0930 | | | $ 522.00 |
| INCREASE LIMITS 1.02 | 9812 | | | $ 532.00 |
| TOTAL SUBJECT PREMIUM | | | | $ 27,139.00 |
| EXPERIENCE PREMIUM 1.91 | 9898 | | | $ 24,696.00 |
| TOTAL MODIFIED PREMIUM | | | | $ 51,835.00 |
| SCHEDULE MODIFICATION .60 | 9887 | | | $ -20,734.00 |
| STANDARD TOTAL | | | | $ 31,101.00 |
| PREMIUM DISCOUNT .891 | 0063 | | | $ -3,390.00 |
| TERRORISM RISK INS ACT 2002 .024 | 9740 | | | $ 152.00 |
| TOTAL ESTIMATED PREMIUM | | | | $ 27,863.00 |
| FINAL TOTAL | | | | $ 27,863.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000112

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **VIRGINIA**

911762498

Named Insured **ALLEGIANT PROFESSIONAL**

Effective Date: **02-28-2010**
12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**

Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0050-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 NO FIXED ADDRESS VA | | | | |
| CABLE INSTALLATION & DRIVERS | 5190 | $    48,731 | 4.39 | $      2,139.00 |
| TRUCKING: LOCAL HAULING ONLY-ALL EMPLOYEES & DRIVERS. | 7228 | $     1,017 | 9.51 | $         97.00 |
| CONSTRUCTION OR ERECTION PERMANENT YARD. | 8227 | $     2,618 | 5.78 | $        151.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $    15,835 | .19 | $         30.00 |
| GARBAGE, ASHES OR REFUSE COLLECTION & DRIVERS. | 9403 | $   241,588 | 7.06 | $     17,056.00 |
| TOTAL CLASS PREMIUM | | | | $     19,473.00 |
| INCREASE LIMITS            1.033 | 9812 | | | $        643.00 |
| TOTAL SUBJECT PREMIUM | | | | $     20,116.00 |
| EXPERIENCE PREMIUM         1.91 | 9898 | | | $     18,306.00 |
| TOTAL MODIFIED PREMIUM | | | | $     38,422.00 |
| STANDARD TOTAL | | | | $     38,422.00 |
| PREMIUM DISCOUNT            .859 | 0063 | | | $     -5,418.00 |
| TERRORISM                   .05 | 9740 | | | $        155.00 |
| TOTAL ESTIMATED PREMIUM | | | | $     33,159.00 |
| FINAL TOTAL | | | | $     33,159.00 |

WC 89 04 15

INSURED COPY

EXHIBIT A Page 000113

**ARCH**
**INSURANCE COMPANY**

Policy Number
ZAWCI9199300

**EXTENSION OF INFORMATION PAGE**
**WORKERS COMPENSATION CLASSIFICATION SCHEDULE**

State of: **WISCONSIN**                                         911762498

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**
                                                    12:01 A.M., Standard Time

Agent Name   **ARCHWAY INSURANCE SERVICES, LLC**     Agent No. **10100**

| Classification of Operation | Code No. | Annual Remuneration | Total Estimated Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| 0030-01ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC. FEIN # 20-3336498 SIC CODE 7361 NAIC CODE 561310 | | | | |
| NO FIXED ADDRESS WI | | | | |
| TRUCKING: LONG DISTANCE HAULING-ALL EMPLOYEES & DRIVERS. | 7229 | $ 46,982 | 9.68 | $ 4,548.00 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | $ 65,892 | .28 | $ 184.00 |
| TOTAL CLASS PREMIUM | | | | $ 4,732.00 |
| INCREASE LIMITS          1.028 | 9812 | | | $ 132.00 |
| TOTAL SUBJECT PREMIUM | | | | $ 4,864.00 |
| EXPERIENCE PREMIUM        1.91 | 9898 | | | $ 4,426.00 |
| TOTAL MODIFIED PREMIUM | | | | $ 9,290.00 |
| STANDARD TOTAL | | | | $ 9,290.00 |
| PREMIUM DISCOUNT          .882 | 0063 | | | $ -1,096.00 |
| TERRORISM                 .02 | 9740 | | | $ 23.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)               .00 | 9741 | | | $ 0.00 |
| TOTAL ESTIMATED PREMIUM | | | | $ 8,217.00 |
| FINAL TOTAL | | | | $ 8,217.00 |
| POLICY TOTAL ESTIMATED COST | | | | $ 3,099,281.00 |

WC 89 04 15

INSURED COPY

|  | Policy Number |
|--|--|
|  | **ZAWCI9199300** |

## SCHEDULE OF FORMS AND ENDORSEMENTS

### ARCH INSURANCE COMPANY

Named Insured **ALLEGIANT PROFESSIONAL**      Effective Date: **02-28-2010**

12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**      Agent No. **10100**

**COMMON POLICY FORMS AND ENDORSEMENTS**

| INSTALL-FORM | 01-02 | INSTALLMENT SCHEDULE |
|--|--|--|

**WORKERS COMPENSATION FORMS AND ENDORSEMENTS**

| 05 ML0002 00 | 12-06 | SIGNATURE PAGE |
|--|--|--|
| 05ML004244 | 07-07 | IMPORTANT NOTICE TO ALL TX POLICYHOLDERS |
| WC 00 00 01 A |  | WC INFORMATION PAGE |
| WC 00 00 01 B |  | NJ WC INFORMATION PAGE |
| WC 04 00 01 A |  | WC CA INFORMATION PAGE |
| LOCATION2 |  | SCHEDULE OF NAMES & LOCATIONS |
| WC 04 00 02 |  | CA EXTENSION OF INFO PAGE - NAME INSURED |
| WC 04 00 03 |  | CA EXTENSION OF INFO PAGE - LOCATIONS |
| WC 04 00 05 |  | CA EXTENSION OF INFO PAGE-CLASSIFICATION |
| WC 89 04 15 |  | WC CLASSIFICATION SCHEDULE |
| WC 04 00 04 |  | CA EXTENSION OF INFO PAGE - FORMS |
| WC 00 00 00 A |  | INSURANCE POLICY |
| 05 ML0043 39 |  | PA POLICY HOLDER NOTICE |
| 05 ML0002 05 A |  | CALIFORNIA SIGNATURE PAGE |
| WC 36 03 06 | 01-02 | OR LIMITS OF LIABILITY ENDORSEMENT |
| WC 36 04 06 | 10-01 | OR PREMIUM DUE DATE ENDT |
| 00 WC0009 33 |  | PH NOTICE-NY WC SECURITY FUND SURCHARGE |
| 00 WC004 00 |  | EARLIER NOTICE OF CANCELLATION BY US |
| DISCLOSURE |  | IL INDUSTRIAL COMMISSION |
| PN 04 99 01 C |  | CA POLICYHOLDER NOTICE |
| PN 04 99 02 A |  | CA WORK COMP INSURANCE RATING LAWS |
| PN 04 99 04 |  | PH NOTICE-CIGA SURCHARGE |
| PP-1B | 01-07 | NJ ELECTION FORM |
| WC 00 03 01 A |  | ALTERNATE EMPLOYER ENDT |
| WC 00 03 11 A |  | VOLUNTARY COMP AND EMPLOYERS LIAB COVG |
| WC 00 03 13 |  | WAIVER OF OUR RIGHT TO RECOVER |
| WC 00 04 02 |  | ANNIVERSARY RATING DATE ENDT |
| WC 00 04 03 |  | EXPERIENCE RATING MODIFICATION FACTOR |
| WC 00 04 04 |  | PENDING RATE CHANGE ENDT |
| WC 00 04 06 |  | PREMIUM DISCOUNT ENDT |
| WC000406A |  | PREMIUM DISCOUNT ENDT |
| WC 00 04 12 | 01-90 | CONTINGENT EXPERIENCE RATING MOD FACTOR |
| WC 00 04 14 |  | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| WC 00 04 19 |  | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 21 C | 09-08 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 00 04 22 A | 09-08 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 02 06 01 |  | AZ CANCELATION ENDT |
| WC 03 06 01 A |  | AR AMENDATORY ENDT |

**WC 89 06 14**

INSURED COPY

Policy Number

ZAWCI9199300

SCHEDULE OF FORMS AND ENDORSEMENTS

ARCH INSURANCE COMPANY

Named Insured **ALLEGIANT PROFESSIONAL**                   Effective Date: **02-28-2010**

12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**                   Agent No. **10100**

```
WC 04 01 04            01-08     CA TERRORISM RISK INS PROGRAM REAUTH ACT
WC 04 03 01 A                    CA POLICY AMENDATORY ENDORSEMENT
WC 04 03 05                      CA VOL COMP & EMPLOYERS LIAB COVG ENDT
WC 04 03 06                      CA WAIVER OF OUR RIGHT TO RECOVER
WC 04 03 10                      CA DUTY TO DEFEND
WC 04 03 60 A                    CA EMPLOYERS' LIAB COV AMENDATORY ENDT
WC 04 04 01                      CA ANNIVERSARY RATING DATE ENDT
WC 04 04 10                      CA ESTIMATED ANNUAL PREMIUM ENDT
WC 04 04 16            01-08     CA TERRORISM PREMIUM ENDORSEMENT
WC 04 04 21            01-08     CA OPTIONAL PREMIUM INCREASE ENDORSEMENT
WC 04 06 01 A                    CA CANCELATION ENDT
WC 05 04 02                      CO CLASSIFICATION ENDT
WC 06 03 01                      CT APPLICATION OF WORKERS COMPENSATION
WC 06 03 03 B                    CT WC FUNDS COVERAGE ENDT
WC 06 06 01                      CT NONRENEWAL ENDT
WC 09 03 03                      FL EMPLOYERS LIAB COV. ENDT
WC 09 04 01                      FL CONTRACTING PREMIUM ADJUSTMENT ENDT
WC 09 04 02                      FL EXPERIENCE RATING MODIFICATION FTR
WC 09 04 03 A          01-08     FL TERRORISM RISK INS PROGRAM REAUTH ACT
WC 10 06 01 A                    GA CANCELATION NONRENEWAL & CHANGE ENDT
WC 12 03 06            04-08     IL WC & EMPL LIAB POLICY EXCLUSION ENDT
WC 12 06 01 C                    IL AMENDATORY ENDORSEMENT
WC 15 04 01 A                    KS FINAL PREMIUM ENDT
WC 15 04 04                      KS PENDING LOSS COST ENDT
WC 15 06 01 A                    KS CANCELATION AND NONRENEWAL ENDT
WC 16 03 05                      KY PART ONE WORKERS COMP INSURANCE ENDT
WC 16 06 01                      KY CANCELATION AND NONRENEWAL
WC 16 06 02                      KY NOTICE OF APPEALS RIGHTS ENDT
WC 17 03 03                      LA DUTY TO DEFEND ENDT
WC 17 06 01 D                    LA AMENDATORY ENDT
WC 17 06 02 A                    LA COST CONTAINMENT ACT ENDT
WC 18 06 01                      ME INSPECTION IMMUNITY ENDT
WC 18 06 03 A                    ME CANCELATION AND NONRENEWAL ENDT
WC 18 06 04                      ME FINAL PREM AUDIT ENDT
WC 18 06 06                      ME NOTICE
WC 19 06 01 E                    MD CANCELLATION AND NONRENEWAL ENDT
WC 20 03 01                      MA LIMITS OF LIABILITY ENDT
WC 20 03 02 A          09-08     MA ASSESSMENT CHARGE
WC 20 03 03 C                    MA NOTICE TO POLICYHOLDER ENDT
WC 20 04 05                      MA PREMIUM DUE DATE ENDT
WC 20 06 01 A                    MA CANCELATION ENDT
WC 21 00 11                      MI NOTICE TO POLICYHOLDER
WC 21 03 03 A                    MI NOTICE TO POLICYHOLDER ENDT
WC 21 03 04                      MI LAW ENDORSEMENT
WC 21 04 02 A          01-08     MI TERRORISM RISK INS PROGRAM REAUTH ACT
```

WC 89 06 14

INSURED COPY

Policy Number

ZAWCI9199300

### SCHEDULE OF FORMS AND ENDORSEMENTS

ARCH INSURANCE COMPANY

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**

12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**          Agent No. **10100**

```
WC 22 00 00 A            MN AMENDATORY ENDT
WC 22 06 01 D    08-06   MN CANCELATION AND NONRENEWAL ENDT
WC 24 04 01              MO CONTRACTING CLASS PREMIUM ADJ ENDT
WC 24 06 06 C            MO EMPLOYER PAID MEDICAL ENDORSEMENT
WC 24 06 01 B            MO CANCELATION AND NONRENEWAL ENDT
WC 24 06 02 B    07-06   MO PROPERTY & CASUALTY GUARANTY ASSOC
WC 24 06 04              MO AMENDATORY ENDORSEMENT
WC 26 04 01              NE EXPERIENCE RATING MODIFICATION ENDT
WC 26 06 01 C            NE CANCELATION AND NONRENEWAL ENDT
WC 27 06 01 C    10-08   NV CANCELLATION AND NONRENEWAL ENDT
WC 29 03 06 B    07-07   NJ PART TWO EMPLOYERS LIABILITY ENDT
WC 29 03 09 A            NJ LIMITED OTHER STATES INSURANCE ENDT
WC 29 04 06 V    01-09   NJ PREMIUM DISCOUNT ENDORSEMENT
WC 29 04 10              NJ CONSTRUCTION CLASS PREMIUM ADJ ENDT
WC 30 03 01              NM SAFETY DEVICE COVERAGE ENDT
WC 30 04 01A             NM WC PREM ADJ PROGRAM
WC 30 06 01              NM CANCELATION AND NONRENEWAL ENDT
WC 31 03 08              NY LIMIT OF LIABILITY ENDT
WC 31 03 19 E    10-08   NY CONST CLASS PREM ADJ ENDT
WC 31 04 01              NY CONSTR CLASS PREM ADJ FACTOR ENDT
WC 32 03 01 B            NC AMENDED COVERAGE ENDT
WC 35 03 02              OK EMPLOYERS LIABILITY AMENDED COVG ENDT
WC 35 04 04              OK CONTRACTING CLASS PREM ADJ ENDT
WC 35 06 01 E    07-06   OK CANCELATION, NONRENEWAL & CHANGE ENDT
WC 35 06 03              OK FRAUD WARNING ENDT
WC 35 06 04              OK ELECTION OF COVERAGE ENDT
WC 36 03 01              OR UNSAFE EQUIPMENT EXCLUSION ENDT
WC 36 04 02              OR CONTRACTING CLASS PREM ADJ ENDT
WC 36 06 01 E            OREGON CANCELLATION ENDORSEMENT
WC 37 04 02              PA CONSTRUCTION CLASS PREMIUM ADJ ENDT
WC 37 06 01              PA SPECIAL ENDT- INSPECTION OF MANUALS
WC 37 06 02              PA NOTICE
WC 37 03 03 A            PA ACT 86-1986 ENDT
WC 37 06 04              PA EMPLOYER ASSESSMENT ENDT
WC 40 06 01              SD DIRECT ACTION STATUTE ENDT
WC 40 06 03              SD MANAGED CARE ENDT
WC 40 06 05 B            SD CANCELLATION AND NONRENEWAL ENDT
WC 42 03 01 F            TX AMENDATORY ENDORSEMENT
WC 42 03 04 A            TX-WAIVER OF OUR RIGHT TO RECOVER
WC 42 04 07              TX AUDIT PREM AND RETRO PREM ENDT
WC 45 06 02              VA AMENDATORY ENDT
WC 45 06 04              VA CONTRACTING CLASS PREMIUM ADJ ENDT
WC 48 03 01 C    12-07   WI LIMITED OTHER STATES INSURANCE ENDT
WC 48 06 01 C            WI LAW ENDT
WC 48 06 06 B            WI CANCELLATION AND NONRENEWAL ENDT
```

**WC 89 06 14**

INSURED COPY

EXHIBIT A Page 000117

Policy Number

**ZAWCI9199300**

**SCHEDULE OF FORMS AND ENDORSEMENTS**

**ARCH INSURANCE COMPANY**

Named Insured **ALLEGIANT PROFESSIONAL**          Effective Date: **02-28-2010**

12:01 A.M., Standard Time

Agent Name **ARCHWAY INSURANCE SERVICES, LLC**          Agent No. **10100**

```
WC 52 06 02              HI NOTIFICATION ENDT
05 ML0043 04             PH NOTICE-AR-ACC PREVENT/LOSS CONTROL
05 ML0043 05             PH NOTICE-OR-LOSS CONTROL CONSULT SERV
05 ML0043 38             PH NOTICE-OR-LOSS PREVENTION SERVICE
05 ML0043 44             PH NOTICE-TX-ACC PREVENT/LOSS CONTROL
05 ML0050 15             IN NOTICE TO POLICYHOLDERS
00 WC0003 05             NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
00 WC004 10              EARLIER NOTICE OF CANCELLATION BY US
```

**WC 89 06 14**

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 00 04

# EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. <u>ZAWCI9199300</u>

### Form Numbers

COMMON POLICY FORMS AND ENDORSEMENTS

INSTALL-FORM          01-02     INSTALLMENT SCHEDULE

WORKERS COMPENSATION FORMS AND ENDORSEMENTS

```
05 ML0002 00          12-06     SIGNATURE PAGE
05ML004244            07-07     IMPORTANT NOTICE TO ALL TX POLICYHOLDERS
WC 00 00 01 A                   WC INFORMATION PAGE
WC 00 00 01 B                   NJ WC INFORMATION PAGE
WC 04 00 01 A                   WC CA INFORMATION PAGE
LOCATION2                       SCHEDULE OF NAMES & LOCATIONS
WC 04 00 02                     CA EXTENSION OF INFO PAGE - NAME INSURED
WC 04 00 03                     CA EXTENSION OF INFO PAGE - LOCATIONS
WC 04 00 05                     CA EXTENSION OF INFO PAGE-CLASSIFICATION
WC 89 04 15                     WC CLASSIFICATION SCHEDULE
WC 04 00 04                     CA EXTENSION OF INFO PAGE - FORMS
WC 00 00 00 A                   INSURANCE POLICY
05 ML0043 39                    PA POLICY HOLDER NOTICE
05 ML0002 05 A        12-06     CALIFORNIA SIGNATURE PAGE
WC 36 03 06           01-02     OR LIMITS OF LIABILITY ENDORSEMENT
WC 36 04 06           10-01     OR PREMIUM DUE DATE ENDT
00 WC0009 33                    PH NOTICE-NY WC SECURITY FUND SURCHARGE
00 WC004 00                     EARLIER NOTICE OF CANCELLATION BY US
DISCLOSURE                      IL INDUSTRIAL COMMISSION
PN 04 99 01 C                   CA POLICYHOLDER NOTICE
PN 04 99 02 A                   CA WORK COMP INSURANCE RATING LAWS
PN 04 99 04                     PH NOTICE-CIGA SURCHARGE
PP-1B                 01-07     NJ ELECTION FORM
WC 00 03 01 A                   ALTERNATE EMPLOYER ENDT
WC 00 03 11 A                   VOLUNTARY COMP AND EMPLOYERS LIAB COVG
WC 00 03 13                     WAIVER OF OUR RIGHT TO RECOVER
WC 00 04 02                     ANNIVERSARY RATING DATE ENDT
WC 00 04 03                     EXPERIENCE RATING MODIFICATION FACTOR
WC 00 04 04                     PENDING RATE CHANGE ENDT
WC 00 04 06                     PREMIUM DISCOUNT ENDT
WC000406A                       PREMIUM DISCOUNT ENDT
WC 00 04 12           01-90     CONTINGENT EXPERIENCE RATING MOD FACTOR
WC 00 04 14                     NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
WC 00 04 19                     PREMIUM DUE DATE ENDORSEMENT
```

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 04 00 04**

# EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. <u>ZAWCI9199300</u>

Form Numbers

```
WC 00 04 21 C        09-08      CATASTROPHE (OTHER THAN CERT ACTS) ENDT
WC 00 04 22 A        09-08      TERRORISM RISK PGM REAUTH ACT DISCL ENDT
WC 02 06 01                     AZ CANCELATION ENDT
WC 03 06 01 A                   AR AMENDATORY ENDT
WC 04 01 04          01-08      CA TERRORISM RISK INS PROGRAM REAUTH ACT
WC 04 03 01 A                   CA POLICY AMENDATORY ENDORSEMENT
WC 04 03 05                     CA VOL COMP & EMPLOYERS LIAB COVG ENDT
WC 04 03 06                     CA WAIVER OF OUR RIGHT TO RECOVER
WC 04 03 10                     CA DUTY TO DEFEND
WC 04 03 60 A                   CA EMPLOYERS' LIAB COV AMENDATORY ENDT
WC 04 04 01                     CA ANNIVERSARY RATING DATE ENDT
WC 04 04 10                     CA ESTIMATED ANNUAL PREMIUM ENDT
WC 04 04 16          01-08      CA TERRORISM PREMIUM ENDORSEMENT
WC 04 04 21          01-08      CA OPTIONAL PREMIUM INCREASE ENDORSEMENT
WC 04 06 01 A                   CA CANCELATION ENDT
WC 05 04 02                     CO CLASSIFICATION ENDT
WC 06 03 01                     CT APPLICATION OF WORKERS COMPENSATION
WC 06 03 03 B                   CT WC FUNDS COVERAGE ENDT
WC 06 06 01                     CT NONRENEWAL ENDT
WC 09 03 03                     FL EMPLOYERS LIAB COV. ENDT
WC 09 04 01                     FL CONTRACTING PREMIUM ADJUSTMENT ENDT
WC 09 04 02                     FL EXPERIENCE RATING MODIFICATION FTR
WC 09 04 03 A        01-08      FL TERRORISM RISK INS PROGRAM REAUTH ACT
WC 10 06 01 A                   GA CANCELATION NONRENEWAL & CHANGE ENDT
WC 12 03 06          04-08      IL WC & EMPL LIAB POLICY EXCLUSION ENDT
WC 12 06 01 C                   IL AMENDATORY ENDORSEMENT
WC 15 04 01 A                   KS FINAL PREMIUM ENDT
WC 15 04 04                     KS PENDING LOSS COST ENDT
WC 15 06 01 A                   KS CANCELATION AND NONRENEWAL ENDT
WC 16 03 05                     KY PART ONE WORKERS COMP INSURANCE ENDT
WC 16 06 01                     KY CANCELATION AND NONRENEWAL
WC 16 06 02                     KY NOTICE OF APPEALS RIGHTS ENDT
WC 17 03 03                     LA DUTY TO DEFEND ENDT
WC 17 06 01 D                   LA AMENDATORY ENDT
WC 17 06 02 A                   LA COST CONTAINMENT ACT ENDT
WC 18 06 01                     ME INSPECTION IMMUNITY ENDT
WC 18 06 03 A                   ME CANCELATION AND NONRENEWAL ENDT
WC 18 06 04                     ME FINAL PREM AUDIT ENDT
WC 18 06 06                     ME NOTICE
WC 19 06 01 E                   MD CANCELLATION AND NONRENEWAL ENDT
WC 20 03 01                     MA LIMITS OF LIABILITY ENDT
```

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 04 00 04

# EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. <u>ZAWCI9199300</u>

**Form Numbers**

| | | |
|---|---|---|
| WC 20 03 02 A | 09-08 | MA ASSESSMENT CHARGE |
| WC 20 03 03 C | | MA NOTICE TO POLICYHOLDER ENDT |
| WC 20 04 05 | | MA PREMIUM DUE DATE ENDT |
| WC 20 06 01 A | | MA CANCELLATION ENDT |
| WC 21 00 11 | | MI NOTICE TO POLICYHOLDER |
| WC 21 03 03 A | | MI NOTICE TO POLICYHOLDER ENDT |
| WC 21 03 04 | | MI LAW ENDORSEMENT |
| WC 21 04 02 A | 01-08 | MI TERRORISM RISK INS PROGRAM REAUTH ACT |
| WC 22 00 00 A | | MN AMENDATORY ENDT |
| WC 22 06 01 D | 08-06 | MN CANCELATION AND NONRENEWAL ENDT |
| WC 24 04 01 | | MO CONTRACTING CLASS PREMIUM ADJ ENDT |
| WC 24 04 06 C | | MO EMPLOYER PAID MEDICAL ENDORSEMENT |
| WC 24 06 01 B | | MO CANCELATION AND NONRENEWAL ENDT |
| WC 24 06 02 B | 07-06 | MO PROPERTY & CASUALTY GUARANTY ASSOC |
| WC 24 06 04 | | MO AMENDATORY ENDORSEMENT |
| WC 26 04 01 | | NE EXPERIENCE RATING MODIFICATION ENDT |
| WC 26 06 01 C | | NE CANCELATION AND NONRENEWAL ENDT |
| WC 27 06 01 C | 10-08 | NV CANCELLATION AND NONRENEWAL ENDT |
| WC 29 03 06 B | 07-07 | NJ PART TWO EMPLOYERS LIABILITY ENDT |
| WC 29 03 09 A | | NJ LIMITED OTHER STATES INSURANCE ENDT |
| WC 29 04 06 V | 01-09 | NJ PREMIUM DISCOUNT ENDORSEMENT |
| WC 29 04 10 | | NJ CONSTRUCTION CLASS PREMIUM ADJ ENDT |
| WC 30 03 01 | | NM SAFETY DEVICE COVERAGE ENDT |
| WC 30 04 01A | | NM WC PREM ADJ PROGRAM |
| WC 30 06 01 | | NM CANCELATION AND NONRENEWAL ENDT |
| WC 31 03 08 | | NY LIMIT OF LIABILITY ENDT |
| WC 31 03 19 E | 10-08 | NY CONST CLASS PREM ADJ ENDT |
| WC 31 04 01 | | NY CONSTR CLASS PREM ADJ FACTOR ENDT |
| WC 32 03 01 B | | NC AMENDED COVERAGE ENDT |
| WC 35 03 02 | | OK EMPLOYERS LIABILITY AMENDED COVG ENDT |
| WC 35 04 04 | | OK CONTRACTING CLASS PREM ADJ ENDT |
| WC 35 06 01 E | 07-06 | OK CANCELATION, NONRENEWAL & CHANGE ENDT |
| WC 35 06 03 | | OK FRAUD WARNING ENDT |
| WC 35 06 04 | | OK ELECTION OF COVERAGE ENDT |
| WC 36 03 01 | | OR UNSAFE EQUIPMENT EXCLUSION ENDT |
| WC 36 04 02 | | OR CONTRACTING CLASS PREM ADJ ENDT |
| WC 36 06 01 E | | OREGON CANCELLATION ENDORSEMENT |
| WC 37 04 02 | | PA CONSTRUCTION CLASS PREMIUM ADJ ENDT |
| WC 37 06 01 | | PA SPECIAL ENDT- INSPECTION OF MANUALS |
| WC 37 06 02 | | PA NOTICE |
| WC 37 06 03 A | | PA ACT 86-1986 ENDT |

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

EXHIBIT A Page 000121

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 00 04

# EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. <u>ZAWCI9199300</u>

Form Numbers

| | | |
|---|---|---|
| WC 37 06 04 | | PA EMPLOYER ASSESSMENT ENDT |
| WC 40 06 01 | | SD DIRECT ACTION STATUTE ENDT |
| WC 40 06 03 | | SD MANAGED CARE ENDT |
| WC 40 06 05 B | | SD CANCELLATION AND NONRENEWAL ENDT |
| WC 42 03 01 F | | TX AMENDATORY ENDORSEMENT |
| WC 42 03 04 A | | TX-WAIVER OF OUR RIGHT TO RECOVER |
| WC 42 04 07 | | TX AUDIT PREM AND RETRO PREM ENDT |
| WC 45 06 02 | | VA AMENDATORY ENDT |
| WC 45 06 04 | | VA CONTRACTING CLASS PREMIUM ADJ ENDT |
| WC 48 03 01 C | 12-07 | WI LIMITED OTHER STATES INSURANCE ENDT |
| WC 48 06 01 C | | WI LAW ENDT |
| WC 48 06 06 B | | WI CANCELLATION AND NONRENEWAL ENDT |
| WC 52 06 02 | | HI NOTIFICATION ENDT |
| 05 ML0043 04 | | PH NOTICE-AR-ACC PREVENT/LOSS CONTROL |
| 05 ML0043 05 | | PH NOTICE-OR-LOSS CONTROL CONSULT SERV |
| 05 ML0043 38 | | PH NOTICE-OR-LOSS PREVENTION SERVICE |
| 05 ML0043 44 | | PH NOTICE-TX-ACC PREVENT/LOSS CONTROL |
| 05 ML0050 15 | | IN NOTICE TO POLICYHOLDERS |
| 00 WC0003 05 | | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| 00 WC004 10 | | EARLIER NOTICE OF CANCELLATION BY US |

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 A

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who Is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

### D. State

State means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgement as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000123

**WC 00 00 00 A**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO
EMPLOYERS LIABILITY INSURANCE**

**A. How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 A

against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-

1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sec-tions 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. bodily injury to a master or member of the crew of any vessel;

11. fines or penalties imposed for violation of federal or state law; and

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

Copyright 1991 National Council on Compensation Insurance.                    Page 3 of 6

INSURED COPY

WC 00 00 00 A          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## F. Other Insurance

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

## G. Limits of Liability

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident - each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease - policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease - each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

## H. Recovery From Others

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

## I. Actions Against Us

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE
## OTHER STATES INSURANCE

### A. How This Insurance Applies

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

### B. Notice

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000126

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 00 00 A

papers related to the injury, claim, proceeding or suit.

4.  Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5.  Do nothing after an injury occurs that would interfere with our right to recover from others.

6.  Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

### PART FIVE – PREMIUM

**A.  Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.  Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.  Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1.  all your officers and employees engaged in work covered by this policy; and

2.  all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secur-

ed their workers compensation obligations.

**D.  Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E.  Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1.  If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2.  If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F.  Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G.  Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

Copyright 1991 National Council on Compensation Insurance.                    Page 5 of 6

INSURED COPY

**WC 00 00 00 A**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

POLICY NUMBER: **ZAWCI9199300**

## PART SIX- CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

DATE OF ISSUE: **03-17-10**

Copyright 1991 National Council on Compensation Insurance.                    Page 6 of 6

INSURED COPY

EXHIBIT A Page 000128

**PENNSYLVANIA NOTICE OF AVAILABILITY OF ACCIDENT AND ILLNESS PREVENTION SERVICES**

The Arch Insurance Company maintains and provides accident and illness prevention services as required by the nature of the policyholder's business or its operations, in accordance with the Pennsylvania Workers Compensation Act, including information about the 5% premium discount available to employers who form a certified workplace safety committee. For more information about these services please contact the Arch Loss Control Services Center at 1-888-411-2832, or by e-mail at **LossControl@archinsurance.com**, or at the following mailing address:

Corporate Loss Control
Arch Insurance Group
One Liberty Plaza, 53rd Floor
New York, NY 10006

05 ML0043 39 01 08                                                     Page 1 of 1

INSURED COPY


Insurance Group®

California Signature Page

IN WITNESS WHEREOF, Arch Insurance Company has caused this policy to be executed and attested.

_____

Mark D. Lyons

President

_____

Martin J. Nilsen

Secretary

INSURED COPY

EXHIBIT A Page 000130

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 36 03 06

# OREGON LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The limits of our liability under Part Two of the policy are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each accident |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, policy limit |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each employee |

This change applies to the insurance this policy provides for Oregon operations only.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**        Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

© 2001 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000131

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　　　**WC 36 04 06**

## OREGON PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE
PREMIUM**

D.　**Premium** is amended to read:
　　You will pay all premium when due.  You will pay the premium even if part or all of the workers compensation law is not valid. **The due date for audit and retrospective premiums is the date specified in the billing invoice for the policy.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
　　**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**　　Policy No. **ZAWCI9199300**　　　　Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**　　　　　　　　　　　　Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

　　　　　　　　　　　　　　　　Countersigned By _____

© 2001 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000132

**POLICYHOLDER NOTICE – NEW YORK**

WORKERS' COMPENSATION SECURITY FUND SURCHARGE

Companies writing workers compensation insurance business in New York are required to participate in the New York Workers' Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged "NY surcharge", an amount will be displayed on your premium notice.

00 WC0009 33 10 05                                          Page 1 of 1

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**EARLIER NOTICE OF CANCELLATION PROVIDED BY US ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attached clause" is to be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on

Policy No.    ZAWCI9199300

(Date) at 12:01 A.M. standard time, forms a part of of the

_____
Insurance Company

Issued to    ALLEGIANT  PROFESSIONAL
                        (Named Insured)

_____
Authorized Representative

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule below.

All the terms and conditions of the Policy which are not inconsistent with this endorsement continue to apply.

**SCHEDULE**

**Number of Days' Notice:**      60

00 WC004 00 11 03                                                                                    Page 1 of 1

INSURED COPY

EXHIBIT A Page 000134

**Policyholder Disclosure**
**Illinois Industrial Commission Operations Fund Surcharge**

Your policy has been surcharged as a result of the Illinois Industrial Commission Operations Fund Surcharge effective June 20, 2003.  The establishment of this Fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01%  of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is     $        2,559.00    .

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300                    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                        Premium $ INCL.

Insurance Company **ARCH INSURANCE COMPANY**

                                                  Countersigned By _____

                                              INSURED COPY

                                                                    EXHIBIT A Page 000135

PN 04 99 01 C
(Ed. 04-04)

## POLICYHOLDER NOTICE

### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.    INFORMATION AVAILABLE TO YOU**

    **A.   Information Available from Us — Arch Insurance Company**

        (1)  General questions regarding your policy should be directed to:

                Arch Insurance Company
                Four Embarcadero Center
                Suite 2000
                San Francisco, CA 94111
                Telephone Number:  (415) 490-9700
                Fax Number:  (415) 490-9600

        (2)  **DIVIDEND CALCULATION.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        (3)  **CLAIMS INFORMATION.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

            For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.   Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        (1)  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan—1995 (USRP)* and the *California Workers' Compensation Experience Rating Plan—1995 (ERP)*. Contact information for the WCIRB is: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirbonline.org. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

        (2)  **POLICYHOLDER INFORMATION.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

INSURED COPY

EXHIBIT A Page 000136

PN 04 99 01 C
(Ed. 04-04)

II.  DISPUTE PROCESS

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

A.  Our Dispute Resolution Process.

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

Arch Insurance Company
Four Embarcadero Center
Suite 2000
San Francisco, CA 94111
Telephone Number:  (415) 490-9700
Fax Number:  (415) 490-9600

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if you fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C. below.

B.  Disputing the Actions of the WCIRB. If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which your request pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272. If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

Page 2 of 3

INSURED COPY

EXHIBIT A Page 000137

**PN 04 99 01 C**
**(Ed. 04-04)**

C. **California Department of Insurance — Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

III. **RESOURCES AVAILABLE TO YOU IN OBTAINING INFORMATION AND PURSUING DISPUTES**

A. **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-777-0777 and by fax at 415-778-7007.

B. **California Department of Insurance — Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

---

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**      Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**      Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

**Page 3 of 3**

INSURED COPY

EXHIBIT A Page 000138

PN 04 99 02 A
(Ed. 11-00)

# POLICYHOLDER NOTICE

### CALIFORNIA WORKERS' COMPENSATION
### INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

### CALIFORNIA WORKERS' COMPENSATION INSURANCE
### NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

Page 1 of 2

INSURED COPY

EXHIBIT A Page 000139

PN 04 99 02 A
(Ed. 11-00)
POLICY NUMBER: ZAWCI 9199300

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date.  The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

After receiving a notice of nonrenewal, either you or the agent or broker of record on your nonrenewed policy can request, in writing, a premium and loss history report for your account's tenure or for the past three years, whichever is shorter, in addition to loss experience during the current policy year.  This information will be provided within 10 business days of receiving the written request.

This notice does not change the policy to which it is attached.

DATE OF ISSUE:  03-17-10

Page 2 of 2

INSURED COPY

EXHIBIT A Page 000140

PN 04 99 04
(Ed. 12-01)

POLICY NUMBER: **ZAWCI9199300**

# POLICYHOLDER NOTICE

### CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover those assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

DATE OF ISSUE: **03-17-10**

©2001 by the Workers' Compensation Insurance Bureau of California. All rights reserved.

INSURED COPY

EXHIBIT A Page 000141

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **FORM PP-1B**

---

**NEW JERSEY**
**NOTICE OF ELECTION — PROPRIETORS AND PARTNERS**
**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE**

The New Jersey Workers' Compensation Law was amended effective April 13, 2000.  The amendment permits **election** by a self-employed person or partners of any partnership including partners of a limited liability partnership and members of a limited liability company actively performing services on behalf of the business to be deemed employees for the purpose of receipt of benefits and the payment of premiums.  This election does not affect the insurance obligations for employees other than the self-employed person, partners or members.

The election must be made at the time the policy is purchased or renewed and must be effective at the inception date of the policy.  It is important to note that the election cannot be rescinded during the policy period and that in the case of any partnership including a limited liability partnership or limited liability company, **ALL** of the partners or **ALL** of the members must elect the coverage.  You will be required to pay a premium based on the remuneration and duties of the self-employed person or each partner or each member.

The insurer or insurance producer shall not be liable in an action for damages on account of the failure of a business, limited liability partnership, limited liability company or partnership to elect to obtain workers' compensation coverage for a self-employed person, limited liability partner, limited liability company member or partner, unless the insurer or insurance producer causes damage by a willful, wanton or grossly negligent act of commission or omission.

Whether electing or rejecting coverage, it will be necessary to complete all of the information requested below.  This completed form must then be returned to the insurer/producer.  A copy of this Notice and proof of mailing should be retained for your records.  If you received this form in relation to a renewal of insurance, and fail to execute and return it to the insurer/producer, coverage will continue as per the expiring policy.

| | |
|---|---|
| **NAME OF BUSINESS**_____<br><br>**COVERAGE IS ELECTED** _____   **COVERAGE IS REJECTED** _____  **BUSINESS IS A CORPORATION or OTHER FORM OF ORGANIZATION** _____ | Always complete this section |
| Name(s) of Proprietor or ALL Partners (please print)     Estimated Annual Wage _____   Duties _____<br>1. _____     _____   _____<br>2. _____     _____   _____<br>3. _____     _____   _____<br>4. _____     _____   _____<br>5. _____     _____   _____<br>6. _____     _____   _____ | Complete this section only when coverage is elected |
| Signature:_____   Date:_____<br>Proprietor or a Partner | Always complete this section |

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

Page 1 of 1

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 03 01 A

POLICY NUMBER: ZAWCI9199300

# ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

### SCHEDULE

1. **ALTERNATE EMPLOYER**                                    **ADDRESS**
   ANY CONTRACT OR
   PROJECT LOCATED IN
   ANY STATE OF THE
   UNITED STATES EXCEPT
   ND, OH, WA AND WY

2. **STATE OF SPECIAL OR TEMPORARY EMPLOYMENT**
   EACH STATE NAMED IN ITEM 3.A OR 3.C OF THE INFORMATION PAGE

3. **CONTRACT OR PROJECT**
   AS REQUIRED BY WRITTEN CONTRACT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                 Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1984, 1988 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000143

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 03 11 A

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Insurance to the policy.

A. **How This Insurance Applies**

This insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1. The bodily injury must be sustained by an employee included in the group of employees described in the Schedule.

2. The bodily injury must arise out of and in the course of employment necessary or incidental to work in a state listed in the Schedule.

3. The bodily injury must occur in the United States of America, its territories or possessions, or Canada, and may occur elsewhere if the employee is a United States or Canadian citizen temporarily away from those places.

4. Bodily injury by accident must occur during the policy period.

5. Bodily injury by disease must be caused or aggravated by the conditions of your employment.  The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

B. **We Will Pay**

We will pay an amount equal to the benefits that would be required of you if you and your employees described in the Schedule were subject to the workers compensation law shown in the Schedule.  We will pay those amounts to the persons who would be entitled to them under the law.

C. **Exclusions**

This insurance does not cover:

1. any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2. bodily injury intentionally caused or aggravated by you.

D. **Before We Pay**

Before we pay benefits to the persons entitled to them, they must:

1. Release you and us, in writing, of all responsibility for the injury or death.

2. Transfer to us their right to recover from others who may be responsible for the injury or death.

3. Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once.  If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

E. **Recovery From Others**

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid.  We will pay the balance to the persons entitled to it.  If the persons entitled to the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

F. **Employers Liability Insurance**

Part Two (Employers Liability Insurance) applies to bodily injury covered by this endorsement as though the State of Employment shown in the Schedule were shown in Item 3.A. of the Information Page.

Copyright 1991 National Council on Compensation Insurance.                                        Page 1 of 2

INSURED COPY

EXHIBIT A Page 000144

**WC 00 03 11 A**            WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

POLICY NUMBER: **ZAWCI9199300**

## SCHEDULE

| EMPLOYEES | STATE OF EMPLOYMENT | DESIGNATED WORKERS COMPENSATION LAW |
|---|---|---|
| ALL EMPLOYEES AND OFFICERS NOT SUBJECT TO THE WORKERS COMPENSATION ACT OF ANY STATE | ANY STATE NAMED IN ITEM 3.A OR 3.C OF THE INFORMATION PAGE EXCEPT NJ AND WI | STATE OF HIRE |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                       Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1991 National Council on Compensation Insurance.                              Page 2 of 2

INSURED COPY

EXHIBIT A Page 000145

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 03 13

POLICY NUMBER: ZAWCI9199300

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

### SCHEDULE

AS REQUIRED BY WRITTEN CONTRACT OR AGREEMENT PRIOR TO A LOSS

THIS FORM IS APPLICABLE TO ALL STATES EXCEPT NJ AND WI

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300              Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                   Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                Countersigned By _____

DATE OF ISSUE: 03-17-10

© 1983 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                  WC 00 04 02

POLICY NUMBER: ZAWCI9199300

# ANNIVERSARY RATING DATE ENDORSEMENT

The premium and rates for this policy, and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

## SCHEDULE

**ANNIVERSARY RATING DATE**

02-28-10                    NJ
02-28-10                    PA

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                              Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 00 04 03

POLICY NUMBER: ZAWCI9199300

## EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300              Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                    Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

Countersigned By _____

DATE OF ISSUE: 03-17-10

© 1983, 1994 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000148

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 04

POLICY NUMBER: ZAWCI9199300

## PENDING RATE CHANGE ENDORSEMENT

A rate change filing is being considered by the proper regulatory authority. The filing may result in rates different from the rates shown on the policy. If it does, we will issue an endorsement to show the new rates and their effective date.

If only one state is shown in Item 3.A. of the Information Page, this endorsement applies to that state. If more than one state is shown there, this endorsement applies only in the state shown in the Schedule.

### SCHEDULE

**STATE**

AZ
CT
GA
HI
IL
KS
MD
MI
NM

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000149