**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 06**

# PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

## SCHEDULE

**ESTIMATED ELIGIBLE PREMIUM $   4,158,605**

| 1. STATE | FIRST $5,000 | NEXT $95,000 | NEXT $400,000 | BALANCE |
|---|---|---|---|---|
| AL | 0 | .109 | .126 | .144 |
| AR | 0 | .109 | .126 | .144 |
| CA | 0 | .109 | .126 | .144 |
| CO | 0 | .109 | .126 | .144 |
| CT | 0 | .109 | .126 | .144 |
| GA | 0 | .109 | .126 | .144 |
| HI | 0 | .109 | .126 | .144 |
| IA | 0 | .091 | .113 | .123 |
| KS | 0 | .109 | .126 | .144 |
| KY | 0 | .109 | .126 | .144 |

2.  **AVERAGE PERCENTAGE DISCOUNT: 13.61 %**

3.  **OTHER POLICIES:**

4.  If there are no entries in Items 1, 2 and 3, of the Schedule see the Premium Discount Endorsement attached to your policy number:

Copyright 1983 National Council on Compensation Insurance.          **Page 1**

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 06

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

**ESTIMATED ELIGIBLE PREMIUM**

| 1. STATE | FIRST $5,000 | NEXT $95,000 | NEXT $400,000 | BALANCE |
|---|---|---|---|---|
| LA | 0 | .109 | .126 | .144 |
| MD | 0 | .109 | .126 | .144 |
| ME | 0 | .109 | .126 | .144 |
| MI | 0 | .095 | .119 | .124 |
| MO | 0 | .109 | .126 | .144 |
| MS | 0 | .109 | .126 | .144 |
| NE | 0 | .109 | .126 | .144 |
| NM | 0 | .109 | .126 | .144 |
| NY | 0 | .109 | .126 | .144 |
| OK | 0 | .109 | .126 | .144 |

2. **AVERAGE PERCENTAGE DISCOUNT: 13.61 %**

3. **OTHER POLICIES:**

4.  If there are no entries in Items 1, 2 and 3, of the Schedule see the Premium Discount Endorsement attached to your policy number:

Copyright 1983 National Council on Compensation Insurance.                    **Page 2**

INSURED COPY

EXHIBIT A Page 000151

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 06

POLICY NUMBER: **ZAWCI9199300**

# PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

**ESTIMATED ELIGIBLE PREMIUM $   4,158,605**

| 1. STATE | FIRST $5,000 | NEXT $95,000 | NEXT $400,000 | BALANCE |
|----------|--------------|--------------|---------------|---------|
| OR | 0 | .109 | .126 | .144 |
| PA | 0 | .109 | .126 | .144 |
| SC | 0 | .109 | .126 | .144 |
| SD | 0 | .109 | .126 | .144 |
| TN | 0 | .109 | .126 | .144 |
| TX | 0 | .084 | .105 | .11 |
| VA | 0 | .109 | .126 | .144 |

2. **AVERAGE PERCENTAGE DISCOUNT: 13.61 %**

3. **OTHER POLICIES:**

4. If there are no entries in Items 1, 2 and 3, of the Schedule see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**            Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1983 National Council on Compensation Insurance.                         **Page  3**

INSURED COPY

EXHIBIT A Page 000152

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 06 A

POLICY NUMBER: ZAWCI9199300

# PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

ESTIMATED ELIGIBLE PREMIUM $   4,158,605

| 1. STATE | FIRST $10,000 | NEXT $190,000 | NEXT $1,550,000 | BALANCE |
|---|---|---|---|---|
| AZ | 0 | .091 | .113 | .123 |
| FL | 0 | .091 | .113 | .123 |
| IL | 0 | .109 | .126 | .144 |
| IN | 0 | .109 | .126 | .144 |
| MA | 0 | .091 | .113 | .123 |
| MN | 0 | .109 | .126 | .144 |
| NC | 0 | .109 | .126 | .144 |
| NV | 0 | .109 | .126 | .144 |
| WI | 0 | .091 | .113 | .123 |

2.  **AVERAGE PERCENTAGE DISCOUNT: 13.61%**

3.  **OTHER POLICIES:**

4.  If there are no entries in Items 1, 2 and 3, of the Schedule see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $  INCL.

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: 03-17-10

A Copyright 1995 National Council on Compensation Insurance, Inc.                    Page 1

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     **WC 00 04 12**

(Ed. 1-90)

POLICY NUMBER: **ZAWCI9199300**

## CONTINGENT EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

The premium for this policy will be adjusted by an experience rating modification factor.  The factor shown in the schedule is a Contingent Experience Rating Modification Factor based on the appropriate experience data available and replaces any prior experience modification factor.  We will issue an endorsement to show a revised factor if appropriate additional experience data becomes available.  The contingent factor will apply unless a revised factor is subsequently issued.

Schedule

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**     Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**     Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 00 04 12**
(Ed. 1-90)
© 1990 National Council on Compensation Insurance.

INSURED COPY

Page 1 of 1

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 00 04 14

POLICY NUMBER: ZAWCI9199300

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300                Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                             Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1990 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 19**

POLICY NUMBER: **ZAWCI9199300**

# PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**
**PREMIUM**

D.  **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**        Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                       Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

© 2000 National Council on Compensation Insurance, Inc.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 04 21 C

(Ed. 9-08)

POLICY NUMBER: ZAWCI9199300

### CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a.   It is an act that is violent or dangerous to human life, property, or infrastructure;

  b.   The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c.   It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

Refer to State Workers Compensation Class Schedule (Extension of Information Page)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10          Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: 03-17-10
**WC 00 04 21 C**
(Ed. 9-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 22 A**

(Ed. 9-08)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/ or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act .If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property or infrastructure.

c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.   Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2.   Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.   The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

WC 00 04 22 A         **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 9-08)

POLICY NUMBER: ZAWCI9199300

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

Refer to State Workers Compensation Class Schedule (Extension of Information Page)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300     Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**     Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                Countersigned By _____

DATE OF ISSUE: 03-17-10
**WC 00 04 22 A**
(Ed. 9-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

EXHIBIT A Page 000159

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                          WC 02 06 01

POLICY NUMBER: ZAWCI9199300

# ARIZONA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arizona is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

D.  **Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy if you fail to pay premium when due. We must mail or deliver to you and the Industrial Commission of Arizona not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300                Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                    Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1986 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                  WC 03 06 01 A

POLICY NUMBER: ZAWCI9199300

# ARKANSAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arkansas is shown in Item 3.A. of the Information Page.

### Part Two - Employers Liability Insurance

C. **Exclusions**

    2.  Is replaced by:

        punitive or exemplary damages because of bodily injury to an employee employed in violation of law; punitive or exemplary damages are defined by Arkansas Bulletin No. 4-82 as those damages which are imposed to punish a wrongdoer and to deter others from similar conduct;

### Part Six - Conditions

D. **Cancelation** is replaced by:

    1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

    2.  We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you and to the Arkansas Workers Compensation Commission not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient notice.

    3.  The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300       Endorsement No.

Insured ALLEGIANT PROFESSIONAL                  Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                            Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1993 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 01 04

(Ed. 1-08)

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT – CALIFORNIA

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a.  The act is an act of terrorism.
   b.  The act is violent or dangerous to human life, property or infrastructure.
   c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

WC 04 01 04
(Ed. 1-08)

Includes © Copyright 2007 material of the National Council on Compensation Insurance, Inc. Used with permission. All rights reserved.
INSURED COPY

Page 1 of 2

EXHIBIT A Page 000162

**WC 04 01 04**    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-08)

POLICY NUMBER: **ZAWCI9199300**

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government.  If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amounts shown in Item 4 of the Information Page or in the Schedule in the Terrorism Premium Endorsement – California (WC 04 04 16), attached to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**  Policy No. **ZAWCI9199300**   Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**       Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

           Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 04 01 04**
(Ed. 1-08)
© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.         Page 2 of 2
         INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 03 01 A

# POLICY AMENDATORY ENDORSEMENT--CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed--Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages--Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment--Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.          Page 1 of 2
**From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999**

INSURED COPY

EXHIBIT A Page 000164

**WC 04 03 01 A**           **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER: **ZAWCI9199300**

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                      Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.                        Page 2 of 2

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 03 05

POLICY NUMBER: ZAWCI9199300

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT - CALIFORNIA

If the employer named in ITEM 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

### SCHEDULE

ALL EMPLOYEES AND OFFICERS NOT SUBJECT TO THE WORKERS COMPENSATION ACT OF ANY STATE

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300                    Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                        Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                              Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

EXHIBIT A Page 000166

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 03 06

POLICY NUMBER: **ZAWCI9199300**

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT - CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the Schedule.  (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be  **2**        % of the California workers' compensation premium otherwise due on such remuneration.

## SCHEDULE

**PERSON OR ORGANIZATION**                                    **JOB DESCRIPTION**

AS REQUIRED BY                                ALL JOBS UNDER CONTRACT
WRITTEN CONTRACT OR
AGREEMENT PRIOR TO A
LOSS

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**       Policy No. **ZAWCI9199300**            Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: **03-17-10**

© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual © 1999.
                                INSURED COPY

EXHIBIT A Page 000167

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                     WC 04 03 10

# DUTY TO DEFEND-CALIFORNIA

The insurance afforded by Part One, Section **C,** "We Will Defend", is hereby deleted and replaced with the following:

**WE WILL DEFEND**

We have the right and duty to defend at our expense any claim or proceeding against you before the California Workers' Compensation Appeals Board or its equivalent in any other state (and any appeal of a decision therefrom) for the benefits payable by this workers' compensation insurance. We have the right to investigate and settle these claims or proceedings.

We have no duty to defend a claim, proceeding, or suit that is not covered by this insurance.

Nothing contained in this Section shall amend, modify, restrict or otherwise alter any obligations or conditions under Part Two-Employer's Liability Insurance of the policy.

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

EXHIBIT A Page 000168

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 03 60 A

POLICY NUMBER: **ZAWCI9199300**

# EMPLOYERS' LIABILITY COVERAGE
## AMENDATORY ENDORSEMENT-CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

A. **"How This Insurance Applies,"** is amended to read as follows:

  A.  How This Insurance Applies

    This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

    1.  The bodily injury must arise out of and in the course of the injured employee's employment by you.

    2.  The employment must be necessary or incidental to your work in California.

    3.  Bodily injury by accident must occur during the policy period.

    4.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

    5.  If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

C.  The **"Exclusions"** section is modified as follows (all other exclusions in the **"Exclusions"** section remain as is):

  1.  Exclusion 1 is amended to read as follows:

    1.  liability assumed under a contract.

  2.  Exclusion 2 is deleted.

  3.  Exclusion 7 is amended to read as follows:

    7.  damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

  4.  The following exclusions are added:

    1.  bodily injury to any member of the flying crew of any aircraft.

    2.  bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**          Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                            Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1999 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001.**

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 04 01

POLICY NUMBER: **ZAWCI9199300**

# ANNIVERSARY RATING DATE ENDORSEMENT-CALIFORNIA

The premium and rates for this policy, and the experience rating modification factor, if any, may change on your anniversary rating date shown in the Schedule.

**Schedule**

| Anniversary Rating Date | (Month) | (Day) | (Year) |
|---|---|---|---|
| | 02 | 28 | 10 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual © 1999.**

INSURED COPY

EXHIBIT A Page 000170

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 04 04 10

POLICY NUMBER: **ZAWCI9199300**

## ESTIMATED ANNUAL PREMIUM ENDORSEMENT - CALIFORNIA

The premium with respect to the insurance provided by this policy by reason of the designation of California in item 3 of the Information Page is subject to experience modification.   The experience modification, when issued, will be effective on **02/28/10** , your normal anniversary rating date.  Pending the issuance of the experience modification by the Workers' Compensation Insurance Rating Bureau of California, the estimated annual premium shown below is based on the experience modification previously applicable to your operations.  The estimated annual premium will be revised when the Bureau issues the applicable experience modification.

ESTIMATED ANNUAL PREMIUM $        **650,250**

The estimated annual premium shown above is based on a prior experience modification of **1.53**    which was effective on **02/28/09** .

**NOTE: THE ESTIMATED ANNUAL PREMIUM MAY BE INCREASED WHEN THE BUREAU ISSUES THE EXPERIENCE MODIFICATION APPLICABLE TO THIS POLICY.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                      Premium $  **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                Countersigned By _____

DATE OF ISSUE: **03-17-10**

© 1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual © 1999.
INSURED COPY

EXHIBIT A Page 000171

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 04 04 16

(Ed. 1-08)

POLICY NUMBER: **ZAWCI9199300**

### TERRORISM PREMIUM ENDORSEMENT – CALIFORNIA

This endorsement is notification that your insurance carrier is charging premium for losses that may occur in the event of an act of terrorism.

Your policy provides coverage for workers compensation losses caused by acts of terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

For purposes of this endorsement, an "act of foreign terrorism" is defined as:

a. Any act that is violent or dangerous to human life, property or infrastructure; and

b. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charge for the coverage your policy provides for workers compensation losses caused by an act of terrorism is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

Refer to State Workers Compensation Class Schedule (Extension of Information Page)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**    Policy No. **ZAWCI9199300**    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 04 04 16**
(Ed. 1-08)

Includes © Copyright 2007 material of the National Council on Compensation Insurance, Inc. Used with permission. All rights reserved.
INSURED COPY

EXHIBIT A Page 000172

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 04 04 21

(Ed. 1-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT – CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**        Policy No. **ZAWCI9199300**        Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

© 2007 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

INSURED COPY

EXHIBIT A Page 000173

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                     WC 04 06 01 A

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the INFORMATION PAGE.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

CANCELATION

1.  You may cancel this policy.  You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy for one or more of the following reasons:

    a.  Non-payment of premium;

    b.  Failure to report payroll;

    c.  Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

    d.  Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

    e.  Material misrepresentation made by you or your agent;

    f.  Failure to cooperate with us in the investigation of a claim;

    g.  Failure to comply with Federal or State safety orders;

    h.  Failure to comply with written recommendations of our designated loss control representatives;

    i.  The occurrence of a material change in the ownership of your business;

    j.  The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

    k.  The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

Copyright 1998 by The Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.                     Page 1 of 2

INSURED COPY

EXHIBIT A Page 000174

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 01 A

POLICY NUMBER: ZAWCI9199300

I.   The occurrence of any change in your business or operation which contemplates an activity excluded by our
     reinsurance treaties.

3    If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written
     notice, stating when the cancelation is to take effect.  Mailing that notice to you at your mailing address shown in
     Item 1 of the Information Page will be sufficient to prove notice.  If we cancel your policy for any of the reasons
     listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event
     of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will
     not be provided.

4.   The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The Information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                          Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                        Countersigned By _____

DATE OF ISSUE: 03-17-10
Copyright 1998by The Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.          Page 2 of 2
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

EXHIBIT A Page 000175

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　**WC 05 04 02**

POLICY NUMBER: **ZAWCI9199300**

# COLORADO CLASSIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Colorado is shown in Item 3.A. of the Information Page.

Section B.  Classifications of Part Five (Premium) is amended by adding the following:

The assignment of a proper classification resulting in higher premium is allowed only if the misclassification was caused by your failure to provide accurate or complete data. If your operation changes during the policy term, you must notify us within ninety days of the change.  Failure to notify us will be considered a failure to provide accurate or complete data.

Section E.  Final Premium of Part Five is amended by adding this sentence at the end of the first paragraph:

Payments to us or to you based on improper classification may be collected or refunded during the term of the policy and  for twelve months  after the term.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**                Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH  INSURANCE  COMPANY**

                                    Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1990 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000176

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 06 03 01

POLICY NUMBER: ZAWCI9199300

## CONNECTICUT APPLICATION OF WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

Section A, "How This Insurance Applies," of Part One, "Workers Compensation Insurance," is amended to read as follows:

This workers compensation insurance applies to injury by accident or injury by disease. Injury includes resulting death.

1.  Injury by accident must occur during the policy period.

2.  Injury by disease must be caused or aggravated by exposure during the policy period to conditions of your employment.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10          Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                              Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1984 National Council on Compensation Insurance.

                              INSURED COPY

EXHIBIT A Page 000177

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 06 03 03 B

POLICY NUMBER: ZAWCI9199300

# CONNECTICUT WORKERS COMPENSATION FUNDS ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Connecticut is shown in Item 3.A. of the Information Page.

The amount shown on the Information Page for the Connecticut workers compensation fund assessment is required of you under Section 31-345 (Certificate of solvency; assessments; overpayments) of the Connecticut General Statutes. As provided in Section 31-284(c) (Employer rights and liabilities), we will pay these assessments to the Connecticut State Treasurer. The purpose of the assessment is to finance the expenses of administering the law.

THE AMOUNT SHOWN ON THE INFORMATION PAGE FOR THE CONNECTICUT SECOND INJURY FUND SURCHARGE IS REQUIRED OF YOU UNDER CONNECTICUT REGULATIONS TO FINANCE THE CONNECTICUT SECOND INJURY FUND. WE WILL PAY THIS SURCHARGE TO THE CONNECTICUT STATE TREASURER.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300      Endorsement No.

Insured ALLEGIANT PROFESSIONAL        Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000178

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 06 06 01

## CONNECTICUT NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Connecticut is shown in Item 3.A. of the Information Page.

Add the following to **Part Six - Conditions** of the policy:

**F. Nonrenewal**

We may elect not to renew the policy.  Unless otherwise provided by Connecticut General Statutes Annotated Section 38a-323, we will provide you via registered mail, certified mail or by mail evidenced by a certificate of mailing, or deliver to the named insured at the address shown in the policy, at least sixty (60) days advance notice of our intention not to renew.

Mailing such notice to you at your address, shown in Item 1., of the Information Page, will be deemed sufficient notice under this section.

The notice of intent not to renew will state or be accompanied by a statement specifying the reason for such nonrenewal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH  INSURANCE COMPANY**

                                         Countersigned By _____

© 2002 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000179

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 09 03 03

POLICY NUMBER: ZAWCI9199300

## FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

C.  Exclusion 5, Section C. of Part two of the policy, is replaced by the following:
    This insurance does not cover

    5.  bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensations laws.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                       Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                        Countersigned By _____

DATE OF ISSUE: 03-17-10

© 2005 National Council on Compensation Insurance, Inc.                    Page 1 of 1

                              INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 09 04 01**

POLICY NUMBER: ZAWCI9199300

# FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Florida Contracting Classification Premium Adjustment factor. The factor was not available when the policy was issued. If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                     Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1987 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000181

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY      WC 09 04 02

POLICY NUMBER: **ZAWCI9199300**

# FLORIDA EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

A. The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

B. If the factor is an increase over that shown on the Information Page, it will apply as of the policy effective date; or if the anniversary rating date is different from the policy effective date it will apply as of the anniversary rating date. Your premium will be calculated:

   1. Retroactively to the effective date of the policy or to the anniversary rating date if the adjustment is within the first 90 days of the policy period or the anniversary rating date;

   2. On a pro rata basis from the date we endorsed the policy if the adjustment is more than 90 days after the effective date of the policy or the anniversary rating date.

The adjustment will be retroactive to the effective date of the policy period or to the anniversary rating date when:

   a. The change in experience modification is the result of a revision in your classifications;

   b. The delay in the calculation of the experience modification is due to your failure to make available all your records for examination and audit as provided in Part Five-G (Audit) of the policy.

C. If the factor is a decrease from that shown on the Information Page, it will apply retroactively to the policy effective date or the anniversary rating date if different from the policy effective date.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**       Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                   Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1988 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 09 04 03 A

(Ed. 1-08)

FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a. The act is an act of terrorism.

   b. The act is violent or dangerous to human life, property or infrastructure.

   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

4. "Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

5. "Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

WC 09 04 03 A
(Ed. 1-08)
© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

Page 1 of 2

**WC 09 04 03 A**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-08)

POLICY NUMBER: **ZAWCI9199300**

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

Rate per $100 of Remuneration

Refer to State Workers Compensation Class Schedule (Extension of Information Page)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 09 04 03 A**
(Ed. 1-08)

© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY                    Page 2 of 2

EXHIBIT A Page 000184

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY             WC 10 06 01 A

POLICY NUMBER: **ZAWCI9199300**

# GEORGIA CANCELATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Georgia is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

D. **Cancelation, Nonrenewal and Change**

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect, subject to the following:

    a.  If only your interest is affected, the effective date of cancelation will be the later of the date we receive notice from you or the date specified in the notice.

    b.  If by statute, regulation or contract this policy may not be canceled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days notice to you and the third party as soon as practicable after receiving your request for cancelation.

        Our notice will state the effective date of cancelation, which will be the later of the following:

        1)  10 days from the date of mailing or delivering our notice, or

        2)  The effective date of cancelation stated in your notice to us.

2.  We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancelation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or if we nonrenew this policy, we must send to you a notice of cancelation or nonrenewal by certified mail, return receipt requested, to your last address of record at least 75 days prior to the effective date of cancelation or nonrenewal.

3.  If we increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages), limit or restrict coverage, we must mail by first class mail or deliver a notice of our action (including dollar amount of any increase in renewal premium more than 15%) to you at the last mailing address of record at least 45 days before the expiration date of this policy.

4.  The policy period will end on the day and hour stated in the cancelation notice except as provided for above.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated. **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**    Policy No. **ZAWCI9199300**            Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                           Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                    Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1993 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000185

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**WC 12 03 06**

(Ed. 4-08)

POLICY NUMBER: **ZAWCI9199300**

### ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT

C.  Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.  liability assumed under a contract, including any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                              Countersigned By _____

DATE OF ISSUE: **03-17-10**
WC 12 03 06

(Ed. 4-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

Page 1 of 1

EXHIBIT A Page 000186

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 12 06 01 C

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Six (Conditions), Condition A. **Inspection,** Condition D. **Cancellation** and Condition E. **Sole Representative** of the policy are replaced by these four Conditions.

### Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

### Cancellation

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.
2. We may cancel this policy. We will mail to each named insured and to the broker or the agent of record advance written notice stating when the cancellation is to take effect.
3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:
    a. at least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
    b. at least 60 days before the cancellation is to take effect if the policy has been in force for more than 60 days.
4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
    a. Nonpayment of premium.
    b. The policy was issued because of a material misrepresentation.
    c. You violated any of the material terms and conditions of the policy.
    d. There are unfavorable underwriting factors, specific to you, that were not present when the policy took effect.
    e. The Director has determined that we no longer have adequate reinsurance to meet our needs.
    f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.
5. Our notice of cancellation will state our reasons for canceling.
6. The policy period will end on the day and hour stated in the cancellation notice.

### Nonrenewal

1. We may elect not to renew the policy. If we fail to give 60 days notice, the policy will automatically be extended for one year. Mailing that notice to you at your last known mailing address will be sufficient to prove notice. An exact and unaltered copy of such notice shall also be sent to the insured's broker, if known, or the agent of record at the last mailing address known by the company.
2. Our notice of nonrenewal will state our reasons for not renewing.

INSURED COPY

EXHIBIT A Page 000187

**WC 12 06 01 C**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER: **ZAWCI9199300**

3.   If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
   a.   We show you a willingness to renew the policy; or
   b.   You notify us or the agent or broker who procured this policy that you do not want the policy renewed; or
   c.   You fail to pay all premiums when due; or
   d.   You obtain other insurance as a replacement of the policy.

**Sole Representative**
The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium or to give us notice of cancellation.

Part Five (Premium), Section G. **Audit** is replaced by this Section.

**Audit**
You will let us examine and audit all your records that relate to this policy.   These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.   We may conduct the audits during regular business hours during the policy period and within three years after the policy ends.   Information developed by audit will be used to determine final premium.   The National Council on Compensation Insurance has the same rights we have under this provision.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: **03-17-10**

© 2001 National Council on Compensation Insurance                              Page 2 of 2

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
POLICY NUMBER: **ZAWCI9199300**

**WC 15 04 01A**

(Ed. 01-10)

### KANSAS FINAL PREMIUM ENDORSEMENT

This endorsement changes how the final premium is determined. The change applies only to the premium charged because Kansas is shown in Item 3.A. of the Information Page

- Kansas final premium will not be less than the highest minimum premium for the classifications covered by this policy unless there are two or more classifications covered and the highest rated classification has less than $500 payroll.
- When this occurs the final premium will not be less than one-half of the sum of the two highest minimum premiums for any classifications covered by the policy other than Clerical Office and Salespersons.
- When the highest rated classification has less than $500 payroll and Standard Exception classifications are the only classifications showing payrolls, the final premium will not be less than the minimum premium for the classification showing the highest payroll.
- Final premium for a multiple state policy will be that of the state with the single highest minimum premium, even if that state is on an "if any" basis. If two or more states have the same highest minimum premium, the minimum premium is determined by the state with the largest amount of standard premium.
- Minimum premium is subject to final adjustment at audit and will be determined only on the basis of the classifications developing premium.
- If the final earned premium is less than the minimum premium determined at audit, then that minimum premium must be charged.
- If no classification develops premium, the final premium shall be a flat charge of $200.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                      Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

**WC 15 04 01A**
(Ed. 01-10)
© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 15 04 04

POLICY NUMBER: ZAWCI9199300

## KANSAS PENDING LOSS COST ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The premium for this policy is determined by the product of loss costs developed and filed by the National Council on Compensation Insurance, Inc. and a loss cost multiplier filed by us. The loss costs and our loss cost multiplier are subject to approval by the Kansas Insurance Department. Revised loss costs developed by the National Council on Compensation Insurance, Inc. are currently pending before the Kansas Insurance Department. The Kansas Insurance Department's decision on the change may increase or decrease the premium from that used to issue your policy. If it is different, your policy will be endorsed to reflect the new premium based on the loss costs approved by the Kansas Insurance Department.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300              Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                          Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                    Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 15 06 01 A

POLICY NUMBER: **ZAWCI9199300**

## KANSAS CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kansas is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by these two Conditions:

**Cancelation**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. If we cancel because you fail to pay all premium when due, we will mail or deliver to you not less than 10 days advance written notice stating when the cancelation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3. If this policy has been in effect for 90 days or more, we may cancel only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was issued because of a material misrepresentation;

   c. you violated any of the material terms and conditions of the policy;

   d. there are unfavorable underwriting factors, specific to you, that were not present when the policy took effect;

   e. the Commissioner has determined that our continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

   f. the Commissioner has determined that we no longer have adequate reinsurance to meet our needs.

4. Our notice of cancelation will state our reasons for canceling.

5. The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice when the nonrenewal will take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. Our notice of nonrenewal will state our reasons for not renewing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**    Policy No. **ZAWCI9199300**     Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**     Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

           Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1986 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 16 03 05

POLICY NUMBER: ZAWCI9199300

### KENTUCKY PART ONE WORKERS COMPENSATION INSURANCE ENDORSEMENT

This endorsement modifies the insurance policy to which it is attached and applies to the insurance provided by this policy because Kentucky is shown in Item 3.A. of the Information Page.

F.3. of Part One, Workers Compensation Insurance of the policy is replaced by the following:

**F.  Payments You Must Make**

3.  you fail to comply with a health or safety law or regulation; provided that, however, we are responsible for payment of any amounts in excess of the benefits regularly provided under the workers compensation law of this state if an accident is caused in any degree by the intentional failure of the employer to comply with any specific statute or lawful administrative regulation made thereunder, communicated to the employer and relative to the installation or maintenance of safety appliances or methods as provided in KRS 342.165(1); or

Except for any payments for which we are responsible as provided in Section F.3. above, if we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10          Policy No. ZAWCI9199300                    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                              Countersigned By _____

DATE OF ISSUE: 03-17-10

© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY
                                                                                Page 1 of 1

EXHIBIT A Page 000192

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 16 06 01

# KENTUCKY CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1.  You may cancel this policy. You will deliver or mail advance written notice to us, stating when the cancelation is to take effect.

2.  We may cancel this policy. We will deliver or mail to you not less than 75 days advance written notice stating when the cancelation is to take effect and our reason or reasons for cancelation. If we cancel for nonpayment of premium or within 60 days of the date of issuance of the policy, we will deliver or mail this notice not less than 14 days prior to the effective date of cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  After coverage has been in effect more than 60 days or after the effective date of a renewal policy, we may not cancel the policy unless cancelation is based on one or more of the following reasons:

    a.  nonpayment of premium;

    b.  discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or presenting a claim under the policy;

    c.  discovery of willful or reckless acts or omissions on your part increasing any hazard originally insured;

    d.  changes in conditions after the effective date of the policy or any renewal substantially increasing any hazard originally insured;

    e.  a violation of any local fire, health, safety, building, or construction regulation or ordinance at any of your covered workplaces substantially increasing any hazard originally insured;

    f.  our involuntary loss of reinsurance for the policy;

    g.  a determination by the commissioner that the continuation of the policy would place us in violation of Kentucky insurance laws.

**Nonrenewal**

1  We may elect not to renew the policy. We will deliver or mail to you not less than 75 days advance written notice stating our intention not to renew and our reason or reasons for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.  If we fail to provide the notice of nonrenewal as required, the policy will be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium, and coverage will continue until you have accepted replacement coverage with another insurer, until you have agreed to the nonrenewal, or until the policy is canceled.

3.  If we have delivered or mailed to you a renewal notice, bill, certificate, or policy not less than 30 days before the end of the current policy period clearly stating the amount and due date of the renewal premium charge, then the policy will terminate on the due date without further notice unless the renewal premium is received by us or our agent on or before the due date. If the policy terminates in this manner, we will deliver or mail to you within 15 days of termination at your mailing address shown in Item 1 of the Information Page a notice that the policy was not renewed and the date on which coverage ceased to exist. Proof of mailing of the renewal premium to us or our agent on or before the due date will constitute a presumption of receipt on or before the due date.

Copyright 1997 National Council on Compensation Insurance, Inc.                    Page 1 of 2

INSURED COPY

EXHIBIT A Page 000193

**WC 16 06 01**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER: **ZAWCI9199300**

4.  If we offer to renew the policy for a premium amount more than 25% greater than the premium amount for the current policy term for like coverage and like risks, we will deliver or mail to you and to your agent not less than 75 days advance written notice of the renewal premium amount. We may at our option, in order to comply with this requirement, extend the period of coverage of the current policy at the expiring premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                 Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                    Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1997 National Council on Compensation Insurance, Inc.                             Page 2 of 2

INSURED COPY

EXHIBIT A Page 000194

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 16 06 02

POLICY NUMBER: **ZAWCI9199300**

# KENTUCKY NOTICE OF APPEAL RIGHTS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Kentucky is shown in Item 3.A. of the Information Page.

## NOTICE OF YOUR RIGHTS

If you believe that the rates or the rating system under this policy have been incorrectly or improperly applied, you may request a review of the manner in which the rate or rating system has been applied. You must make your request in writing to us or the National Council on Compensation Insurance, Inc. (NCCI). We or NCCI has thirty (30) days to grant or reject your request for a review and to notify you in writing whether your request has been granted or rejected. If your request is granted, we or NCCI shall conduct the review within ninety (90) days of receiving your request. If your request is rejected or if you are dissatisfied with the results of the review, you may appeal to the commissioner for further review. You must make your appeal within thirty (30) days of receipt of the rejection or of the results of your review. Your appeal is to be sent to:

Legal Division
Department of Insurance
P. O. Box 517
Frankfort, KY 40602

Your request for an appeal should include a statement of the facts and how the rates or rating system were incorrectly or improperly applied. Also, enclose copies of the results of the review and any other correspondence from us or NCCI. If your appeal shows good cause, the commissioner shall hold a hearing. The commissioner may, after the hearing, issue a final order affirming, modifying or reversing our or NCCI's action.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**          Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1999 National Council on Compensation Insurance, Inc.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 17 03 03

POLICY NUMBER: **ZAWCI9199300**

# LOUISIANA DUTY TO DEFEND ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A of the Information Page.

The duty to defend provision of the policy is replaced by this provision.

Part Two - Employer's Liability

**D.  We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance.  We have the right to investigate and settle these claims, proceedings and suits.

Our duty to defend ends when the limit of liability has been exhausted by the payment of a judgement or settlement.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**       Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                        Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE:  **03-17-10**

© 2000 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000196

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 17 06 01 D**

# LOUISIANA AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Louisiana is shown in Item 3.A. of the Information Page.

### PART SIX-CONDITIONS

The **Cancellation** Condition of the policy is replaced by this Condition:

**D. Cancellation**

1. If coverage has not been in effect for sixty days and the policy is not a renewal, cancellation shall be effected by mailing or delivering a written notice to the first-named insured at the mailing address shown on the policy at least sixty days before the cancellation effective date, except in cases where cancellation is based on nonpayment of premium. Notice of cancellation based on nonpayment of premium shall be mailed or delivered at least ten days prior to the effective date of cancellation. After coverage has been in effect for more than sixty days or after the effective date of a renewal policy, no insurer shall cancel a policy unless the cancellation is based on at least one of the following reasons:

   a. Nonpayment of premium.

   b. Fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy.

   c. Activities or omissions on the part of the named insured which change or increase any hazard insured against, including a failure to comply with loss control recommendations.

   d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decision.

   e. Determination by the commissioner of insurance that the continuation of the policy would jeopardize a company's solvency or would place the insurer in violation of the insurance laws of this state or any other state.

   f. Violation or breach by the insured of any policy terms or conditions.

   g. Such other reasons that are approved by the commissioner of insurance.

2. a. A notice of cancellation of insurance coverage by an insurer shall be in writing and shall be mailed or delivered to the first-named insured at the mailing address as shown on the policy. Notices of cancellation based on conditions 1.b. through 1.g. above shall be mailed or delivered at least thirty days prior to the effective date of the cancellation; notices of cancellations based upon condition 1.a. above shall be mailed or delivered at least ten days prior to the effective date of cancellation. The notice shall state the effective date of the cancellation.

   b. The insurer shall provide the first-named insured with a written statement setting forth the reason for the cancellation where the insured requests such a statement in writing and the named insured agrees in writing to hold the insurer harmless from liability for any communication giving notice of or specifying the reasons for a cancellation or for any statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation under this endorsement.

3. Nothing in this endorsement shall require an insurer to provide a notice of cancellation or a statement of reasons for cancellation where cancellation for nonpayment of premium is effected by a premium finance agency or other entity pursuant to a power of attorney or other agreement executed by or on behalf of the insured.

© 2001 National Council on Compensation Insurance, Inc.     **Page 1 of 3**

INSURED COPY

EXHIBIT A Page 000197

**WC 17 06 01 D**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

4.  An insurer may decide not to renew a policy if it delivers or mails to the first-named insured at the address shown on the policy written notice it will not renew the policy. Such notice of nonrenewal shall be mailed or delivered at least sixty days before the expiration date. Such notice to the insured shall include the insured's loss run information for the period the policy has been in force within, but not to exceed the last three years of coverage. If the notice is mailed less than sixty days before expiration, coverage shall remain in effect under the same terms and conditions until sixty days after notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date shall be considered pro rata based upon the previous year's rate. For purposes of this endorsement, the transfer of a policyholder between companies within the same insurance group shall not be a refusal to renew. In addition, changes in the deductible, changes in rate, changes in the amount of insurance, or reductions in policy limits or coverage shall not be refusals to renew.

5.  Notice of nonrenewal shall not be required if the insurer or a company within the same insurance group has offered to issue a renewal policy, or where the named insured has obtained replacement coverage or has agreed in writing to obtain replacement coverage.

6.  If an insurer provides the notice described in paragraph 4 above and thereafter the insurer extends the policy for ninety days or less, an additional notice of nonrenewal is not required with respect to the extension.

7.  An insurer shall mail or deliver to the named insured at the mailing address shown on the policy written notice of any rate increase, change in deductible, or reduction in limits or coverage at least thirty days prior to the expiration date of the policy. If the insurer fails to provide such thirty-day notice, the coverage provided to the named insured at the expiring policy's rate, terms, and conditions shall remain in effect until notice is given or until the effective date of replacement coverage obtained by the named insured, whichever first occurs. For the purposes of this paragraph, notice is considered given thirty days following date of mailing or delivery of the notice. If the insured elects not to renew, any earned premium for the period of extension of the terminated policy shall be calculated pro rata at the lower of the current or previous year's rate. If the insured accepts the renewal, the premium increase, if any, and other changes shall be effective the day following the prior policy's expiration or anniversary date.

8.  Paragraph 7 shall not apply to the following:

    a.  Changes in a rate or plan filed with the insurance rating commission and applicable to an entire class of business.
    b.  Changes based upon the altered nature or extent of the risk insured.
    c.  Changes in policy forms filed and approved with the commissioner and applicable to an entire class of business.
    d.  Changes requested by the insured.

9.  Proof of mailing of notice of cancellation, or of non renewal or of premium or coverage changes, to the named insured at the address shown in the policy, shall be sufficient proof of notice.

Section I., **Actions Against Us**, of Part Two (Employers Liability Insurance) of the policy is replaced by the following:

I.   **Actions Against Us**

You may not bring an action against us under this insurance unless:
1.  You have complied with all the terms of this policy; and
2.  The amount you owe has been determined with our consent or by actual trial and final judgment.

The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

© 2001 National Council on Compensation Insurance, Inc.                **Page 2 of 3**

INSURED COPY

EXHIBIT A Page 000198

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 17 06 01 D**

**This Condition is added to the policy:**

**Your Right to Remove Agent**

We will not change or remove the agent of record who wrote this policy prior to the termination or renewal of this policy unless you request the change or removal, If you request the change or removal of the agent, we will notify the agent in writing 15 days in advance of the change or removal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
     **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**          Policy No. **ZAWCI9199300**                    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                   Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                        Countersigned By _____

© 2001 National Council on Compensation Insurance, Inc.                         **Page 3 of 3**

INSURED COPY