WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 17 06 02 A

POLICY NUMBER: ZAWCI9199300

# LOUISIANA COST CONTAINMENT ACT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

You may be eligible for a two (2) percent reduction in your premium if you attend a cost containment meeting conducted by the Occupational, Safety and Health Administration (OSHA) Section of the Office of Workers Compensation Administration. In order for you to receive the reduction, you must submit to us a certificate of attendance from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date you attended the cost containment meeting.

You may also be eligible for an additional five (5) percent reduction in your premium if you have attended a cost containment meeting and have subsequently satisfactorily implemented an occupational safety and health program prescribed by the OSHA Section. In order for you to receive the reduction, you must submit to us a Certificate of Satisfactory Implementation of Occupational, Safety and Health Program from the OSHA Section. The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date of your certification.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                      Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                   Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 18 06 01

POLICY NUMBER: **ZAWCI9199300**

## MAINE INSPECTION IMMUNITY ENDORSEMENT

### (TITLE 14 MAINE REVISED STATUTES ANNOTATED SECTION 167)

### THE FOLLOWING LIMITS OUR LIABILITY

We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.

This exemption from liability does not apply:

A. If the injury, loss or death occurred during the actual performance of inspection services and was proximately caused by our negligence or by the negligence of our agents, employees or service contractors;

B. To any inspection services required to be performed under the provisions of a written service contract or defined loss prevention program;

C. In any action against us, our agents, employees, or service contractors for damages proximately caused by our acts or omissions which are determined to constitute a crime, actual malice or gross negligence; or,

D. If we fail to provide this written notice to the insured whenever a policy is issued or when new policy forms are issued upon renewal.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                     Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000201

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 18 06 03 A

POLICY NUMBER: ZAWCI9199300

# MAINE CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item **3.A.** of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

**Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you and to the Workers Compensation Board not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing notice to you at your last known address will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice. If you have obtained a workers compensation and employers liability insurance policy from another insurance company, or have otherwise se-cured your obligation to provide compensation, and such insurance or other security becomes effective prior to the expiration of the notice period, the policy period will end on the effective date of such other insurance or security.

4. If this policy has been renewed or has been in effect for 60 days or more, we may cancel only for one of the following reasons:

   a. Nonpayment of premium;

   b. Fraud or a material misrepresentation was made in obtaining the policy, continuing the policy or presenting a claim under the policy;

   c. The risk accepted when the policy was issued has substantially increased;

   d. Your failure to comply with reasonable loss control recommendations;

   e. A substantial breach of contractual duties, conditions or warranties under the policy;

   f. The Superintendent has determined that continuation of the policy could jeopardize our solvency or place us in violation of the law.

**Nonrenewal**

We may elect not to renew the policy. We will mail or deliver to you not less than 30 days advance written notice. A post office certificate of mailing to you at your last known address will be conclusive proof of receipt of that notice on the third calendar day after mailing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02−28−10        Policy No. ZAWCI9199300            Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: 03−17−10

Copyright 1995 National Council on Compensation Insurance, Inc.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 18 06 04

POLICY NUMBER: ZAWCI9199300

## MAINE FINAL PREMIUM AUDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Part Five (Premium), Condition E, **Final Premium**, and Condition G, **Audit**, are changed by adding these Conditions:

**E.  Final Premium**

We are required by Maine regulation to complete our final premium audit not later than 120 days after the policy period ends.

If we are unable to examine and audit your records because of your failure to cooperate, we will mail advance written notice to you stating the reasons for our inability to establish the final premium. Your final premium will be established no later than 120 days from the time we are able to complete the examination and audit of your records.

If we have not established the final premium within the 120-day time limitation, we may not bill or collect any additional premium that exceeds the latest billed annual premium.

**G.  Audit**

You may request a final premium audit to determine whether you are entitled to a refund, if we have not established the final premium within the 120-day time limit. You will mail or deliver written notice to us requesting the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300              Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                    Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                           Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 18 06 06

POLICY NUMBER: ZAWCI9199300

# MAINE NOTICE OF FILING OF FIRST REPORTS OF INJURY
# WITHIN SEVEN DAYS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Employer's First Report of Occupational Injury or Disease, form WCB-1, required to be filed for injuries arising out of and in the course of an employee's employment that has caused the employee to lose a day's work shall be reported to and received by the Workers' Compensation Board within seven (7) days after the employer receives notice or knowledge of the injury, as provided by 39-A M.R.S.A. sec. 303. First Reports of Injury can be mailed, electronically submitted or faxed to the Worker's Compensation Board at 207-287-5895.

Contact us immediately if an injury occurs which may be required to be reported to the Worker's Compensation Board.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10       Policy No. ZAWCI9199300             Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                         Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                          Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1999 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000204

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 19 06 01 E

(Ed. 1-09)

POLICY NUMBER: ZAWCI9199300

## MARYLAND CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maryland is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation and Nonrenewal**

1. You may cancel this policy. You will mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel or nonrenew this policy as follows:

   a. If the policy is cancelled for nonpayment of premium, we will file with the Office of the Maryland Workers Compensation Commission's designee, and serve you by certificate of mailing, not less than ten (10) days advance written notice stating when the cancellation will take effect.

   b. If the policy is cancelled for reasons other than nonpayment of premium or if the policy is nonrenewed, we will file with the Office of the Maryland Workers Compensation Commission's designee, and serve by certified mail or personal service upon you, not less than thirty (30) days advance written notice stating when the cancellation or nonrenewal will take effect.

   Mailing this notice by certified mail to you at your mailing address last known to us creates a presumption of actual delivery of notice. You may be able to rebut this presumption by providing evidence that the notice was not delivered.

3. The effective dates of the cancellation or nonrenewal are determined as follows:

   a. Except for cancellation for non-payment of premium, the policy period will end on the day and hour stated in the cancellation or nonrenewal notice, or 30 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

   b. For cancellation for non-payment of premium, the policy period will end on the day and hour stated in the cancellation notice, or 10 days after the date the notice is received by the Maryland Workers Compensation Commission's designee, whichever date is later.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10          Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: 03-17-10
**WC 19 06 01 E**
(Ed. 1-09)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 20 03 01

POLICY NUMBER: ZAWCI9199300

# MASSACHUSETTS LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Massachusetts is listed in Item 3.A. of the Information Page.

Our liability to you under Section 25 of Chapter 152 of the General Laws of Massachusetts is not subject to the limit of liability that applies to Part Two (Employers Liability Insurance).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300                    Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                                  Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1984 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY            WC 20 03 02 A

(Ed. 9-08)

POLICY NUMBER: **ZAWCI9199300**

### MASSACHUSETTS—ASSESSMENT CHARGE

Massachusetts General Laws, Chapter 152, Section 65, as amended by Chapter 572 of the Acts of 1985, establishes a workers compensation special fund and a workers compensation trust fund.

On behalf of the Department of Industrial Accidents (DIA), the insurance company providing workers compensation coverage is required to bill and collect an assessment charge covering the special and trust funds from insured employers and remit the amounts collected to the State Treasury.

The assessment charge, which is determined by applying a rate (subject to annual change) to the DIA's standard premium, as defined and outlined in 452 CMR 7.00, developed under your policy, is shown as a separate item on the information page of the policy. The rate may be different for private employers and for the Commonwealth and its political subdivisions.

The income derived from the assessment charge will be used to fund the operating expenses of the DIA and to fund certain employee benefits as described in Chapter 152.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                               Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 20 03 02 A**
(Ed. 9-08)
© Copyright 2008 National Council on Compensation Insurance. All Rights Reserved.
INSURED COPY

EXHIBIT A Page 000207

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 20 03 03 C**

(Ed. 7-08)

### MASSACHUSETTS NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

1. **Rates and Premium**

   The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact your agent or us.

   You may obtain pertinent rating information by submitting a written request to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this endorsement or to us at our company address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

   You may also submit a written request for a review of the method by which your classification, rates, premiums or audit results were determined. If we fail to grant or reject your request within thirty days after it is made or if you are not satisfied by the results of our review, you may submit a written request for review to the Workers' Compensation Rating and Inspection Bureau of Massachusetts ("WCRIBMA") at the address shown in this endorsement. If the WCRIBMA fails to grant or reject your request within thirty days after it is made or [i]f you are not satisfied with the results of the WCRIBMA review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2. **Reserves or Settlements**

   You may request a loss run, which contains reserve and settlement information for claims that relate to the premium for this policy. Such a request must be in writing and should be sent to our address shown on this endorsement. We will provide you with that information within thirty (30) days of receipt of your request, and at reasonable intervals thereafter.

   If you have any questions or believe that we set unreasonable reserves or made unreasonable settlements that affected your premiums or losses, you may make a written request through your agent or directly to us for a meeting with our company representative. If you are not satisfied with the results of the meeting, you may make a written appeal to the Insurance Commissioner at the address shown on the endorsement.

3. **Named Insured**

   You are responsible for immediately reporting all changes in name or legal status to us in writing at the company address shown in this Endorsement.

   If you want to add a named insured or replace the named insured with another legal entity on any policy issued through the Massachusetts Assigned Risk Pool you must submit a new Assigned Risk Pool Application, including a Confidential Request for Information Form (ERM), to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this Endorsement.

4. **Insured's Mailing Address**

   Notices relating to this Policy will be mailed or delivered to your mailing address. Your mailing address is that which is shown in Item 1 of the Information Page or in a change of address Endorsement to the Policy. You are responsible for notifying us in writing at the company address shown in this Endorsement about any change to your mailing address.

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WC 20 03 03 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 7-08)

POLICY NUMBER: **ZAWCI9199300**

Addresses

The Workers' Compensation Rating and
Inspection Bureau of Massachusetts
Attention: Customer Service Department
101 Arch Street, 5th Floor
Boston, MA 02210
www.wcribma.org

Commissioner of Insurance
Division of Insurance
Department of Banking and Insurance
One South Station
Boston, MA 02110

Company Address
**300 FIRST STAMFORD PLACE, 5TH
FLOOR; STAMFORD, CT  06902**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 20 03 03C**
(Ed. 7-08)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

EXHIBIT A Page 000209

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 20 04 05

# MASSACHUSETTS PREMIUM DUE DATE ENDORSEMENT

Section D of Part Five of the Policy is replaced by this provision:

**PART FIVE**
**PREMIUM**

D.    **Premium Payments is amended to read:**
You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The audit and retrospective premiums shall be paid by the due date indicated on the billing statement.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
      **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

© 2000 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000210

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 20 06 01 A**

(Ed. 7-08)

POLICY NUMBER: **ZAWCI9199300**

### MASSACHUSETTS CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by the following:

**Cancellation**

1.　You may cancel this policy by mailing or delivering to us advance written notice requesting cancellation. Such cancellation shall not be effective until ten days after written notice is given by us to The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

2.　We may cancel this policy only if based on one or more of the following reasons: (i) nonpayment of premium; (ii) fraud or material misrepresentation affecting your policy; or (iii) a substantial increase in the hazard insured against. Such cancellation shall not be effective until ten days after written notice is given by us to you and The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

3.　We will mail or deliver the notice of cancellation to you at your last address, which shall be the mailing address shown in Item 1 of the Information Page or the change of mailing address shown in an Endorsement to the Policy. Pursuant to M.G.L. Chapter 175, Section 187C, a written notice of cancellation shall be deemed effective when mailed by us if we obtain a certificate of mailing receipt from the United States Postal Service showing your name and address as stated in the policy.

4.　Any of these provisions that conflict with the law that controls the cancellation of this insurance policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**　　　Policy No. **ZAWCI9199300**　　　　Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**　　　　　　　　　　　　Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

　　　　　　　　　　　　　　　　Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 20 06 01 A**
(Ed. 7-08)
© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY       WC 21 00 11

POLICY NUMBER: ZAWCI9199300

## Notice To The Policyholder Endorsement

**Rate and Premium**

The workers' compensation policy, to which this endorsement is attached, contains rates and classifications applicable to employees engaged in your type of business. If you have any questions regarding rates or classifications, please contact your Agent or:

Insert name, address and telephone number of company - ("the company")
**ARCH INSURANCE COMPANY
300 FIRST STAMFORD PLACE, 5TH FLOOR
STAMFORD, CT  06902
1-877-258-7475**

If, after discussing your rates with your Agent or the company, you feel your concerns have not been resolved, you may obtain information pertinent to your rate by submitting a written request to the company at the above address and paying any reasonable charges imposed by the company for furnishing such information.

If you submit a written request to the company, a company representative will review the method by which your rates and premiums have been determined. If you are dissatisfied with the results of such a review, or, if the company fails to grant or reject your request within 30 days after it is made, you may appeal to the Commissioner of Insurance. Correspondence to the Insurance Bureau should be addressed to:

> Commissioner of Insurance
> Michigan Insurance Bureau
> Department of Licensing & Regulation
> P.O. Box 30220
> Lansing, MI 48909

**Payroll Audits**

Your policy provides for one or more payroll audits. If, however, you have reason to believe that you have experienced a change in payroll expenditures of 20% or more, the company will conduct a payroll audit, provided you submit a written request for the audit to the company at the above address and the request includes a statement of your belief that a 20% or greater change in payroll expenditures has occurred and the reasons for that belief. If all information required to complete the audit has been made available to the company, the audit will be completed within 120 days of the company's receipt of your written request. You are entitled to only one requested payroll audit per calendar year.

**Reserves and Redemption**

Redemption of claims and establishment of reserves to pay claims are common practices among workers' compensation insurers. If you submit a written request to the company, the company will provide you, within 30 days of receipt of your request, with reserve and redemption information pertinent to the premiums charged you under this policy. If you have reason to believe that the premiums charged you under this policy are excessive as a result of unreasonable reserves or the unreasonable redemption of a claim by the company, you will be granted a personal meeting with a management representative of the company regarding this matter if you submit a written request for a meeting to the company at the address above. Upon conclusion of the meeting, the company will inform you of the action they have taken, the facts upon which the action was based and an explanation of your right to appeal to the Insurance Commissioner if you disagree with the company's action.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**    Policy No. **ZAWCI9199300**    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 21 03 03 A

POLICY NUMBER: ZAWCI9199300

# MICHIGAN NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

1.  Rates and Premium

    The policy contains rates and classifications that apply to your type of business.  If you have any questions regarding the rates or classifications, please contact us or your agent.

    You may obtain pertinent rating information by submitting a written request to us at our address shown on this endorsement.  We may require you to pay a reasonable charge for furnishing the information.

    You may also submit a written request for a review of the method by which your rates and premiums were determined.  If you are not satisfied with the results of the review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2.  Payroll Audits

    You may request a payroll audit once each calendar year.  Your request must be in writing, sent to our address shown in this endorsement.  You must state that you believe your payroll expenditures have changed by 20% or more, and you must state the reasons for that belief.  We will complete the audit within 120 days of receipt of your request if you provide us with all information we need to perform the audit.

3.  Reserves or Redemption

    You may request reserve and redemption information that relates to the premium for this policy.  Your request must be in writing sent to our address shown in this endorsement.  We will provide you with that information within thirty (30) days of receipt of your request.

    If you believe that the policy premiums are excessive because we set unreasonable reserves or because of the unreasonable redemption of a claim, you may request a meeting with our management representative.  Your request must be in writing sent to our address shown in this endorsement.  If you are not satisfied with the results of the meeting, you may appeal to the Insurance Commissioner at the address shown in this endorsement.

Addresses

Commissioner of Insurance
Michigan Insurance Bureau
P.O. Box 30220
Lansing, MI 48909

Company Address
300 FIRST STAMFORD PLACE, 5TH FLOOR
STAMFORD, CT   06902

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                       Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

Countersigned By _____

DATE OF ISSUE: 03-17-10

INSURED COPY

EXHIBIT A Page 000213

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 21 03 04

# MICHIGAN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Michigan is shown in Item 3.A. of the Information Page.

Michigan law requires that we attach this paragraph to your policy in the language specified by the statute.  To help you understand the paragraph, the following definitions are added:

1. We are "the insurer issuing this policy"

2. You are "the insured employer"

3. "Michigan workmen's compensation act" means the Workers' Disability Compensation Act of 1969

4. "Workmen's compensation" means workers compensation

5. "The bureau of workmen's compensation" means the Bureau of Workers' Disability Compensation

"Notwithstanding any language elsewhere contained in this contract or policy of insurance, the accident fund or the insurer issuing this policy hereby contracts and agrees with the insured employer:

**Compensation**

a. That it will pay to the persons that may become entitled thereto all workmen's compensation for which the insured employer may become liable under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Medical services**

b. That it will furnish or cause to be furnished to all employees of the employer all reasonable medical, surgical, and hospital services and medicines when they are needed which the employer may be obligated to furnish or cause to be furnished to his employees under the provisions of the Michigan workmen's compensation act and that it will pay to the persons entitled thereto for all such services and medicines when they are needed for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Rehabilitation services**

c. That it will furnish or cause to be furnished such rehabilitation services for which the insured employer may become liable to furnish or cause to be furnished under the provisions of the Michigan workmen's compensation act for all compensable injuries or compensable occupational diseases happening to his employees during the life of this contract or policy;

**Funeral expenses**

d. That it will pay or cause to be paid the reasonable expense of the last sickness and burial of all employees whose deaths are caused by compensable injuries or compensable occupational diseases happening during the life of this contract or policy and arising out of and in the course of their employment with the employer, which the employer may be obligated to pay under the provisions of the Michigan workmen's compensation act;

**Scope of contract**

e. That this insurance contract or policy shall for all purposes be held and deemed to cover all the businesses the said employer is engaged in at the time of the issuance of this contract or policy and all other businesses, if any, the employer may engage in during the life thereof, and all employees the employer may employ in any of his businesses during the period covered by this policy;

Page 1 of 2

INSURED COPY

EXHIBIT A Page 000214

**WC 21 03 04**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

POLICY NUMBER: ZAWCI 9199300

**Obligations assumed**

f.   That it hereby assumes all obligations imposed upon the employer by his acceptance of the Michigan workmen's compensation act, as far as the payment of compensation, death benefits, medical, surgical, hospital care or medicine and rehabilitation services is concerned;

**Termination notice**

g.   That it will file with the bureau of workmen's compensation at Lansing, Michigan, at least 20 days before the taking effect of any termination or cancelation of this contract or policy, a notice giving the date at which it is proposed to terminate or cancel this contract or policy; and that any termination of this policy shall not be effective as far as the employees of the insured employer are concerned until 20 days after notice of proposed termination or cancelation is received by the bureau of workmen's compensation;

**Conflicting provisions**

h.   That all the provisions of this contract, if any, which are not in harmony with this paragraph are to be construed as modified hereby, and all conditions and limitations in the policy, if any, conflicting herewith are hereby made null and void."

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300         Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                          Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                          Countersigned By _____

DATE OF ISSUE: 03-17-10

                                                                      Page 2 of 2

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 21 04 02 A

(Ed. 1-08)

## MICHIGAN TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

   a.  The act is an act of terrorism.

   b.  The act is violent or dangerous to human life, property or infrastructure.

   c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

   d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means: for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year, and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

WC 21 04 02 A
(Ed. 1-08)
© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WC 21 04 02 A**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-08)

POLICY NUMBER: ZAWCI9199300

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.
2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.
3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

**State**                                         **Rate per $100 of Remuneration**

Refer to State Workers Compensation Class Schedule (Extension of Information Page)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                             Premium $ INCL.

Insurance Company **ARCH INSURANCE COMPANY**

                                                        Countersigned By _____

DATE OF ISSUE: 03-17-10
WC 21 04 02 A
(Ed. 1-08)
© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.                    Page 2 of 2
                                          INSURED COPY

EXHIBIT A Page 000217

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 22 00 00 A**

### MINNESOTA AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the Information Page.

### PART TWO - EMPLOYERS LIABILITY INSURANCE

**E. We will Also Pay** is amended to read:

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Your share of pre- or postjudgment interest assuming that the principal amount of that judgment is within the applicable policy limits under this insurance; and

5. Expenses we incur.

**H. Recovery From Others** is amended to read:

Our ability to exercise your rights to recover our payment from anyone liable for injury covered by this insurance does not apply if that other person is insured for the same loss by us. This limitation applies only if the loss was caused by the nonintentional acts of the person against whom subrogation is sought.

### PART FIVE -- PREMIUM

**G. Audit** is amended to read:

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.

We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends, except as it pertains to Part Two — Employer's Liability Insurance which shall be one year. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

### DEFINITIONS

As used in this policy, "rate service organization" shall mean the Minnesota Workers' Compensation Insurers Association, Inc.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**       Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                 Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

© 2002 Minnesota Workers' Compensation Insurance Association, Inc.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 22 06 01 D

## MINNESOTA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided because Minnesota is shown in Item 3.A. of the information Page.

**Cancellation of a New Policy**
If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving you notice at least 60 days before the effective date of cancellation.

**Cancellation of Other Policies**
If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel **for one or more** of the following reasons:
1.  Nonpayment of premium;

2.  Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

3.  An act or omission by you that substantially increases or changes the risk insured;

4.  Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

5.  Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing this policy;

6.  Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise you that you have 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

7.  A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

8.  Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to your obtaining or continuing this policy. This item shall not apply to persons who are retired at 62 years of age or older or who are disabled according to Social Security standards,

If we cancel your policy for any of the reasons listed in (2) through (8), we will give notice at least 60 days before the effective date of cancellation.

**Notice of Cancellation**
Any notice of cancellation under this endorsement shall be in writing and shall be sent by first class mail or delivered to you and any agent, to the last mailing addresses known to us. A cancellation notice for nonpayment of premium must be sent at least 30 days before the actual date of cancellation and shall state the amount of premium due and  the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation in the notice. A cancellation notice for some other reason shall state the specific reason for cancellation and shall state the effective date of cancellation. The policy will end on that date.

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.

INSURED COPY

Page 1 of 2

EXHIBIT A Page 000219

WC 22 06 01 D                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**Refunds Due You**

If this policy is canceled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund,

**Nonrenewal of Your Policy**

Any notice of nonrenewal shall be in writing and shall be sent by first class mail, or delivered to you and any agent, to the last mailing addresses known to us, at least 60 days before the expiration date.

We need not mail or deliver this nonrenewal notice if you have:

1.   Insured elsewhere;

2.   Accepted replacement coverage; or

3.   Requested or agreed not to renew this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300              Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                          Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                 Countersigned By _____

© 2006 Minnesota Workers' Compensation Insurers Association, Inc.                               Page 2 of 2

                                   INSURED COPY

EXHIBIT A Page 000220

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 24 04 01

POLICY NUMBER: ZAWCI9199300

# MISSOURI CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Missouri Contracting Classification Premium Adjustment factor.  The factor was not available when the policy was issued.  If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300            Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                    Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                              Countersigned By _____

DATE OF ISSUE:  03-17-10

Copyright 1990 National Council on Compensation Insurance.

                              INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 24 04 06 C**

POLICY NUMBER: ZAWCI9199300

### MISSOURI EMPLOYER PAID MEDICAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

As a Missouri employer, you have the right, as provided by Section 287.957 of the Revised Statutes of Missouri, to have medical-only claims that do not exceed $1,000 excluded from your experience modification calculation. This will only be allowed when you pay all of the employee-s medical costs, there is no lost time from the employment, other than the first three days or less of disability and no claim is filed. You still must report all injuries, regardless of the dollar amount, to the Division of Workers- Compensation and to us.

However, it should be noted that if, at any time, the medical expenses that are paid out-of-pocket due to a particular injury should ever exceed $1,000 in the aggregate, and/ or the employee misses more than three days from work due to the injury, then this injury must be reported to us as a claim. We will pay the full amount of the claim, which includes any reimbursements due to you for past medical expenses incurred by you for this particular claim. As a result, the total amount of losses incurred by us due to this claim will be included in your experience modification calculation.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10　　　Policy No. ZAWCI9199300　　　　　　Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**　　　　　　　　　　　　Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

　　　　　　　　　　　　　　　　　　　Countersigned By _____

DATE OF ISSUE: 03-17-10

© 2005 National Council on Compensation Insurance, Inc.　　　　　　　　　　　　　　Page 1 of 1

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 24 06 01 B

POLICY NUMBER: **ZAWCI9199300**

# MISSOURI CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item **3.A.** of the Information Page.

The **Cancelation** Condition of the policy is replaced by the following:

**Cancelation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancelation is to take effect.

2. We may cancel this policy. We will mail or deliver to you not less than 60 days advance written notice stating when the cancelation is to take effect and our reason for cancelation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The 60-day notice requirement does not apply where cancelation is based on one or more of the following reasons:

   a. nonpayment of premium;

   b. fraud or material misrepresentation affecting the policy or in the presentation of a claim under the policy;

   c. a violation of policy terms;

   d. changes in conditions after the effective date of the policy materially increasing the hazards originally insured;

   e. our insolvency;

   f. our involuntary loss of reinsurance for the policy.

4. The policy period will end on the day and hour stated in the cancelation notice.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect and our reason for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. we show you our willingness to renew the policy but you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   b. you fail to pay all premiums when due; or

   c. you obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**  Policy No. **ZAWCI9199300**  Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**  Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000223

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 24 06 02 B

POLICY NUMBER: **ZAWCI9199300**

### MISSOURI PROPERTY AND CASUALTY GUARANTY ASSOCIATION NOTIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limits:

1.  Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (Association), the Association will pay claims covered under the Act if we become insolvent.

2.  The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitation applies subject to all other provisions of the Act:
    a.  Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

    If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

    However, the association will not:
    (1)  Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or
    (2)  Return to an insured any unearned premium in excess of $25,000.

    These limitations have no effect on the coverage we will provide under this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**        Policy No. **ZAWCI9199300**                Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                    Countersigned By _____

DATE OF ISSUE: **03-17-10**

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY                                                    Page 1 of 1

EXHIBIT A Page 000224

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 24 06 04

POLICY NUMBER: ZAWCI9199300

# MISSOURI AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Section G., **Audit**, of Part Five (Premium) of the policy is replaced by the following:

**G.  Audit**

You will let us examine and audit all your records that relate to this policy during regular business hours during and after the policy period ends.  These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.  Information developed by audit will be used to determine final premium.  Insurance rate service organizations have the same rights we have under this provision.

Audits shall be completed, billed, and premiums returned within 120 days of policy expiration or cancellation.  This standard of 120 days shall not be applicable if:

1.  A delay is caused by your failure to respond to reasonable audit requests provided that the requests are timely and adequately documented; or

2.  A delay is by the mutual agreement of you and us provided that the agreement is adequately documented.

If you or we have any objection to the results of any audit, you or we shall have up to three years from the date of expiration or cancellation of this policy in which to send a written notice demanding a reconsideration of the audit.  The written notice shall be based upon sufficiently clear and specific facts as to why the audit should be reconsidered.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10      Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                      Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                    Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1999 National Council on Compensation Insurance, Inc.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 26 04 01

POLICY NUMBER: ZAWCI9199300

# NEBRASKA EXPERIENCE RATING MODIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Nebraska is shown in Item 3.A. of the Information Page.

A.  The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor shown on the Information Page is the most recent factor which was known at the time the policy was issued. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

B.  If the ultimately determined experience modification factor applying to this policy is a decrease from that shown on the Information Page, it will be applied retroactively to the policy effective date or the anniversary rating date if different from the policy effective date.

C.  If the factor is an increase over that shown on the Information Page, it will apply as follows:

   1.  Retroactively to the effective date of the policy or to the anniversary rating date if you or your agent are notified of the new experience modification no more than 30 days after the policy effective date or the anniversary rating date.

   2.  If neither you nor your agent receive notification of the increased experience modification prior to 31 days after the policy effective date or the anniversary rating date, then the increased modification shall apply only to premiums earned after the date that you or your agent are first notified of the new modification.

   3.  Section C.2. of this endorsement notwithstanding, the increase will be retroactive to the effective date of this policy when:

      a.  The change in experience modification is the result of a revision in your classifications.

      b.  The delay in the calculation of the experience modification is due to your failure to make available all your records for examination and audit for us or for a previous insurer.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10       Policy No. ZAWCI9199300          Endorsement No.

Insured ALLEGIANT PROFESSIONAL                              Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                        Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1990 National Council on Compensation Insurance.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 26 06 01 C

POLICY NUMBER: **ZAWCI9199300**

# NEBRASKA CANCELATION AND NONRENEWAL ENDORSEMENT

1.  You may cancel this policy within the policy period by giving notice to us, fixing the date on which the cancelation is to be effective.

2.  The notice, from you, is to be sent by certified mail.

3.  We are required by Nebraska Law to give notice of your intent to cancel a policy to the Nebraska Workers' Compensation Court.

4.  The cancelation shall not be effective until ten (10) days after we give notice to the Nebraska Workers' Compensation Court that the policy is being canceled. However, if you have secured insurance with another insurer, the cancelation will be effective as of the effective date of such other notice of coverage.

5.  We may cancel or nonrenew this policy within the policy period by giving notice to you and to the Nebraska Workers' Compensation Court, fixing the date on which the cancelation or nonrenewal is to be effective.

6.  The notice from us will contain a brief statement of the reasons for cancelation or nonrenewal and will be sent to you by certified mail.

7.  The nonrenewal shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers' Compensation Court.

8.  The cancelation shall not be effective until thirty (30) days after the giving of notice to you and to the Nebraska Workers' Compensation Court, except the cancelation shall be effective ten (10) days after the giving of the notice if the cancelation is based on:

    a.  nonpayment of premiums;

    b.  failure of the insured to reimburse deductible losses as required under the policy; or

    c.  failure of the insured, if covered pursuant to the Assigned Risk Plan, to comply with workplace safety laws found in Nebraska statutes.

9.  All notices shall be provided in writing and shall be deemed given upon mailing by certified mail, except that we may give notice to the Nebraska Workers' Compensation Court by approved electronic means. Notice provided to the Nebraska Workers' Compensation Court by approved electronic means shall be deemed given upon receipt.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated. **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**                    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: **03-17-10**

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000227

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 27 06 01 C**

(Ed. 10-08)

## NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six—Conditions, D. Cancellation of the policy is replaced by the following:

**A.   Midterm Cancellation**

1.  You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

2.  We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

3.  We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

4.  No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

    a.  A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of the policyholder to remit an amount due because of an endorsement for a deductible;

    b.  A failure by the policyholder to:

        (1)  Report any payroll;

        (2)  Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

        (3)  Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

    c.  A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

    d.  A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

        (1)  Materially increases the hazard for frequency or severity of loss;

        (2)  Requires additional or different classifications for the calculation of premiums; or

        (3)  Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

    e.  A material misrepresentation made by the policyholder; or

    f.  A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

5.  We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B.   Nonrenewal**

1.  We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

2.  We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

**C.   Information About Claims Paid**

1.  If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

2.  We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

1 of 2

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

EXHIBIT A Page 000228

**WC 27 06 01 C**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 10-08)

---

**D.   Notices**
   1.   We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.
   2.   Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.
   3.   A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.
**E.   Compliance With Law**
   1.   Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**       Policy No. **ZAWCI9199300**              Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                     Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                            Countersigned By _____

**WC 27 06 01 C**                         2 of 2
(Ed.10-08)
© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

EXHIBIT A Page 000229

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 29 03 06 B

POLICY NUMBER: **ZAWCI9199300**

# NEW JERSEY PART TWO EMPLOYERS LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New Jersey is shown in Item 3.A. of the Information Page.

With respect to Exclusion C5, this insurance does not cover any and all intentional wrongs within the exception allowed by N.J.S.A. 34:15-8 including but not limited to, bodily injury caused or aggravated by an intentional wrong committed by you or your employees, or bodily injury resulting from an act or omission by you or your employees, which is substantially certain to result in injury.

With respect to Exclusion C7, we will defend any claim, proceeding or suit for damages where bodily injury is alleged. We have the right to investigate and settle. We will not defend or continue to defend after the applicable limits of the insurance have been paid. Such policy limits include any legal costs assessed against you on behalf of your employee(s).

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to an infant under the age of 18 years in a proceeding made pursuant to Article 2 as provided in N.J.S.A. 34:15-10.

This insurance does not provide for the payment of any common law negligence damages or other damages when the provisions of Article 2 of the New Jersey Workers Compensation Law have been rejected by you and your employee(s) as provided in N.J.S.A. 34:15-9.

With respect to paragraph F., the "Other Insurance" provisions is replaced with the following:

**F.   Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance, however, is excess over any other applicable insurance with respect to claims for bodily injury arising out of employer practices, policies, acts or omissions enumerated in C-7 above, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise.

DATE OF ISSUE: **03-17-10**

© Compensation Rating and Inspection Bureau

INSURED COPY

EXHIBIT A Page 000230

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 29 03 09 A

## NEW JERSEY LIMITED OTHER STATES INSURANCE ENDORSEMENT

**Part Three - Other States Insurance** is amended to read:

A. **How This Insurance Applies**

1. We will pay promptly, when due, the benefits required of you by the workers' compensation law of any state not listed in Item 3.A. of the Information Page, if all of the following conditions are met:

   a. The employee claiming benefits was employed under a contract of hire made in a state listed in Item 3.A. of the Information Page and was, at the time of injury, principally employed in a state listed in Item 3.A. of the Information Page; and

   b. The employee claiming benefits is not claiming benefits in a state where, at the time of injury, (i) you have other workers' compensation coverage, or (ii) you were, by virtue of the nature of your operations in that state, required by that state's law to have obtained separate workers' compensation insurance coverage, or (iii) you are an authorized self-insurer or participant in a self-insured group plan; and

   c. The duration of the work being performed by the employee claiming benefits in a state other than those listed in Item 3.A. of the Information Page is temporary.

2. If we are not permitted to pay the benefits directly to persons entitled to them under circumstances described in item 1 above, we will reimburse you for the benefits required to be paid.

3. This insurance does not apply to fines or penalties arising out of your failure to comply with the requirements of the workers' compensation law.

### IMPORTANT NOTICE!

**If you hire any employees outside of New Jersey to work principally outside of New Jersey or you begin operations in any state other than New Jersey, you must obtain insurance coverage in that state and do whatever else may be required under that state's law, as this Limited Other States Endorsement does not satisfy the requirements of that state's workers' compensation law.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10       Policy No. ZAWCI9199300               Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                       Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                         Countersigned By _____

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 29 04 06 V

(Ed. 1-09)

### NEW JERSEY
### PREMIUM DISCOUNT ENDORSEMENT
### SCHEDULE Y

The New Jersey premium for this policy and the policies, if any, listed in Item 2 of the Schedule may be eligible for a discount. This endorsement shows the discount rates in Item 1 of the Schedule. The final calculation of premium discount will be determined by our Manual and your New Jersey standard premium as determined by audit.

In certain cases where New Jersey retrospective rating applies, all of the premium may not be subject to retrospective rating. In such cases:

So much of the New Jersey Standard Premium as is subject to retrospective rating shall not be subject to discount. The remainder is subject to discount and the discount is calculated as follows:

    (a) Determine the discount as though none of the standard premium is subject to retrospective rating.

    (b) Determine the discount as though only the premium subject to retrospective rating is discounted.

    (c) The difference between (a) and (b) is the applicable premium discount.

### Schedule

1.  Premium Discount. The first $5,000 of the Standard Premium shall be charged in full without discount, the next $95,000 shall be subject to a discount of 9.2%, the next $400,000 shall be subject to a discount of 10.8%, and the remainder shall be subject to a discount of 11.8%.

2.  Other policies:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**    Policy No. **ZAWCI9199300**    Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

**WC 29 04 06 V**
(Ed. 1-09)
© Compensation Rating and Inspection Bureau

INSURED COPY

EXHIBIT A Page 000232

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                 WC 29 04 10

# NEW JERSEY CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for this policy may be adjusted by a New Jersey Construction Classification Premium Credit. The credit, if applicable, was not available when the policy was issued. If you qualify, we will issue an endorsement to include the credit after it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300                 Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                      Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                 Countersigned By _____

Copyright Compensation Rating and Inspection Bureau

INSURED COPY

EXHIBIT A Page 000233

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 30 03 01

POLICY NUMBER: ZAWCI 9199300

## NEW MEXICO SAFETY DEVICE COVERAGE ENDORSEMENT

Section 52-1-10 of the New Mexico Workers' Compensation Law may make you liable for the payment of additional benefits in the case of bodily injury to employees resulting from your failure to supply safety devices. The benefits payable under Part One (Workers Compensation Insurance) includes these additional benefits.

DATE OF ISSUE: 03-17-10

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000234

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 30 04 01 A

POLICY NUMBER:  ZAWCI 9199300

## NEW MEXICO WORKERS COMPENSATION PREMIUM ADJUSTMENT PROGRAM FOR QUALIFYING CLASSIFICATIONS ENDORSEMENT

The premium for the policy may be adjusted by New Mexico Workers Compensation Premium Adjustment credits and Offset to Experience Rating debit.  The credits and debit were not available when the policy was issued.  If you quality, or if estimated credits and estimated debit have been applied, we will issue an endorsement to show the proper premium adjustment credits and debit after they are calculated.

DATE OF ISSUE:  03-17-10

Copyright 1993 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000235

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 30 06 01

POLICY NUMBER: ZAWCI9199300

# NEW MEXICO CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by the policy because New Mexico is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of this policy is replaced by the following:

**Cancelation**

You may cancel this policy by returning it to us or by giving us a written notice and stating at what future time coverage is to cease.

We may cancel this policy, or one or more of its parts, by giving you a written notice. If the premium has not been paid when due, we may cancel at any time by giving the required notice at least 10 days before the cancelation is effective.

If the policy has been in effect less than 60 days and is not a renewal policy, we may cancel by giving the required notice at least 10 days before the cancelation is effective.

If the policy has been in effect for 60 days or more or is a renewal, we may cancel only for one or more of the following reasons:

a.  The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us;

b.  Willful and negligent acts or omissions by the insured have substantially increased the hazards insured against;

c.  You presented a claim based on fraud or material misrepresentation; or

d.  There has been a substantial change in the risk assumed by us since the policy was issued.

We will give the required Notice of Cancelation stating the reason(s) for cancelation at least 30 days before the cancelation is effective. The notice will state the time that the cancelation is to take effect. The notice will be sent to your mailing address last known to us.

Your return premium, if any, will be calculated as follows:

a.  If we cancel, we will return all unearned premiums.

b.  If you cancel, the refund will be calculated according to our rules.

Your return premium will be refunded to you with the cancelation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancelation.

**Nonrenewal**

If we decide not to renew this policy, we must give you written notice of our intention not less than 30 days prior to the expiration of the policy.

This nonrenewal section does not apply to any policy of insurance issued to an insured who has its principal place of business outside this state.

DATE OF ISSUE: 03-17-10

Copyright 1991 National Council an Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000236

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                                    WC 31 03 08

POLICY NUMBER: ZAWCI9199300

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

DATE OF ISSUE: 03-17-10

INSURED COPY

EXHIBIT A Page 000237

COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 31 03 19 E

(Ed. 10-08)

### NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
### EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|
| 0042 | 5057 | 5193 | 5429 | 5506 | 5645 | 6018 | 6252 | 7601 | 9553 |
| 3365 | 5059 | 5213 | 5443 | 5507 | 5648 | 6045 | 6260 | 7855 | |
| 3724 | 5069 | 5221 | 5445 | 5508 | 5651 | 6204 | 6306 | 8227 | |
| 3726 | 5102 | 5222 | 5462 | 5536 | 5701 | 6216 | 6319 | 9526 | |
| 3737 | 5160 | 5223 | 5473 | 5538 | 5703 | 6217 | 6325 | 9527 | |
| 5000 | 5183 | 5348 | 5474 | 5545 | 5709 | 6229 | 6400 | 9534 | |
| 5022 | 5184 | 5402 | 5479 | 5547 | 6003 | 6233 | 6701 | 9539 | |
| 5037 | 5188 | 5403 | 5480 | 5606 | 6005 | 6235 | 7536 | 9545 | |
| 5040 | 5190 | 5428 | 5491 | 5610 | 6017 | 6251 | 7538 | 9549 | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| Policy Inception Date | Third Quarter Payroll |
|-----------------------|-----------------------|
| 4/ 1/ 06 thru 3/ 31/ 07 | 2005 |
| 4/ 1/ 07 thru 3/ 31/ 08 | 2006 |
| 4/ 1/ 08 thru 3/ 31/ 09 | 2007 |
| 4/ 1/ 09 thru 3/ 31/ 10 | 2008 |
| 4/ 1/ 10 thru 3/ 31/ 11 | 2009 |
| 4/ 1/ 11 thru 3/ 31/ 12 | 2010 |
| 4/ 1/ 12 thru 3/ 31/ 13 | 2011 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 200 East Forty-Second Street, New York, New York 10017.

Applications must be received by the Rating Board six (6) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

© 2008 New York Compensation Insurance Rating Board.

INSURED COPY

WC 31 03 19 E                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 10-08)

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10        Policy No. ZAWCI9199300               Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

**WC 31 03 19 E**
(Ed. 10-08)
© 2008 New York Compensation Insurance Rating Board.
                            INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 31 04 01

POLICY NUMBER: ZAWCI9199300

## NEW YORK CONSTRUCTION CLASSIFICATION
## PREMIUM ADJUSTMENT FACTOR ENDORSEMENT

The premium for this policy may be eligible for the New York Construction Classification Premium Adjustment Program. The credit factor shown in the Schedule is an estimated premium credit. The final calculation of the premium credit will be determined by our manual rules and your total payroll and hours worked as determined by audit.

**SCHEDULE**

**CONSTRUCTION CLASSIFICATION PREMIUM CREDIT:**          %

DATE OF ISSUE: 03-17-10

Copyright 1993 New York Compensation Insurance Rating Board.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 32 03 01 B

# NORTH CAROLINA AMENDED COVERAGE ENDORSEMENT

This endorsement applies to the insurance provided by the policy because North Carolina is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

D.  **Cancelation and Nonrenewal**

   1.  You may cancel this policy.

       If you cancel this policy, you must mail or deliver advance written notice to us stating when the cancelation is to take effect.

   2.  We may cancel this policy.

       (a)  If this policy has been in effect for fewer than 60 days and is not a renewal policy, we may cancel this policy for any reason by giving you at least 30 days prior written notice of cancelation and the reasons for cancelation by registered or certified mail, return receipt requested.

       (b)  If this policy has been in effect for at least 60 days or is a renewal policy, we may not cancel this policy without your prior written consent, except for any one of the following reasons:

          (1)  Nonpayment of premium in accordance with the policy terms.
          (2)  An act or omission by you or your representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy.
          (3)  Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by you and us at the time of assumption of the risk.
          (4)  Substantial breach of the contractual duties, conditions, or warranties that materially affects the insurability of the risk.
          (5)  A fraudulent act against us by you or your representative that materially affects the insurability of the risk.
          (6)  Willful failure by you or your representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us.
          (7)  Loss of facultative reinsurance or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30.
          (8)  Your conviction of a crime arising out of acts that materially affect the insurability of the risk.
          (9)  A determination by the Commissioner that the continuation of this policy would place us in violation of the laws of North Carolina.
          (10) You fail to meet the requirements contained in our corporate charter, articles of incorporation, or bylaws, when we are a company organized for the sole purpose of providing members of an organization with insurance converge in North Carolina.

       (c)  If we cancel for any of the reasons listed in paragraph (b), we must provide you with at least 15 days prior written notice of cancelation stating the precise reason for cancelation.  We must provide this notice by registered or certified mail, return receipt requested, to you and any other person designated in the policy to receive notice of cancelation at the addresses shown in the policy or, if not indicated in the policy, at last know addressees.  Whenever notice of cancelation is required to be given by registered or certified mail, cancelation will not be effective unless and until the method is employed and completed.  Failure to send notice as provided in this paragraph to any other person designated in this policy to receive notice of cancelation invalidates the cancelation only as to that other person's interest.

       (d)  Cancelation for nonpayment of premium is not effective if the amount due is paid before the effective date stated in the notice of cancelation.

© North Carolina Rate Bureau and National Council on Compensation Insurance, Inc

INSURED COPY

EXHIBIT A Page 000241

**WC 32 03 01 B**              **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER: **ZAWCI9199300**

3. We may refuse to renew this policy.

   (a) If this policy is for a term of one year or less, we must provide you with notice of nonrenewal at least 45 days prior to the expiration date of this policy.

   (b) If this policy is for a term of more than one year or for an indefinite term, we must provide you with notice of nonrenewal at least 45 days prior to the anniversary of this policy.

   (c) The notice of nonrenewal must state the precise reason for nonrenewal. Failure to send this notice, as provided in paragraphs 3 and 5, to any other person designated in the policy to receive this notice invalidates the nonrenewal only as to that other person's interest.

   (d) Any nonrenewal attempted or made that is not in compliance with paragraphs (a), (b) and (c) is not effective. Paragraphs (a), (b) and (c) do not apply if you have obtained insurance elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

4. Whenever we lower coverage limits, raise deductibles, or raise premium rates for reasons within our exclusive control and other than at your request, we will mail you written notice of the change at least 30 days in advance of the effective date of the change. As used in this paragraph, the phrase, "reasons within our exclusive control" does not mean experience modification changes, exposure changes, or loss cost rate changes.

5. We must provide the notice required by paragraphs 3 and 4 by mail to you and any other person designated in the policy to receive this notice at the addresses shown in the policy or, if not indicated in the policy, at last known addresses. Mailing copies of the notice by regular first-class mail satisfies the notice requirements of paragraphs 3, 4 and 5.

6. We will also send copies of the notice required by this endorsement to the agent or broker of record, though failure to send copies of the notice to the agent or broker of record will not invalidate a cancelation or nonrenewal. Mailing copies of the notice by regular first-class mail to the agent or broker of record satisfies the requirements of this paragraph.

DATE OF ISSUE: **03-17-10**

© North Carolina Rate Bureau and National Council on Compensation Insurance, Inc

INSURED COPY

Page 2 of 2

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 35 03 02

POLICY NUMBER: **ZAWCI9199300**

# OKLAHOMA EMPLOYERS LIABILITY AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Oklahoma is shown in Item 3.A of the Information Page.

1.  Section B. **We Will Pay** is replaced by the following:

    B.  **We Will Pay**

    We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

    The damages we will pay, where recovery is permitted by law, include damages:

    1.  for which you are liable to a third party by reason of a claim or suit against you by the third party to recover the damages claimed against such third party as a result of injury to your employee; and

    2.  for care and loss of services.

DATE OF ISSUE: **03-17-10**

Copyright 1987 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000243

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 35 04 04**

POLICY NUMBER: ZAWCI9199300

# OKLAHOMA CONTRACTING CLASSIFICATION
# PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by an Oklahoma Contracting Classification Premium Adjustment factor. The factor was not available when the policy was issued.  If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

DATE OF ISSUE: 03-17-10

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000244

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 35 06 01 E**

### OKLAHOMA CANCELLATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies to the insurance provided by the policy because Oklahoma is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition in Part Six (Conditions) of the policy is amended by adding the following provision:
5.   If this policy has been in effect for more than 45 business days or is a renewal policy, we may cancel only for one of the following reasons with at least ten (10) days notice to the insured:
   a.   Nonpayment of premium;
   b.   Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;
   c.   Discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;
   d.   The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;
   e.   A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;
   f.   A determination by the Insurance Commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of this state;
   g.   Conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against; or
   h.   Loss of or substantial changes in applicable reinsurance.

Part 6 (Conditions) of the policy is amended by adding the following provisions:
F.   **Nonrenewal**
   If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to you at least 45 days before:
   a.   The expiration date of this policy; or
   b.   An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

Any notice of nonrenewal will be mailed or delivered to you at the last mailing address known to us.

If notice is mailed:
   a.   It will be considered to have been given to you on the day it is mailed.
   b.   Proof of mailing will be sufficient proof of notice.

If notice of nonrenewal is not mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

We will not provide notice of nonrenewal if:
   a.   We, or another company within the same insurance group, have offered to issue a renewal policy; or
   b.   You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

If we have provided the required notice of nonrenewal as described above, and thereafter extend the policy for a period of 90 days or less, we will not provide an additional nonrenewal notice with respect to the period of extension.

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY                    Page 1 of 2

EXHIBIT A Page 000245

**WC 35 06 01 E**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

G.  **Notice of Premium or Coverage Changes Upon Renewal**
If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to you, at the last mailing address known to us.

Any such notice will be mailed or delivered to you at least 45 days before:
   a.  The expiration date of this policy; or
   b.  An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

If notice is mailed:
   a.  It will be considered to have been given to you on the day it is mailed.
   b.  Proof of mailing will be sufficient proof of notice.

If you accept the renewal, the premium increase or deductible, limits or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

If notice is not mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until the earlier of:
   a.  45 days after notice is given; or
   b.  The effective date of replacement coverage obtained by you.

If you then elect not to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

We will not provide notice of the following:
   a.  Changes in a rate or plan filed with or approved by the Insurance Commissioner or filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act and applicable to an entire class of business; or
   b.  Changes based upon the altered nature of extent of the risk insured; or
   c.  Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                 Countersigned By _____

© Copyright 2006 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY                                                     Page 2 of 2

EXHIBIT A Page 000246

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 35 06 03

POLICY NUMBER: ZAWCI9199300

## OKLAHOMA FRAUD WARNING ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Oklahoma is shown in Item 3.A. of the Information Page.

**WARNING: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.**

DATE OF ISSUE: 03-17-10

Copyright 1993 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000247

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                     WC 35 06 04

POLICY NUMBER: ZAWCI9199300

# OKLAHOMA ELECTION OF COVERAGE NOTIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oklahoma is shown in Item 3.A. of the Information Page.

**NOTICE:**   **YOU HAVE THE OPTION TO ELECT TO INCLUDE, AS APPLICABLE, YOUR SOLE PROPRIETOR, ANY OR ALL OF YOUR PARTNERSHIP MEMBERS, ANY OR ALL OF YOUR LIMITED LIABILITY COMPANY MEMBERS, OR ANY OR ALL OF YOUR STOCKHOLDER-EMPLOYEES AS EMPLOYEES FOR THE PURPOSE OF WORKERS COMPENSATION INSURANCE COVERAGE BY ENDORSING THE POLICY IN ACCORDANCE WITH SECTION 3 OF TITLE 85 OF THE OKLAHOMA STATUTES.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
     **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10       Policy No. ZAWCI9199300               Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                  Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                                  Countersigned By _____

DATE OF ISSUE: 03-17-10

Copyright 1999 National Council on Compensation Insurance, Inc.

                                   INSURED COPY

EXHIBIT A Page 000248

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 36 03 01**

POLICY NUMBER: ZAWCI9199300

## OREGON UNSAFE EQUIPMENT EXCLUSION ENDORSEMENT

Part Two (Employers Liability Insurance) does not cover bodily injury arising out of your failure to comply with a notice posted pursuant to ORS 654.082 of the Oregon Safe Employment Act or any amendment to that Act.

DATE OF ISSUE: 03-17-10

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000249