**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　　WC 36 04 02

POLICY NUMBER: ZAWCI 9199300

# OREGON CONTRACTING CLASSIFICATION PREMIUM
# ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by an Oregon Contracting Classification Premium Adjustment factor.  The factor was not available when the policy was issued.  If you qualify, or if an estimated factor has been applied, we will issue an endorsement to show the proper premium adjustment factor after it is calculated.

DATE OF ISSUE:　03-17-10

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000250

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**WC 36 06 01 E**

(Ed. 1-08)

POLICY NUMBER: **ZAWCI9199300**

## OREGON CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us, stating when the cancellation is to take effect. If you provide for other insurance or self-insurance, your cancellation of coverage will take effect upon the effective date of that insurance.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. If we cancel based on our decision not to offer insurance to all employers within your premium category, we will mail the notice of cancellation at least 90 days before the cancellation is to take effect.

   b. If we cancel for other reasons, we will mail the notice of cancellation at least 45 days before the cancellation is to take effect.

   c. If we cancel for nonpayment, we will mail notice of cancellation at least 10 days before the cancellation is to take effect.

3. Mailing notice to you at your last known mailing address will be sufficient to prove notice.

4. The policy period will end at 12 midnight on the day stated in the cancellation notice.

5. When coverage is placed with another carrier as of the policy expiration date, a rejected renewal policy shall be withdrawn without charge, provided notice of nonrenewal is mailed and postmarked on or before the expiration date and is received from the insured by the insurer no later than 10 calendar days after said expiration date.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: **03-17-10**
**WC 36 06 01 E**
(Ed. 1-08)
© 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.
                              INSURED COPY

EXHIBIT A Page 000251

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                WC 37 04 02

POLICY NUMBER: ZAWCI9199300

# PENNSYLVANIA CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Pennsylvania Construction Classification Premium Adjustment Factor. The factor was not available when the policy was issued.   If you qualify, we will issue an endorsement to show the Premium Adjustment Factor after it is calculated.

DATE OF ISSUE: 03-17-10

Copyright 1991 Pennsylvania Compensation Rating Bureau.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 37 06 01

POLICY NUMBER:  ZAWCI9199300

## SPECIAL PENNSYLVANIA ENDORSEMENT - INSPECTION OF MANUALS

The manuals of rules, rating plans, and classifications are approved pursuant to the provisions of Section 654 of the Insurance Company Law of May 17, 1921, P.L. 682, as amended, and are on file with the Insurance Commissioner of the Commonwealth of Pennsylvania.

DATE OF ISSUE:  03-17-10

Copyright 1984 Pennsylvania Compensation Rating Bureau.

INSURED COPY

EXHIBIT A Page 000253

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 37 06 02

POLICY NUMBER: ZAWCI9199300

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1.  surveys;

2.  consultation or advice; or

3.  inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1.  if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2.  to consultation services required to be performed under a written service contract not related to a policy of insurance; or

3.  if any acts of omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual, malice, or gross negligence.

DATE OF ISSUE: 03-17-10

Copyright 1984 Pennsylvania Compensation Rating Bureau.

INSURED COPY

EXHIBIT A Page 000254

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 37 06 03 A

POLICY NUMBER: ZAWCI9199300

# PENNSYLVANIA ACT 86-1986 ENDORSEMENT

### NONRENEWAL, NOTICE OF INCREASE OF PREMIUM, AND RETURN OF UNEARNED PREMIUM

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A.of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured, by first class mail, no less that 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.

2. Our notice of nonrenewal will state our specific reasons for not renewing.

3. If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:

   a. you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   b. you fail to pay all premiums when due; or

   c. you obtain other insurance as a replacement of the policy.

**Notice of Increase in Premium**

1. We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.

2. The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.

3. If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1. If this policy is canceled and there is unearned premium due you:

   a. If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancelation.

   b. If you cancel, the unearned premium will be returned within 30 days after the effective date of cancelation.

2. Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in **1.a.** and **1.b.** above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.

3. These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.

DATE OF ISSUE: 03-17-10

Copyright 1995 Pennsylvania Compensation Rating Bureau.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 37 06 04

POLICY NUMBER: ZAWCI9199300

# PENNSYLVANIA

### EMPLOYER ASSESSMENT ENDORSEMENT

Act 57 of 1997 requires that "...the assessments for the maintenance of the Subsequent Injury Fund, the Workmen's Compensation Supersedes Fund and the Workmen's Compensation Administration Fund under sections 306.2, 443 and 446 of the act of June 2, 1915 (P.L. 736, No. 338), known as the "Workers' Compensation Act, shall be imposed, collected and remitted through insurers in accordance with regulations promulgated by the Department of Labor and Industry."

### EMPLOYER ASSESSMENT FORMULA:

**Employer** = Act 57 of 1997 Employer X  Employer Assessment
**Assessment**      Assessment Factor          Premium Base

**Act 57 of 1997 Employer Assessment Factor**
A factor expressed to four decimal places proposed by the Pennsylvania Compensation Rating Bureau and approved by the Pennsylvania Insurance Commissioner.

**Employer Assessment Premium Base**
Calculation of Employer Assessment Premium Base proceeds by adding back to the total policy premium the amount of any Small Deductible Premium Credit or Large Deductible Premium Credit.

### Code 0938

**EMPLOYER ASSESSMENT
FACTOR**

.0241 (NON-COAL)

**EMPLOYER ASSESSMENT**

$      9,118

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10     Policy No. ZAWCI9199300          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                    Premium $ INCL.

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

DATE OF ISSUE: 03-17-10

INSURED COPY

EXHIBIT A Page 000256

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 40 06 01**

POLICY NUMBER: ZAWCI9199300

## SOUTH DAKOTA DIRECT ACTION STATUTE ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because South Dakota is shown in Item 3.A. of the Information Page.

1.  Your injured employee, or the persons entitled to sue you for damages in the event of the death of the employee, may add us as a defendant in a suit against you to recover damages because of bodily injury or death to your employee.

2.  We are directly liable to pay to your injured employee, or to the persons entitled to sue you for damages in the event of the death of the employee, the damages for which you are liable.

This endorsement is subject to all provisions of Part Two (Employers Liability Insurance) that do not conflict with the direct action statute (Section 58.20.12) of the South Dakota Workers' Compensation Law.

DATE OF ISSUE: 03-17-10

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000257

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 40 06 03

POLICY NUMBER: ZAWCI9199300

## SOUTH DAKOTA MANAGED CARE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because South Dakota is shown in Item 3.A. of the Information Page.

This endorsement provides for the payment of benefits under the workers compensation law of South Dakota to provide medical services and health care to injured workers for compensable injuries and diseases by means of a managed care program which meets the requirements established by the Department of Labor.

DATE OF ISSUE: 03-17-10

Copyright 1995 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000258

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 40 06 05 B

---

**SOUTH DAKOTA CANCELLATION AND NONRENEWAL ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because South Dakota is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition in Part Six (Conditions) of the policy is replaced by this Condition:

**Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy.

   a.  We must file a notice of intention in the office of the State Department of Labor or other officer in charge of the administration of the workers compensation law at least 10 days prior to cancellation due to nonpayment of premiums. Any policy cancelled for reasons other than nonpayment of premium requires at least 20 days notification before the effective cancellation date. This notice of intention must state the date of cancellation.

   b.  We must mail or deliver to you not less than ten days advance written notice stating when the cancellation due to nonpayment of premiums is to take effect. Any policy cancelled for reasons other than nonpayment of premium requires at least 20 days written notification before the effective cancellation date.

   c.  Mailing that notice to you at your last known place of residence will be sufficient to prove notice.

   d.  If the employer is a partnership, the notice may be given to any one of the partners.

   e.  If the employer is a corporation, the notice may be given to any agent or officer of the corporation upon whom legal process may be served.

3.  After sixty days from the effective date of policy issuance, a notice of cancellation may not be issued unless it is based upon at least one of the following reasons:
   a.  Nonpayment of premium
   b.  Discovery of fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy
   c.  Discovery of acts or omissions on the part of the named insured that increase any hazard insured against
   d.  The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued
   e.  A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof that substantially increases any hazard insured against
   f.  A determination by the director of the Division of Insurance that the continuation of the policy would jeopardize a company's solvency or would place the insurer in violation of the insurance laws of this state
   g.  Violation or breach by the insured of any policy terms or conditions
   h.  Such other reasons as are approved by the director of the Division of Insurance

4.  The policy period will end on the day and hour stated in the cancellation notice.

5.  Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

© 2006 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000259

**WC 40 06 05 B**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**Nonrenewal**

1.  We may elect not to renew. We will mail or deliver to you and your agent not less than 60 days advance written notice stating our intention not to renew this policy. Mailing notice to you at your last known address will be sufficient to prove notice.

2.  A notice of nonrenewal is not required if the policyholder is transferred to an insurer that is a member of the same insurance group as the previous insurer and notice of such transfer is given in the form adopted by rule by the Division of Insurance.

3.  The policy provisions control if the policy provides for a notice of refusal to renew that exceeds 60 days.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**                Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                       Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                              Countersigned By _____

© 2006 National Council on Compensation Insurance, Inc.

INSURED COPY

Page 2 of 2

EXHIBIT A Page 000260

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 42 03 01 F

# TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

### GENERAL SECTION

B. **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D. **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

### PART ONE-WORKERS COMPENSATION INSURANCE

E. **Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

F. **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

H. **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

### PART TWO-EMPLOYERS LIABILITY INSURANCE

C. **Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D. **We Will Defend**

This Section is amended by deleting the last sentence.

### PART FOUR-YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

6. Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

Page 1 of 3

INSURED COPY

EXHIBIT A Page 000261

**WC 42 03 01 F**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

### PART FIVE-PREMIUM

A.  **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C.  **Remuneration**

Number 2 is amended to read:

2.  All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E.  **Final Premium**

Number 2 is amended to read:

2.  If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

### PART SIX-CONDITIONS

A.  **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C.  **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D.  **Cancelation** is amended to read:

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Workers' Compensation Commission.

3.  Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

a.  Fraud in obtaining coverage;

b.  Misrepresentation of the amount of payroll for purposes of premium calculation;

c.  Failure to pay a premium when payment was due;

d.  An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

e.  A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.  If another insurance company notifies the Texas Workers' Compensation Commission that it is insuring you as an employer, such notice shall be a cancelation of this policy effective when the other policy starts.

Page 2 of 3

INSURED COPY

EXHIBIT A Page 000262

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 42 03 01 F

### PART SEVEN-OUR DUTY TO YOU FOR CLAIM NOTIFICATION

A.  **Claims Notification**

We are required to notify you of any claim that is filed against your policy.  Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Workers' Compensation Commission.  You may, in writing, elect to waive this notification requirement.

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates.  We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request.  The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY.  IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, P.O. BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771.  THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

INSURED COPY

EXHIBIT A Page 000263

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                WC 42 03 04 A

POLICY NUMBER: **ZAWCI9199300**

# TEXAS WAIVER OF OUR RIGHT
# TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

The premium for this endorsement is shown in the Schedule.

Schedule

1. ☐   Specific Waiver
       Name of person or organization



   ☒   Blanket Waiver
       Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver.
       **AS REQUIRED BY WRITTEN
       CONTRACT OR AGREEMENT PRIOR TO
       A LOSS**

2.  Operations:   **ALL OPERATIONS OF THE INSURED**



3.  Premium:

    The premium charge for this endorsement shall be      **2**   percent of the premium developed on payroll in con-
    nection with work performed for the above person(s) or organization(s) arising out of the operations described.

4.  Advance Premium:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**                Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                            Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                        Countersigned By _____

DATE OF ISSUE: **03-17-10**

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 42 04 07

# TEXAS - AUDIT PREMIUM AND RETROSPECTIVE PREMIUM ENDORSEMENT

Section D. of Part Five of the policy is replaced by the following provision:

### PART FIVE - PREMIUM

**D.      Premium Payments**

You will pay all premium when due.   You will pay the premium even if part or all of a workers compensation law is not valid.  The billing statement or invoice for audit additional premiums and/ or retrospective additional premiums establishes the date that the premium is due.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**      Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                              Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

Countersigned By _____

INSURED COPY

EXHIBIT A Page 000265

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 45 06 02**

POLICY NUMBER: ZAWCI9199300

## VIRGINIA AMENDATORY ENDORSEMENT

This endorsement applies only to the Virginia insurance provided by the policy because Virginia is shown in Item 3.A. of the Information Page.

For Virginia insurance, Part Six D. (Conditions - Cancelation) is replaced by:

1. You may cancel this policy. You must mail or deliver advance written notice to us. You must provide written notice of your cancelation, including the date of and reasons for the cancelation, to the Workers Compensation Commission.

2. We may cancel this policy. We will provide you with 30 days notice of cancelation. We will provide the Workers Compensation Commission with immediate notice of such cancelation. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

3. In the event of cancelation by you or us, you must provide 30 days written notice of the cancelation to your covered employees.

4. We may nonrenew your policy. We will provide 30 days notice to you and to the Workers Compensation Commission of our decision to nonrenew. This provision does not apply if you have obtained other insurance and that insurer has notified the Workers Compensation Commission that it is now providing your insurance.

5. If you fail to pay the premium due on this policy, we may cancel the policy by providing 10 days notice to you and to the Workers Compensation Commission.

DATE OF ISSUE: 03-17-10

Copyright 1993 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000266

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 45 06 04**

POLICY NUMBER: ZAWCI9199300

## VIRGINIA CONTRACTING CLASSIFICATION PREMIUM
## ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Virginia Contracting Classification Premium Adjustment factor.  The factor was not available when the policy was issued.  If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

DATE OF ISSUE:  03-17-10

Copyright 1996 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000267

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 48 03 01 C**

(Ed. 12-07)

POLICY NUMBER: **ZAWCI9199300**

### WISCONSIN LIMITED OTHER STATES INSURANCE ENDORSEMENT

"Part Three-Other States Insurance" of the policy is replaced by the following:

**PART THREE OTHER STATES INSURANCE**

**A.  How This Insurance Applies**

  1.  We will pay promptly when due the benefits required of you by the workers compensation law of a state other than Wisconsin if all of the following conditions are met:

   a.  The employee claiming benefits was either hired under a contract of employment made in Wisconsin, or was, at the time of injury, principally employed in Wisconsin; and

   b.  The employee claiming benefits is not claiming benefits in a state where, at the time of injury, (i) you had other workers compensation insurance coverage, or (ii) you were, by virtue of the nature of your work in that state, required by that state's law to have obtained separate workers compensation insurance coverage, or (iii) you are an authorized self-insurer or participant in a self-insured group plan; and

   c.  The duration of the work being performed by the employee claiming benefits in the state for which the employee is claiming benefits does not exceed 30 days in a given calendar quarter.

  2.  If we are not permitted to pay the benefits directly to persons entitled to them and all of the above conditions are met, we will reimburse you for the benefits required to be paid.

  3.  This insurance does not apply to fines or penalties arising out of your failure to comply with the requirements of the workers compensation law of any state.

### IMPORTANT NOTICE!

**If you hire any employees outside of Wisconsin or work in any state other than Wisconsin, you should do whatever may be required under that state's law, as this endorsement does not provide coverage for, and does not satisfy the requirements of, that state's workers compensation law.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
    **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**     Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                          Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                    Countersigned By _____

DATE OF ISSUE: **03-17-10**

**WC 48 03 01 C**
(Ed. 12-07)

INSURED COPY

EXHIBIT A Page 000268

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 48 06 01 C

POLICY NUMBER: ZAWCI9199300

# WISCONSIN LAW ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

This policy is amended to reflect the following changes and/ or additions to clarify or comply with Wisconsin Law:

I.      If our agent has knowledge of a change in or a violation of a policy condition, this will be considered our knowledge and will not void the policy or defeat a recovery for a claim.

II.     "Workers Compensation Law" means Chapter 102, Wisconsin Statutes.  It does not include and this policy does not apply to any obligation under Chapter 40, Wisconsin Statutes, or Section 66.191, Wisconsin Statutes, or any amendment to these laws.

III.    Any language involving "Actions Against Us" is replaced and amended to provide that no legal action may be brought against us until there has been full compliance with all the terms of this policy.

IV.     If any injury occurs that may be covered by this insurance, the policy is amended to provide that you must notify us of that injury as soon as reasonably possible.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 02-28-10 ˙     Policy No. ZAWCI9199300                    Endorsement No.

Insured ALLEGIANT PROFESSIONAL                                               Premium $ INCL.

Insurance Company ARCH INSURANCE COMPANY

                                                    Countersigned By _____

DATE OF ISSUE: 03-17-10

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 48 06 06 B

# WISCONSIN CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Wisconsin is shown in Item 3.A. of the Information Page.

The Cancellation Section (D) of the Part Six - Conditions is deleted and replaced by the following:

**A.    Cancellation**

1.    You may cancel this policy.  You must mail or deliver advance written notice to us stating when the cancellation is to take effect.  If you purchase replacement insurance, the cancellation becomes effective on the date the new coverage becomes effective.  If no replacement coverage is purchased, the cancellation will be effective thirty (30) days after receipt of written notice by the Wisconsin Compensation Rating Bureau.

2.    We may cancel this policy for any reason if the policy has been in effect for less than sixty (60) days.  If the policy is issued for a term longer than one year or for an indefinite term, we may cancel the policy for any reason on an annual anniversary of the policy effective date.  We may cancel the policy at any other time for the following reasons:

   a.    you fail to pay all premiums when due, however, we must deliver or mail, first class, not less than thirty (30) days advance written notice stating when the cancellation is to take effect;

   b.    a material misrepresentation;

   c.    a substantial breach of the obligations, conditions or warranties under the policy; or

   d.    a substantial change in the risk we assumed under the policy unless it was reasonable for us to foresee the change or expect the risk when we issued the policy.

3.    If we cancel for any permissible reason other than non-payment of premium, we must deliver or mail, first class, not less than* thirty (30) days notice stating when the cancellation is to take effect.  Mailing that notice to you  at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

4.    The policy period will end on the day and hour stated in a notice of cancellation.

**B.    Nonrenewal**

1.    You have the  right to have the insurance renewed unless we deliver or mail to you not less than* sixty (60) days advance written notice stating our intention not to renew this policy.

2.    We do not have to renew the insurance if you do not pay the renewal premium billing by the due date or if you accept replacement insurance, are insured elsewhere, requested or agree to nonrenewal, or if the policy is expressly designated as being nonrenewable.

3.    If we renew the insurance, we may use the policy forms, rates and rating plans we are then using for similar risks.  We may limit the policy to a term equivalent to the term of the expiring policy or one year whichever is less.

4.    If we offer to renew the policy on less favorable terms, we will mail or deliver written notice of the new terms by first class mail to you, the policy holder, at least sixty (60) days prior to the renewal date.  The definition of "terms" does not include manual rates, experience modification factors, or classification of risks.

INSURED COPY

EXHIBIT A Page 000270

WC 48 06 06 B                           WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

If we provide such notice within sixty (60) days prior to the renewal date, the new terms will not take effect until sixty (60) days after the notice is mailed or delivered, in which case, you, the policy holder, may elect to cancel the renewal policy at any time during the sixty (60) day period. The notice will include a statement of your right to cancel. If you elect to cancel the renewal policy during the sixty (60) day period, the return premium or additional premium charges shall be calculated proportionally on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that; (a) is less than 25%; or, (b) results from a change based on your action that alters the nature and extent of the risk insured against, including, but not limited to, a change in the classifications for the business.

\*        Any written agreement attached to and made a part of the policy, between the insurance carrier and policyholder which extends the cancellation or nonrenewal notification timeframe, will supercede the aforementioned notification requirements found in items A.3., and B.1., respectively.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **02-28-10**       Policy No. **ZAWCI9199300**          Endorsement No.

Insured **ALLEGIANT PROFESSIONAL**                                 Premium $ **INCL.**

Insurance Company **ARCH INSURANCE COMPANY**

                                     Countersigned By _____

**2 of 2**

INSURED COPY

EXHIBIT A Page 000271

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 52 06 02

POLICY NUMBER: ZAWCI9199300

# HAWAII NOTIFICATION ENDORSEMENT

This endorsement applies to the insurance provided by this policy because Hawaii is shown in Item 3.A of the Information Page.

Hawaii law requires that all policies issued to employers for workers compensation insurance disclose clearly to employers as separate figures the portion of the premium charged for categories (1) through (5) below. Category (6) is provided for informational purposes only so that the figures total 100%. These figures are provided below in Column A as percentages of standard premium because the rates are filed and approved on a standard premium basis. If the figures were not provided as percentages of standard premium, the percentages would vary by policy based on any premium discounts applied to the individual policy. Hawaii law also requires the disclosure of the percentages of premiums expended during the previous year by the insurer for claims paid in the same categories. These percentages are provided below in Column B based on the most recent available calendar year data. The figures in Column B may not total to 100% since premiums collected in any individual calendar year will not correspond exactly to the claims and expenses paid in that calendar year.

|      | Category | A | B |
|------|----------|------|------|
| (1) | Medical care, services, and supplies | 25.9 % | 25.8 % |
| (2) | Wage loss benefits including temporary total, temporary partial, and permanent total disability benefits and their related benefits | 9.7 % | 9.7 % |
| (3) | Indemnity benefits for permanent partial disability | 26.1 % | 26.1 % |
| (4) | Death benefits | 0.6 % | 0.6 % |
| (5) | Loss control and administrative costs, attorney's fees of the insurer, the cost of employer requested medical examinations and private investigation costs | 10.5 % | 3.4 % |
| (6) | Production costs, general expense, premium tax, Special Compensation Fund, miscellaneous tax Hawaii Hurricane Relief Fund | 27.2 % | 27.2 % |

DATE OF ISSUE: 03-17-10

Copyright 1995 National Council on Compensation Insurance, Inc.

INSURED COPY

EXHIBIT A Page 000272

**POLICYHOLDER NOTICE – ARKANSAS**

ACCIDENT PREVENTION and LOSS CONTROL ENGINEERING SERVICES

Arch Insurance Company is required to provide its policyholders with certain accident prevention services at no additional cost as required by Ark. Code Ann. § 11-9-409(d) and AWCC Rule 32. If you would like more information, please contact the Arch Loss Control Services Center at 1-888-411-2832, or LossControl@archinsurance.com. If you have any questions about this requirement, call the Health and Safety Division, Arkansas Workers' Compensation Commission at 1-800-622-4472.

05 ML0043 04 05 05

Page 1 of 1

INSURED COPY

EXHIBIT A Page 000273

## POLICYHOLDER NOTICE —CALIFORNIA

### LOSS CONTROL CONSULTATION SERVICES

In accordance with California's Department of Industrial Relations, Division of Occupational Safety and Health regulations, Arch Insurance Company provides loss control consultation services to its California Workers' Compensation policyholders.   These services are available at no additional charge to the policyholders.  The loss control consultation services offered by Arch Insurance Company include:

(a)   Evaluation of your need for loss control consultation services;

(b)   Assistance in evaluating records that may be pertinent to your illness and injury experience;

(c)   Identification of the factors most related to the losses experienced by your company;

(d)   Provision of partial or complete on-site health and safety surveys, which identify all reasonably discoverable significant workplace health and safety hazards;

(e)   Provision of industrial hygiene and safety evaluations to detect physical and chemical hazards of the workplace;

(f)   Evaluation of work practices and workplace design;

(g)   Formulation of recommended loss control measures for the reduction of losses or  the potential for losses;

(h)   Assistance in evaluating and improving your company's safety management practices; and

(i)   Assistance in identifying health and safety training needs and available resources.

If you would like more information about our loss control consultation services, please contact the Arch Loss Control Services Center at 1-888-411-2832 or LossControl@archinsurance.com.

Workers' Compensation insurance policyholders may register comments about the insurer's loss control consultation services by writing to: State of California, Department of Industrial Relations, Division of Occupational Safety and Health, P.O. Box 420603, San Francisco, CA 94142.

INSURED COPY

EXHIBIT A Page 000274

**POLICYHOLDER NOTICE – OREGON**

LOSS PREVENTION SERVICES

1.   In accordance with Oregon's Department of Consumer and Business Services regulations, Arch Insurance Company makes occupational health and safety loss prevention services available to all its workers' compensation insured employers in Oregon.  The loss prevention services and personnel providing the services meet the needs of the particular place of employment, special industry, or process, and include at least the following:

   (a)  Evaluation of your loss prevention needs;

   (b)  Assistance in evaluating records that may be pertinent to your illness and injury experience;

   (c)  An explanation of the Oregon Safe Employment Act and rules that apply to your particular place of employment;

   (d)  Provision of partial or complete on-site health and safety surveys, which identify all reasonably discoverable occupational safety and health hazards within the scope of the survey scheduled;

   (e)  Assistance with industrial hygiene and safety evaluations to detect physical and chemical hazards of the workplace, and implementation of engineering or administrative controls;

   (f)  Assistance with evaluating, obtaining, and maintaining personal protective equipment;

   (g)  Evaluation of work practices, workplace design, and assistance with job site modifications;

   (h)  Assistance in evaluating and improving your company's safety management practices;

   (i)  Assistance in identifying health and safety training needs and available resources; and

   (j)  Assistance with follow-up services to evaluate the effectiveness of previous services provided.

2.   **If you would like an on-site evaluation of your company's loss prevention service needs, if you would like more information about the availability of loss prevention services, or if you would like to obtain specific loss prevention services, please contact the Arch Loss Control Services Center at 1-888-411-2832, or LossControl@archinsurance.com.**

3.   Oregon Statutes 654.001 to 654.295, 654.750 to 654.780 and 654.991 constitute the Oregon Safe Employment Act.  An employer's responsibility to provide a safe and healthful workplace is established by this Act.  The principal provisions are: furnishing a safe place of employment, prohibiting the interference with safety devices or methods, and a duty to comply with safety and health orders, decisions and rules.  The Oregon Administrative Rules (Department of Insurance and Finance Regulations) require insurers to offer assistance in developing a loss prevention plan if your company has a claim frequency or severity greater than the state's average employer in the same industry.  The plan would promote self-sufficiency on your part to reduce injuries and illnesses, and would include a means to identify and control all reasonably discoverable occupational health and safety hazards.  Our obligation to assist ends if you decline these services; however, your obligation under the Act remains.

4.   As an Oregon workers' compensation policyholder, you have the right to make a complaint to the OR-OSHA Division if we fail to respond to your request for loss prevention services or if we otherwise fail to provide loss prevention services as offered or required.

5.   This policyholder notification must be distributed to each of your fixed places of employment in Oregon.

05 ML0043 38 05 05                                                                                          Page 1 of 1

INSURED COPY

EXHIBIT A Page 000275

## POLICYHOLDER NOTICE --TEXAS

### ACCIDENT PREVENTION and LOSS CONTROL ENGINEERING SERVICES

Arch Insurance Company is required by law to provide its policyholders with certain accident prevention services as required by the Texas Labor Code, §411.066, at no additional charge and return-to-work coordination services as required by Texas Labor Code §413.021 . If you would like more information please contact the Arch Insurance Company's Loss Control Services Center at 1-888-411-2832, or LossControl@archinsurance.com for accident prevention services or return-to-work coordination services. If you have any questions about this requirement, call the Division of Workers' Health and Safety, Texas Workers' Compensation Commission at 1-800-687-7080.

05 ML0043 44 09 05

INSURED COPY

**INDIANA NOTICE TO POLICYHOLDERS**

**REGARDING FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE**

**Questions regarding your policy or coverage should be directed to:**

**ARCH INSURANCE COMPANY**
**TEL:  (800)-817-3252**

We want you to know that you may contact the Indiana Department of Insurance if you have a complaint or seek assistance from the governmental agency that regulates insurance. To contact the Department of Insurance write or call:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/ idoi.

INSURED COPY

EXHIBIT A Page 000277

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                          00 WC0003 05

(Ed. 11-03)

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing promptly of such change. Failure to report such changes in a timely manner may result in a retroactive revision of the experience rating modification factor used to determine your premium.

00 WC0003 05
(Ed. 11-03)

© 1990 National Council on Compensation Insurance.

INSURED COPY

EXHIBIT A Page 000278

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**EARLIER NOTICE OF CANCELLATION PROVIDED BY US ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following —attached clause-- is to be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on            (Date) at 12:01 A.M. standard time, forms a part of

Policy No.    ZAWCI9199300           of the

_____

Insurance Company

Issued to    ALLEGIANT PROFESSIONAL

             (Named Insured)

_____

Authorized Representative

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2. of either the CANCELLATION Conditions or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule below.

All the terms and conditions of the Policy which are not inconsistent with this endorsement continue to apply.

**SCHEDULE**

**Number of Days' Notice: <u>90</u>.**

00 WC004 10 11 03                                                  Page 1 of 1

INSURED COPY

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Florida Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

National Council on Compensation Insurance, Inc.
Customer Service Center
901 Peninsula Corporate Circle
Boca Raton, Florida 33487

They will advise us of any premium credit applicable.

**If NCCI does not receive this application during the policy period or within three (3) years after the policy period ends, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state of Florida, report the *total* Florida payroll (excluding overtime premium pay, pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) and the corresponding *total* number of hours worked, *for the third calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.*

Note # 1.  If you did not engage in contracting operations during the third quarter of the prior calendar year, the requested information to be provided should then be for the last complete calendar quarter prior to the effective date of your workers compensation policy.

Note # 2.  If you are a new business submit the requested information, *for the first complete calendar quarter following the effective date of your workers compensation policy,* when available.

Note # 3.  In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Please preserve your payroll records that formed the basis for this declaration as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Sincerely,

**TURN PAGE OVER FOR PREMIUM CREDIT APPLICATION**

Form 09-4B (CCPAP)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

## WORKERS COMPENSATION—PREMIUM CREDIT APPLICATION

**INSURED:** ALLEGIANT PROFESSIONAL

**POLICY NO.:** ZAWCI9199300          **EFFECTIVE DATE:** 02-28-2010

**CARRIER NAME:** ARCH INSURANCE COMPANY

*Notice:* Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. *Contact your agent* if assistance is desired.

**Is this a new business?**     No ☐     Yes ☐

**If no,**     submit information for the **THIRD** calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.

**If yes,**     submit information for the **FIRST** complete calendar quarter following the effective date of your workers compensation policy.

The following is based on actual wages and hours worked, as reflected in our payroll records, for the complete calendar quarter ending _____.

"Contracting classifications" are those classifications subject to the following code numbers:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5221 | 5473 | 5537 | 6017 | 6235 | 7605 |
| 0050 | 5059 | 5222 | 5474 | 5551 | 6018 | 6236 | 7855 |
| 1322 | 5069 | 5223 | 5478 | 5606 | 6045 | 6237 | 8227 |
| 3365 | 5102 | 5348 | 5479 | 5610 | 6204 | 6251 | 9534 |
| 3719 | 5146 | 5402 | 5480 | 5613 | 6206 | 6252 | 9554 |
| 3724 | 5160 | 5403 | 5491 | 5645 | 6213 | 6260 | |
| 3726 | 5183 | 5437 | 5506 | 5651 | 6214 | 6306 | |
| 5020 | 5188 | 5443 | 5507 | 5703 | 6216 | 6319 | |
| 5022 | 5190 | 5445 | 5508 | 5705 | 6217 | 6325 | |
| 5037 | 5213 | 5462 | 5509 | 6004 | 6229 | 6400 | |
| 5040 | 5215 | 5472 | 5535 | 6006F | 6233 | 7538 | |

| CLASSIFICATION | CODE | TOTAL FLORIDA WAGES PAID[1] | TOTAL HOURS WORKED[2] |
|---|---|---|---|
| Example: Electrical Wiring | 5190 | $8,000 | 520.00 |
| **Contracting Classifications:** | | | |
| | | | |
| | | | |
| | | | |
| **Non-Contracting Classifications:** | | | |
| | | | |

[1] These figures are to exclude overtime premium pay (e.g., employee makes $16/hour and is paid time and one-half, only report the payroll based upon the $16/hour), pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, and as well as the entire pay for any exempt sole proprietor, partner, or officer. For each classification code, combine all wages for that code in a single entry. Employee names are not required.

[2] Including overtime hours.

Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, files a statement or claim or an application containing any false, incomplete, or misleading information, is guilty of a felony of the third degree.

**SIGNATURE:** _____     **POSITION:** _____     **DATE:** _____

Form 09-4B (CCPAP)

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

**VIRGINIA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM (CCPAP) WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Virginia Contracting Classification Premium Adjustment program is applicable to qualifying employers engaged in contracting operations and is applicable to policies with effective dates on or after January 1, 1997. In order to qualify for the program, more than 50% of your manual premium must be attributable to one or more contracting classifications (as designated in the program) and you must be experience rated.

A special premium calculation, which may result in a premium credit for you, will be based on hourly pay rates for each contracting classification. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to:

> National Council on Compensation Insurance, Inc.
> Customer Service Center
> 901 Peninsula Corporate Circle
> Boca Raton, Florida 33487-0998

NCCI will advise of any premium credit applicable.

**If NCCI does not receive this application within 180 days after policy inception or receipt of notification, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and noncontracting) covering your company's operations in the Commonwealth of Virginia, report the total Virginia payroll reported to the Virginia Employment Commission and the corresponding total number of hours worked, for the third calendar quarter (July, August, September) of the year preceding your anniversary rating date as reported to taxing authorities.

> Note # 1: If you did not engage in contracting operations during the third quarter, provide the requested information for the last complete calendar quarter prior to the anniversary rating date of your workers compensation policy.
>
> Note # 2: If you are a new business (no prior operations), submit the requested information for the first complete calendar quarter following the anniversary rating date of your workers compensation policy when available.
>
> Note # 3: In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week. Payroll for partners, sole proprietors, and corporate officers subject to contracting classifications will be allocated according to appropriate *Basic Manual* minimums and maximums.
>
> Note # 4: In the absence of a specific anniversary rating date being supplied on the application, it will be assumed that the policy effective date is the same as the anniversary rating date.

You must preserve your anniversary rating date and payroll records that formed the basis for this declaration because we are required to verify the reported information in order to apply any premium credit.

Thank you for your cooperation.

Sincerely,

Form 45-3A
© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

EXHIBIT A Page 000282

**WORKERS COMPENSATION—PREMIUM CREDIT APPLICATION**

INSURED __ALLEGIANT PROFESSIONAL__

POLICY NO. __ZAWCI9199300__    POLICY EFFECTIVE DATE __02-28-2010__    ANNIVERSARY RATING DATE (as defined in NCCI's *Basic Manual*)   __–__

CARRIER NAME:   __ARCH INSURANCE COMPANY__

Note:    Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. Contact your agent or carrier if assistance is desired.

Is this a new business?        No ☐    Yes ☐

If no,    submit information for the third calendar quarter (July, August, September) of the preceding calendar year as reported to taxing authorities.

If yes,    submit information for the first complete calendar quarter following the effective date of your workers compensation policy.

The following is based on actual wages and hours worked, as reflected in our payroll records, for the complete calendar quarter ending _____.

"Contracting classifications" are those classifications subject to the following code numbers:

| | | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| 0042 | 5037 | 5188 | 5437 | 5491 | 5651 | 6213 | 6252 | 7612 |
| 0050 | 5040 | 5190 | 5443 | 5506 | 5703 | 6214 | 6260 | 7613 |
| 1322 | 5057 | 5213 | 5445 | 5507 | 5705 | 6216 | 6306 | 7855 |
| 1605 | 5059 | 5215 | 5462 | 5508 | 6003 | 6217 | 6319 | 8227 |
| 3365 | 5067 | 5221 | 5472 | 5535 | 6005 | 6229 | 6325 | 9534 |
| 3719 | 5069 | 5222 | 5473 | 5537 | 6017 | 6233 | 6400 | 9554 |
| 3724 | 5102 | 5223 | 5474 | 5551 | 6018 | 6235 | 7538 | |
| 3726 | 5146 | 5348 | 5478 | 5606 | 6045 | 6236 | 7601 | |
| 5020 | 5160 | 5402 | 5479 | 5610 | 6204 | 6237 | 7605 | |
| 5022 | 5183 | 5403 | 5480 | 5645 | 6206 | 6251 | 7611 | |

| CLASSIFICATION | CODE | TOTAL VIRGINIA WAGES PAID* | TOTAL HOURS WORKED |
|---|---|---|---|
| Example: Electrical Wiring | 5190 | $8,000 | 520 |
| Contracting Classifications: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* For each classification code, combine all wages for that code in a single entry. Employee names are not required.

For each application classification (both contracting and noncontracting) covering your company's operations in the Commonwealth of Virginia, report the total Virginia payroll reported to the Virginia Employment Commission, as well as the entire pay for any exempt sole proprietor, partner, or officer, and the corresponding total number of hours worked, for the third calendar quarter (July, August, September) of the year preceding your anniversary rating date as reported to taxing authorities.

SIGNATURE: _____    POSITION: _____    DATE: _____

This application must be completed and signed or it will not be processed.

Form 45-3A
© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

**CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

| **For all applications except Hawaii:** | **For Hawaii applications only:** |
|---|---|
| National Council on Compensation Insurance, Inc. | National Council on Compensation Insurance, Inc. |
| Customer Service Center | Hawaii Service Center |
| 901 Peninsula Corporate Circle | 1001 Bishop Street, Suite 1550 |
| Boca Raton, Florida 33487 | American Savings Bank Building |
| | Honolulu, HI 96813 |

NCCI will advise us of any premium credit applicable.

**If NCCI does not receive this application within 180 days after policy inception, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state that this credit is being applied for (please note that each state that offers this credit requires a separate application), report the total payroll (excluding overtime premium pay, pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer), and the corresponding total number of hours worked for the third calendar quarter (July, August, September) of the year preceding your anniversary rating date.

Note # 1:  If you did not engage in contracting operations during the third quarter, the requested information to be provided should, then, be for the last complete calendar quarter prior to the anniversary rating date of your workers compensation policy.

Note # 2:  If you are a new business (no prior operations), submit the requested information for the first complete calendar quarter following the anniversary rating date of your workers compensation policy when available.

Note # 3:  In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Note # 4:  In absence of specific anniversary rating date being supplied on application, it will be assumed that the policy effective date is the same as the anniversary rating date.

Please preserve your anniversary rating date and payroll records that formed the basis for this declaration, as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Sincerely,

Form NC-5000

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED COPY

EXHIBIT A Page 000284

**CONTRACTING CLASSIFICATION—PREMIUM CREDIT APPLICATION**

INSURED:  ALLEGIANT PROFESSIONAL

BUSINESS SERVICES, INC.

STATE CREDIT BEING APPLIED FOR
(NOTE: one state per application):        HI

|  | | ANNIVERSARY RATING |
| --- | --- | --- |
| POLICY | POLICY | DATE (as defined in |
| NUMBER: ZAWCI9199300 | EFFECTIVE DATE: 02-28-2010 | NCCI's *Basic Manual*)        – |

CARRIER: ARCH INSURANCE COMPANY

NOTE: Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. Contact your agent or carrier if assistance is desired.

| CLASSIFICATION | CODE | TOTAL WAGES PAID | TOTAL HOURS WORKED |
| --- | --- | --- | --- |
| Example: Electrical Wiring | 5190 | $8,000 | 520 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Non-Contracting Classifications: |  |  |  |
|  |  |  |  |

The foregoing is based on actual wages (excluding overtime premium pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) **and hours worked as reflected in our payroll records for the complete calendar quarter.**

Complete Calendar Quarter (please circle one):

| 1st (1/ 1–3/ 31) | 2nd (4/ 1–6/ 30) |
| --- | --- |
| 3rd (7/ 1–9/ 30) | 4th (10/ 1–12/ 31) |

Calendar Year: _____

SIGNATURE: _____     POSITION: _____     DATE: _____

Form NC-5000

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

ALLEGIANT PROFESSIONAL BUSINESS
SERVICES, INC.
1590 SOUTH LEWIS STREET
ANAHEIM CA 92805

**CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

**For all applications except Hawaii:**
National Council on Compensation Insurance, Inc.
Customer Service Center
901 Peninsula Corporate Circle
Boca Raton, Florida 33487

**For Hawaii applications only:**
National Council on Compensation Insurance, Inc.
Hawaii Service Center
1001 Bishop Street, Suite 1550
American Savings Bank Building
Honolulu, HI 96813

NCCI will advise us of any premium credit applicable.

**If NCCI does not receive this application within 180 days after policy inception, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state that this credit is being applied for (please note that each state that offers this credit requires a separate application), report the total payroll (excluding overtime premium pay, pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer), and the corresponding total number of hours worked for the third calendar quarter (July, August, September) of the year preceding your anniversary rating date.

Note # 1:  If you did not engage in contracting operations during the third quarter, the requested information to be provided should, then, be for the last complete calendar quarter prior to the anniversary rating date of your workers compensation policy.

Note # 2:  If you are a new business (no prior operations), submit the requested information for the first complete calendar quarter following the anniversary rating date of your workers compensation policy when available.

Note # 3:  In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Note # 4:  In absence of specific anniversary rating date being supplied on application, it will be assumed that the policy effective date is the same as the anniversary rating date.

Please preserve your anniversary rating date and payroll records that formed the basis for this declaration, as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Sincerely,

Form NC-5000

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

EXHIBIT A Page 000286

## CONTRACTING CLASSIFICATION—PREMIUM CREDIT APPLICATION

**INSURED:** ALLEGIANT PROFESSIONAL

BUSINESS SERVICES, INC.

**STATE CREDIT BEING APPLIED FOR**
**(NOTE: one state per application):**   OR

**POLICY**
**NUMBER:** ZAWCI9199300

**POLICY**
**EFFECTIVE DATE:** 02-28-2010

**ANNIVERSARY RATING**
**DATE (as defined in**
NCCI's *Basic Manual*)   –

**CARRIER:** ARCH INSURANCE COMPANY

**NOTE:** Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. Contact your agent or carrier if assistance is desired.

| CLASSIFICATION | CODE | TOTAL WAGES PAID | TOTAL HOURS WORKED |
|---|---|---|---|
| Example: Electrical Wiring | 5190 | $8,000 | 520 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Non-Contracting Classifications: | | | |
| | | | |

**The foregoing is based on actual wages** (excluding overtime premium pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) **and hours worked as reflected in our payroll records for the complete calendar quarter.**

**Complete Calendar Quarter (please circle one):**

| 1st (1/ 1–3/ 31) | 2nd (4/ 1–6/ 30) |
|---|---|
| 3rd (7/ 1–9/ 30) | 4th (10/ 1–12/ 31) |

**Calendar Year:**

**SIGNATURE:**               **POSITION:**               **DATE:**

Form NC-5000

© Copyright 2007 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

EXHIBIT A Page 000287

**POLICYHOLDER DISCLOSURE**
**NOTICE OF TERRORISM**
**INSURANCE COVERAGE**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2007, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of Terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is _____30%_____ , and does not include any charges for the portion of losses covered by the United States government under the Act.

I ACKNOWLEDGE THAT I HAVE BEEN NOTIFIED THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER MY POLICY COVERAGE MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT, MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE MY COVERAGE AND I HAVE BEEN NOTIFIED OF THE PORTION OF MY PREMIUM ATTRIBUTABLE TO SUCH COVERAGE.

_____
Policyholder/ Applicant's Signature

_____
Print Name

_____
Date

Name of Insurer: ARCH INSURANCE COMPANY
Policy Number: ZAWCI9199300

© 2007 National Association of Insurance Commissioners

INSURED COPY

EXHIBIT A Page 000288

**POLICYHOLDER DISCLOSURE
NOTICE OF TERRORISM
INSURANCE COVERAGE**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2007, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of Terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is _____30%_____ , and does not include any charges for the portion of losses covered by the United States government under the Act.

Name of Insurer: ARCH INSURANCE COMPANY
Policy Number: ZAWCI9199300

© 2007 National Association of Insurance Commissioners

INSURED COPY

**Exhibit B**



Date:          2/11/2011

To:

Insured:       **Alltown Bus Service, Inc.**

Please be advised the above account is bound with Arch Insurance Company

Effective:              **12:01 AM 1/21/2011**
The policy number is: ZAWC19199300

Policy Limits:     E.L. Each Accident              $1,000,000
                   E.L. Disease – EA Employee $1,000,000
                   E.L. – Policy Limit              $1,000,000

Total Annual Estimated Payroll =    $ 8,200,000.00
Total Annual Estimated Premium = $   318,020.00

**If you have already collected/**received the down payment:
   ✓  Be sure to include the insured's name <u>as we have it listed above</u>
   ✓  Include any DBA name the insured may operate as
   ✓  And attach a copy of this binder to it before mailing to:

Payable to: Allegiant Professional

**If not previously submitted,** we must receive a <u>fully completed, signed Acord 130</u> ASAP along with any additional information our quote may have been subject to.

**Please report all claims to Allegiant Professional claim reporting numbers:**
**Direct Tel:**   (858) 798-1627
**Direct Fax:**   (858) 798-1544

Thank you! We appreciate your business!
Please let us know if you have any questions.

**Alyssa Wilcox**

**Allegiant Professional**

Exhibit C

# Proposal for Workers Compensation Coverage
# Presented To:

# *San Gabriel Transit*

## March 19, 2010

EXHIBIT C Page 000291

CLIENT:                           **San Gabriel Transit**

POLICY PERIOD:                          ANNUAL

## Workers Compensation Coverage

COVERAGE A:              BENEFITS

COVERAGE B:              EMPLOYER'S LIABILITY LIMITS

                         BODILY INJURY BY DISEASE        $1,000,000/EACH ACCIDENT
                         BODILY INJURY                   $1,000,000/POLICY LIMIT
                         BODILY INJURY BY DISEASE        $1,000,000/EACH EMPLOYEE

| STATE | DESCRIPTION | CLASS CODE | EST PAYROLL | RATE FACTOR* |
|-------|-------------|------------|-------------|--------------|
| CA | Drivers | 7382 | 20,293,973 | 10.72 |
| Ca | Clerical | 8810 | 10,630,029 | 1.57 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

- **RATE FACTOR INCLUDES TOTAL COSTS PER $100 OF PAYROLL FOR WORKERS COMPENSATION COVERAGE**

**Other Fees:**
➢ $ 1,000 chargeback per injury

**Coverage is provided by:**
**Arch Insurance Company**
**One Liberty Plaza, 53rd Floor**
**New York, NY 10006**

This quote expires 30 days from issue date of quote.

Coverage can be bound by signing below and submitting of the first months premium of $195,200.45 paid to National HR Companies, PO Box 1466, Columbia, MO 65205.

_____
Owners Signature

Issue Date of Quote: March 19, 2010              THANK YOU.

EXHIBIT C Page 000292