| Attorney or Party without Attorney:<br>JAMES E. FITZGERALD, Bar #108785<br>STROOCK & STROOCK & LAVAN LLP<br>2029 CENTURY PARK EAST<br>LOS ANGELES, CA 90067<br>Telephone No: (310) 556-5800    FAX No: (310) 556-5959 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>335390 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: ARCH INSURANCE COMPANY, ETC. | | | | |
| Defendant: ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., ETC., ET AL | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-11-01675-CAS-PJWx |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Certificate Of Interested Parties; Notice Of Assignment To United States Magistrate Judge For Discovery; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Clerk's Office Services For Attorneys And The General Public; Notice To Parties Of Adr Program; Adr Program Questionnaire; Ex Parte Applciation By Plaintiff Arch Insurance Company, Inc. For A Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Memorandum Of Points And Authorities; Declarations Of Richard Stock And Paul Pappas In Support Thereof; [Proposed] Temporary Restraining Order And Order To Show Cause; Civil Cover Sheet

3. a. Party served:  NATIONAL HR COMPANIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY WITH ITS PRINCIPAL PLACE OF BUSINESS IN MISSOURI
   b. Person served:  INCORP SERVICES, INC., AGENT AUTHORIZED TO ACCEPT SERVICE OF PROCESS, BY LEAVING WITH KELLY DISABATONO, PROCESS AGENT. (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served:  1201 ORANGE STREET
   SUITE 600
   WILMINGTON, DE 19899

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 28, 2011 (2) at: 2:25PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AMAR RAMAN
   b. NATIONWIDE LEGAL, INC.
   1609 JAMES M. WOOD BOULEVARD
   2ND FLOOR
   LOS ANGELES, CA 90015
   c. (213) 249-9999

   d. *The Fee for Service was:*
   e. I am: not a registered California process server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 01, 2011

   (AMAR RAMAN)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007        PROOF OF SERVICE                    335390.jamfi.169435