1  STROOCK & STROOCK & LAVAN LLP
   JAMES E. FITZGERALD (State Bar No. 108785)
2  jfitzgerald@stroock.com
   JASON R. BENDEL (State Bar No. 212774)
3  jbendel@stroock.com
   BRIAN FODERA (State Bar No. 246391)
4  bfodera@stroock.com
   2029 Century Park East, Suite 1600
5  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
6  Facsimile: 310-556-5959

7  Attorneys for Plaintiff
   Arch Insurance Company
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No. CV11-1675 CAS (PJWx) |
| Plaintiff, | [PROPOSED] AMENDED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |
| vs. | |
| ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual, | Case Filed: February 25, 2011 |
| Defendants. | |

LA 51375306

TO: DEFENDANTS:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at: 10:00 a.m. on March 28, 2011, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Christina A. Snyder, Courtroom 5, located at 312 N. Spring Street, Los Angeles, California 90012, why you, your agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be RESTRAINED AND ENJOINED pending trial of this action:

    1)     from issuing any binders, certificates or other purported documentary evidence of issuance of insurance by Arch Insurance Company; and

    2)     from destroying, shredding, deleting, spoliating or in any way taking any steps that would lead to spoliation of any and all documents, including in whatever hard copy or electronic format in which they may exist, that relate in any way to the 2008 Binder Agreement, the 2009 Binder Agreement and the 2010 Binder Agreement (between Arch and Allegiant), and the Policies issued by Arch to Allegiant, including, but not limited to, binders, certificates or other purported documentary evidence of issuance of insurance by Arch, employee lists, loss runs and claims files;

AND ORDERED:

    1)     to rescind, cancel and/or retrieve any binders, certificates of insurance or other purported documentary evidence of issuance of insurance by Arch Insurance Company; and

ALLEGIANT IS FURTHER ORDERED:

    2)     to submit, within 7 days of the date of this Order, to an inspection and audit of its books and records, including in whatever hard copy or electronic format in which they may exist, that in any way relate to

- 2 -

LA 51375306

the 2008 Binder Agreement, the 2009 Binder Agreement and the 2010 Binder Agreement (between Arch and Allegiant), and the 2008 Policy, the 2009 Policy and the 2010 Policy (collectively, "Policies") issued by Arch to Allegiant.

PENDING HEARING on the above Order to Show Cause, you, your agents, servants, employees and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED:

1) from issuing any binders, certificates or other purported documentary evidence of issuance of insurance by Arch Insurance Company; and

2) from destroying, shredding, deleting, spoliating or in any way taking any steps that would lead to spoliation of any and all documents, including in whatever hard copy or electronic format in which they may exist, that relate in any way to the 2008 Binder Agreement, the 2009 Binder Agreement and the 2010 Binder Agreement (between Arch and Allegiant), and the Policies issued by Arch to Allegiant, including, but not limited to, binders, certificates or other purported documentary evidence of issuance of insurance by Arch, employee lists, loss runs and claims files;

AND ORDERED:

3) to rescind, cancel and/or retrieve any binders, certificates of insurance or other purported documentary evidence of issuance of insurance by Arch Insurance Company; and

ALLEGIANT IS FURTHER ORDERED:

4) to submit, within 7 days of the date of this Order, to an inspection and audit of its books and records, including in whatever hard copy or electronic format in which they may exist, that in any way relate to the 2008 Binder Agreement, the 2009 Binder Agreement and the

LA 51375306

2010 Binder Agreement (between Arch and Allegiant), and the 2008 Policy, the 2009 Policy and the 2010 Policy (collectively, "Policies") issued by Arch to Allegiant.

The above Temporary Restraining Order is effective on Plaintiff's service of the Complaint and Ex Parte Application on the above-named Defendants.

This Order to Show Cause and supporting papers must be served on Defendant(s) no later than March 11, 2011, and proof of service shall be filed no later than 14 days before the hearing. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than 10 days before the date set for hearing, and proof of service shall be filed no later than 7 days before the hearing.

DATED: March 8, 2011

*Christina A. Snyder*

UNITED STATES DISTRICT JUDGE

- 4 -

LA 51375306