*Attorney or Party without Attorney:*
JAMES E. FITZGERALD, Bar #108785
STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067
Telephone No: (310) 556-5800   FAX No: (310) 556-5959

*Ref. No. or File No.:* 338504

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* ARCH INSURANCE COMPANY, a Missouri corporation
*Defendant:* ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation

**PROOF OF SERVICE**

*Case Number:* CV11-1675 CAS (PJWx)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; NOTICE TO COUNSEL.

3. a. Party served: NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability company with its principal place of business in Missouri
   b. Person served: CHRIS BALL, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: 1301 VANDIVER DRIVE
   SUITE L
   COLUMBIA, MO 65201

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 10, 2011 (2) at: 2:40PM

7. Person Who Served Papers:
   a. MIKE PERRY
   b. NATIONWIDE LEGAL, INC.
      1609 JAMES M. WOOD BLVD.
      2ND FLOOR
      LOS ANGELES, CA 90015
   c. 213-249-9999

   d. The Fee for Service was:
   e. I am: not a registered California process server

   Recoverable Cost Per CCP 1033.5(a)(4)(B)



JERRILYN CAREY
My Commission Expires
April 7, 2014
Boone County
Commission #10436982

*Jerrilyn Carey, Notary* (signature)

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Fri, Mar. 11, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

*mike p* (signature)
(MIKE PERRY)

338504.jamfi.170233