1 | LAW OFFICE OF ANDREW L. JONES, P.C.
2 | Andrew L. Jones (Texas Bar No. 24012919)
| *ajones@andrewjoneslaw.com*
3 | 5400 LBJ Freeway, Suite 1200
| Dallas, Texas 75240
4 | Telephone: 214-979-0100
5 | Facsimile: 214-979-0101
6 |
| PISTONE & WOLDER, LLP
7 | Eric Medel (State Bar No. 211808)
| *emedel@PistoneWolder.com*
8 | 2020 Main Street, Suite 900
9 | Irvine, California 92614
| Telephone: 949-622-8980
10 | Facsimile: 949-622-8985
11 |
12 | Attorneys for Defendants
| National HR Companies, LLC,
13 | David Jatho and Roy Hombs
14 |
| UNITED STATES DISTRICT COURT
15 |
| CENTRAL DISTRICT OF CALIFORNIA
16 |
17 |

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No. CV11-01675 CAS (PJWx) |
| Plaintiff, | APPLICATION BY ANDREW L. JONES, ATTORNEY FOR DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS, TO APPEAR PRO HAC VICE |
| vs. | |
| ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada Corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN | [(Proposed) Order Lodged Concurrently]  Case Filed: February 24, 2011 |

1  BONAR, an individual; COLIN )
2  NIVEN BONAR, an individual; )
   DAVID GOLDBERG, an individual; )
3  NORMAN TIPTON, an individual; )
4  JOHN CAPEZZUTO, an individual; )
   DAVID JATHO, an individual; ROY )
5  HOMBS, an individual; and HUGH )
6  JAMES AGNEW, an individual, )
                                )
7                    Defendants. )
8                                )
                                )
9  _____ )
10

11       I, Andrew L. Jones, file this application to appear pro hac vice before the

12  Court.

13  **A. Application**

14

15       1.      My full name is Andrew Lange Jones.

16       2.      I am an attorney and practice under the law firm name of Law Office of

17  Andrew L. Jones, P.C.

18       3.      My office address, telephone number, fax number, and e-mail address

19  are as follows: 5400 LBJ Freeway, Suite 1200, Dallas, Texas 75240; telephone

20  number 214-979-0100; fax number 214-979-0101; ajones@andrewjoneslaw.com.

21       4.      I have been retained by Defendants National HR Companies, LLC,

22  David Jatho, and Roy Hombs to provide legal representation in this case.

23       5.      Since November 3, 1999, I have been and presently am a member in

24  good standing of the bar of the highest court of the State of Texas.

25       6.      I have been admitted to practice in the following courts: United States

26  District Court, Northern District of Texas since August 21, 2000.

27       7.      I have not been the subject of a grievance proceeding or an involuntary

28  removal proceeding while a member of the bar of any state or federal court.

PISTONE & WOLDER LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN ST., STE. 900
IRVINE, CALIFORNIA 92614
TELEPHONE (949) 622-8980

8.    I have not been charged, arrested, or convicted of a criminal offense or offenses.

9.    In the past three years, I have not applied to appear pro hac vice before this Court.

10.    I have applied to appear pro hac vice before other Courts. I have permission to appear pro hac vice in the United States District Court, Northern District of Illinois

11.    I designate Eric J. Medel, a member of the law firm Pistone & Wolder, LLP, as local counsel of record to assist me in this case. Mr. Medel's office address, e-mail address, telephone number, and fax number are as follows: 2020 Main Street, Suite 900, Irvine, California 92614; telephone number 949-622-8980; fax number 949-622-8985; emedel@PistoneWolder.com.

12.    I certify that I have read and am familiar with the local civil rules of this Court and that I will abide by and comply with these rules.

### B. Conclusion

13.    For the reasons stated above, I, Andrew L. Jones, ask the Court to grant this application and allow me to appear pro hac vice before this Court until the conclusion of this case.

Respectfully submitted,

Dated:  March 18, 2011

LAW OFFICE OF ANDREW L. JONES, P.C.
Attorneys at Law


By:_____/S/_____

ANDREW L. JONES
Attorneys for Defendants
NATIONAL HR COMPANIES, LLC,
DAVID JATHO and ROY HOMBS

PISTONE & WOLDER LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN ST., STE. 900
IRVINE, CALIFORNIA 92614
TELEPHONE (949) 622-8980

PISTONE & WOLDER, LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN STREET, SUITE 900
IRVINE, CALIFORNIA 92614-8203
TELEPHONE: (949) 622-8980

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 18, 2011, I served, in the manner indicated below, the foregoing document described as:

APPLICATION BY ANDREW L. JONES, ATTORNEY FOR DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS, TO APPEAR PRO HAC VICE

on the interested parties to this action as follows:

James E. Fitzgerald          jfitzgerald@stroock.com
Jason R. Bendel              jbendel@stroock.com
Brian Fodera                 bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐ (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☒ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 18, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant