LAW OFFICE OF ANDREW L. JONES, P.C.
Andrew L. Jones (Texas Bar No. 24012919)
ajones@andrewjoneslaw.com
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: 214-979-0100
Facsimile: 214-979-0101

PISTONE & WOLDER, LLP
Eric Medel (State Bar No. 211808)
emedel@PistoneWolder.com
2020 Main Street, Suite 900
Irvine, California 92614
Telephone: 949-622-8980
Facsimile: 949-622-8985

Attorneys for Defendants
National HR Companies, LLC,
David Jatho and Roy Hombs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada Corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN | Case No. CV11-01675 CAS (PJWx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION BY ANDREW L. JONES, ATTORNEY FOR DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS, TO APPEAR PRO HAC VICE<br><br>Case Filed: February 24, 2011 |

PISTONE & WOLDER LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN ST., STE. 900
IRVINE, CALIFORNIA 92614
TELEPHONE (949) 622-8980

| | |
|---|---|
| 1 | BONAR, an individual; COLIN ) |
| 2 | NIVEN BONAR, an individual; ) |
|   | DAVID GOLDBERG, an individual; ) |
| 3 | NORMAN TIPTON, an individual; ) |
| 4 | JOHN CAPEZZUTO, an individual; ) |
|   | DAVID JATHO, a individual; ROY ) |
| 5 | HOMBS, an individual; and HUGH ) |
|   | JAMES AGNEW, an individual, ) |
| 6 | ) |
| 7 | Defendants. ) |
| 8 | ) |

After considering Andrew L. Jones's application to appear pro hac vice, the Court GRANTS Andrew L. Jones's application and ORDERS that Andrew L. Jones be allowed to appear pro hac vice until the conclusion of this case.

DATED: March ___, 2011

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/S/
_____
Andrew L. Jones

[PROPOSED] ORDER
2

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 18, 2011, I served, in the manner indicated below, the foregoing document described as:

[PROPOSED] ORDER GRANTING APPLICATION BY ANDREW L. JONES, ATTORNEY FOR DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS, TO APPEAR PRO HAC VICE

on the interested parties to this action as follows:

James E. Fitzgerald        jfitzgerald@stroock.com
Jason R. Bendel            jbendel@stroock.com
Brian Fodera               bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐ (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☒ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 18, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant