LAW OFFICE OF ANDREW L. JONES, P.C.
Andrew L. Jones (Texas Bar No. 24012919)
ajones@andrewjoneslaw.com
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: 214-979-0100
Facsimile: 214-979-0101

PISTONE & WOLDER, LLP
Eric Medel (State Bar No. 211808)
emedel@PistoneWolder.com
2020 Main Street, Suite 900
Irvine, California 92614
Telephone: 949-622-8980
Facsimile: 949-622-8985

Attorneys for Defendants
National HR Companies, LLC,
David Jatho and Roy Hombs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No. CV11-01675 CAS (PJWx) |
| Plaintiff, | CERTIFICATE OF INTERESTED PARTIES |
| vs. | |
| ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada Corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN | Case Filed: February 24, 2011 |

BONAR, an individual; COLIN )
NIVEN BONAR, an individual; )
DAVID GOLDBERG, an individual; )
NORMAN TIPTON, an individual; )
JOHN CAPEZZUTO, an individual; )
DAVID JATHO, an individual; ROY )
HOMBS, an individual; and HUGH )
JAMES AGNEW, an individual, )
)
              Defendants. )
)
)

      Pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned counsel of record for Defendants National HR Companies, LLC, David Jatho and Roy Hombs certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Plaintiff Arch Insurance Company;

    2.    Arch Insurance Group Inc., parent company of Arch Insurance Company;

    3.    Defendant Allegiant Professional Business Services, Inc.;

    4.    Defendant National HR Companies, LLC;

    5.    Defendant Archway Insurance Services, LLC;

    6.    Defendant Brian Bonar;

    7.    Defendant Colin Niven Bonar;

    8.    Defendant David Goldberg;

    9.    Defendant Norman Tipton;

    10.    Defendant John Capezzuto;

    11.    Defendant David Jatho;

PISTONE & WOLDER LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN ST., STE. 900
IRVINE, CALIFORNIA 92614
TELEPHONE (949) 622-8980

1   12.   Defendant Roy Hombs; and

2   13.   Defendant Hugh James Agnew.

3

4   Dated: March 18, 2011          LAW OFFICE OF ANDREW L. JONES, P.C.
                                   Attorneys at Law

                                   By: /S/
                                   ANDREW L. JONES
                                   Attorneys for Defendants
                                   NATIONAL HR COMPANIES, LLC,
                                   DAVID JATHO and ROY HOMBS

CERTIFICATE OF INTERESTED PARTIES
3

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF ORANGE      )

    I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

    On March 18, 2011, I served, in the manner indicated below, the foregoing document described as:

CERTIFICATE OF INTERESTED PARTIES

on the interested parties to this action as follows:

| | |
|---|---|
| James E. Fitzgerald | jfitzgerald@stroock.com |
| Jason R. Bendel | jbendel@stroock.com |
| Brian Fodera | bfodera@stroock.com |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐   (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☒   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

    I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

    Executed on March 18, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant