LAW OFFICE OF ANDREW L. JONES, P.C.
Andrew L. Jones (Texas Bar No. 24012919)
ajones@andrewjoneslaw.com
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: 214-979-0100
Facsimile: 214-979-0101

PISTONE & WOLDER, LLP
Eric Medel (State Bar No. 211808)
emedel@PistoneWolder.com
2020 Main Street, Suite 900
Irvine, California 92614
Telephone: 949-622-8980
Facsimile: 949-622-8985

Attorneys for Defendants
National HR Companies, LLC,
David Jatho and Roy Hombs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada Corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN | Case No. CV11-01675 CAS (PJWx)<br><br>DECLARATION OF ROY HOMBS IN SUPPORT OF RESPONSE BY DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS TO EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>[Response filed and [Proposed] Order lodged concurrently |

DECLARATION OF ROY HOMBS

| | |
|---|---|
| BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>　　　　Defendants. | Case Filed: February 24, 2011 |

I, Roy Hombs, hereby declare:

　　1.　　I am the Chief Financial Officer of National HR Companies, LLC ("National HR"). I submit this declaration in support of the Response by Defendants National HR Companies, LLC, David Jatho and Roy Hombs to Arch's Ex Parte Application For A Temporary Restraining Order And An Order To Show Cause Re: Preliminary Injunction. If called as a witness in this case, I could and would competently testify to the following facts, all of which are within my personal, first-hand knowledge.

　　2.　　As the Chief Financial Officer of National HR, my responsibilities include insurance coverage for National HR's clients. As such, I am familiar with the Arch policy that covered National HR's clients.

　　3.　　Any rescission, cancellation and/or retrieval of binders, certificates of insurance or other evidence of issuance of insurance by Arch would irreparably injure National HR by destroying National HR's good will with its clients, and could put National HR out of business.

\\
\\
\\
\\

DECLARATION OF ROY HOMBS

4. National HR did not falsely represent to insureds that coverage had been bound with Arch and that Arch would pay workers' compensation claims sustained by its workers.

I declare under penalty of perjury and under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 18th day of March 2011, at Columbia, Missouri.

_____
Roy Hombs

PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 18, 2011, I served, in the manner indicated below, the foregoing document described as:

DECLARATION OF ROY HOMBS IN SUPPORT OF RESPONSE BY DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS TO EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

on the interested parties to this action as follows:

James E. Fitzgerald           jfitzgerald@stroock.com
Jason R. Bendel               jbendel@stroock.com
Brian Fodera                  bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐   (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☒   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 18, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant