1  LAW OFFICE OF ANDREW L. JONES, P.C.
2  Andrew L. Jones (Texas Bar No. 24012919)
   ajones@andrewjoneslaw.com
3  5400 LBJ Freeway, Suite 1200
   Dallas, Texas 75240
4  Telephone: 214-979-0100
5  Facsimile: 214-979-0101

6
   PISTONE & WOLDER, LLP
7  Eric Medel (State Bar No. 211808)
   emedel@PistoneWolder.com
8  2020 Main Street, Suite 900
9  Irvine, California 92614
   Telephone: 949-622-8980
10 Facsimile: 949-622-8985

11
   Attorneys for Defendants
12 National HR Companies, LLC,
13 David Jatho and Roy Hombs

14
                       UNITED STATES DISTRICT COURT
15
                       CENTRAL DISTRICT OF CALIFORNIA
16

17
18 ARCH INSURANCE COMPANY, a  )  Case No. CV11-01675 CAS (PJWx)
   Missouri corporation,      )
19                            )
                Plaintiff,    )  [PROPOSED] ORDER DENYING
20                            )  IN PART THE EX PARTE
21 vs.                        )  APPLICATION BY PLAINTIFF
                              )  ARCH INSURANCE COMPANY,
22                            )  INC. FOR A TEMPORARY
   ALLEGIANT PROFESSIONAL     )  RESTRAINING ORDER AND AN
23 BUSINESS SERVICES, INC., a )  ORDER TO SHOW CAUSE RE:
24 Nevada Corporation; NATIONAL )  PRELIMINARY INJUNCTION
   HR COMPANIES, LLC, a Delaware )
25 Limited Liability Company with its )
26 principal place of business in )
   Missouri; ARCHWAY INSURANCE )
27 SERVICES, LLC, a Pennsylvania )
                              )  Case Filed: February 24, 2011
28 Limited Liability Company; BRIAN )

---
[PROPOSED] ORDER

| | |
|---|---|
| 1  BONAR, an individual; COLIN | ) |
| 2  NIVEN BONAR, an individual; | ) |
|    DAVID GOLDBERG, an individual; | ) |
| 3  NORMAN TIPTON, an individual; | ) |
|    JOHN CAPEZZUTO, an individual; | ) |
| 4  DAVID JATHO, a individual; ROY | ) |
| 5  HOMBS, an individual; and HUGH | ) |
|    JAMES AGNEW, an individual, | ) |
| 6  | ) |
| 7                Defendants. | ) |
| 8  | ) |

After considering the Ex Parte Application by Plaintiff Arch Insurance Company, Inc. for a Temporary Restraining Order and an Order to Show Cause Re: Preliminary Injunction; Memorandum of Points and Authorities; Declarations or Richard Stock and Paul Pappas in Support Thereof and the Response by Defendants National HR Companies, LLC, David Jatho and Roy Hombs, the Court

DENIES the motion as to "2) ordering Defendants to rescind, cancel and/or retrieve any binders, certificates of insurance or other purported documentary evidence of issuance of insurance by Arch;".

DATED: March ___, 2011

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/
_____
Andrew L. Jones

[PROPOSED] ORDER
2

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 18, 2011, I served, in the manner indicated below, the foregoing document described as:

[PROPOSED] ORDER DENYING IN PART THE EX PARTE APPLICATION BY PLAINTIFF ARCH INSURANCE COMPANY, INC. FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

on the interested parties to this action as follows:

James E. Fitzgerald          jfitzgerald@stroock.com
Jason R. Bendel              jbendel@stroock.com
Brian Fodera                 bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐   (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☒   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 18, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant