| | |
|---|---|
| 1 | LAW OFFICE OF ANDREW L. JONES, P.C. |
| 2 | Andrew L. Jones (Texas Bar No. 24012919) |
|   | ajones@andrewjoneslaw.com |
| 3 | 5400 LBJ Freeway, Suite 1200 |
| 4 | Dallas, Texas 75240 |
|   | Telephone: 214-979-0100 |
| 5 | Facsimile: 214-979-0101 |

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

PISTONE & WOLDER, LLP
Eric Medel (State Bar No. 211808)
emedel@PistoneWolder.com
2020 Main Street, Suite 900
Irvine, California 92614
Telephone: 949-622-8980
Facsimile: 949-622-8985

Attorneys for Defendants
National HR Companies, LLC,
David Jatho and Roy Hombs

**DENIED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARCH INSURANCE COMPANY, a Missouri corporation,

    Plaintiff,

vs.

ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada Corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN

Case No. CV11-01675 CAS (PJWx)

[~~PROPOSED~~] ORDER GRANTING REQUEST FOR PERMISSION FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANTS NATIONAL HR COMPANIES, LLC, DAVID JATHO AND ROY HOMBS AT THE HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Date: March 28, 2011
Time: 10:00 a.m.
Courtroom 5

[PROPOSED] ORDER

| | |
|---|---|
| BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual, <br><br>    Defendants. | Case Filed: February 24, 2011 |

The request by attorney Andrew L. Jones to appear telephonically at the hearing on the Order to Show Cause Re: Preliminary Injunction, set on March 28, 2011 at 10:00 a.m., is GRANTED.

DATED: March 25, 2011



_____
U.S. DISTRICT JUDGE

DENIED

[PROPOSED] ORDER
2