Name and address:
Andrew L. Jones, Esq. (Texas Bar No. 24012919)
Law Office of Andrew L. Jones, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, TX 75240

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Arch Insurance Company | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV11-01675-CAS-PJWx |
| v. | |
| Allegiant Professional Business Services, Inc., et al. | AMENDED |
| Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Andrew L. Jones _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: National HR Companies, LLC, D. Jatho, and R. Hombs by whom I have been retained.

My business information is:
Law Office of Andrew L. Jones, P.C.
*Firm Name*
5400 LBJ Freeway, Suite 1200
*Street Address*
Dallas, TX 75240                              ajones@andrewjoneslaw.com
*City, State, Zip*                              *E-Mail Address*
214-979-0100                                  214-979-0101
*Telephone Number*                            *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| United States District Court, Northern District of Texas | 8/21/2000 |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Eric Medel _____ as local counsel, whose business information is as follows:

Pistone & Wolder, LLP
*Firm Name*

2020 Main Street, Suite 900
*Street Address*

Irvine, CA 92614
*City, State, Zip*

emedel@PistoneWolder.com
*E-Mail Address*

949-622-8980
*Telephone Number*

949-622-8985
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  3-24-11

Andrew L. Jones
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  3-29-11

Eric Medel
*Designee's Name (please print)*

*Designee's Signature*

211808
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 23, 2011


RE:   **Mr. Andrew Lange Jones**
      State Bar Number - **24012919**

To Whom it May Concern:

This is to certify that Mr. Andrew Lange Jones was licensed to practice law in Texas on November 03, 1999 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


Linda A. Acevedo
Chief Disciplinary Counsel

LA/pv

**Sara Gonzalez**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, March 18, 2011 4:23 PM |
| **To:** | Sara Gonzalez |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: CACD CM ECF
Pay.gov Tracking ID: 252SSE42
Agency Tracking ID: 0973-8375506
Transaction Type: Sale
Transaction Date: Mar 18, 2011 7:22:46 PM


Account Holder Name: Sara L. Gonzalez
Transaction Amount: $275.00
Billing Address: 2020 Main Street
City: Irvine
State/Province: CA
Zip/Postal Code: 926148203
Country: USA
Card Type: Visa
Card Number: ************4470

1

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 30, 2011, I served, in the manner indicated below, the foregoing document described as:

*AMENDED* APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

on the interested parties to this action as follows:

James E. Fitzgerald          jfitzgerald@stroock.com
Jason R. Bendel              jbendel@stroock.com
Brian Fodera                 bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐ (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be served by electronic mailing to the electronic mail addresses of the parties listed above.

☒ (BY REGULAR MAIL) I caused such envelope(s) to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)]

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 30, 2011, at Irvine, California.

Sara L. Gonzalez, Declarant