Name & Address:
Andrew L. Jones, Esq. (Texas Bar No. 24012919)
Law Office of Andrew L. Jones, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, TX 75240

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arch Insurance Company | CASE NUMBER: |
| Plaintiff(s) | CV11-01675-CAS-PJWx |
| v. | |
| Allegiant Professional Business Services, Inc., et al. | ORDER ON  AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of Andrew L. Jones , of Law Office of Andrew L. Jones, P.C., 5400 LBJ Fwy., Ste. 1200, Dallas, TX 75240
_____Applicant's Name_____        _____Firm Name / Address_____

214-979-0100                                    ajones@andrewjoneslaw.com
_____Telephone Number_____         _____E-mail Address_____

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person National HR Companies, LLC, D. Jatho, and R. Hombs

and the designation of Eric Medel , State Bar No. 211808
_____Local Counsel Designee /State Bar Number_____

of Pistone & Wolder, LLP, 2020 Main Street, Ste 900, Irvine, CA 92614
_____Local Counsel Firm / Address_____

949-622-8980                                    emedel@PistoneWolder.com
_____Telephone Number_____         _____E-mail Address_____

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                              U. S. District Judge/U.S. Magistrate Judge

PROOF OF SERVICE

STATE OF CALIFORNIA )
                        ) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, at the law firm of PISTONE & WOLDER, LLP (2020 Main Street, Suite 900, Irvine, California 92614-8203). I am over the age of 18 and not a party to the within action.

On March 30, 2011, I served, in the manner indicated below, the foregoing document described as:

ORDER ON *AMENDED* APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

on the interested parties to this action as follows:

James E. Fitzgerald          jfitzgerald@stroock.com
Jason R. Bendel              jbendel@stroock.com
Brian Fodera                 bfodera@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067

☐  (BY OVERNITE EXPRESS) I caused such envelope(s) to be deposited in the Overnite Express depository at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with Overnite Express each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)

☐  (BY ELECTRONIC MAIL) I caused such document(s) to be served by electronic mailing to the electronic mail addresses of the parties listed above.

☒  (BY REGULAR MAIL) I caused such envelope(s) to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)]

☐  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to the offices of the parties listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct.

Executed on March 30, 2011, at Irvine, California.

_____
Sara L. Gonzalez, Declarant

PISTONE & WOLDER, LLP
A LIMITED LIABILITY PARTNERSHIP
2020 MAIN STREET, SUITE 900
IRVINE, CALIFORNIA 92614-8203
TELEPHONE: (949) 622-8980