STROOCK & STROOCK & LAVAN LLP
JAMES E. FITZGERALD (State Bar No. 108785)
JASON R. BENDEL (State Bar No. 212774)
BRIAN FODERA (State Bar No. 246391)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail: *lacalendar@stroock.com*

Attorneys for Plaintiff
Arch Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>Defendants. | Case No. CV11-1675 CAS (PJWx)<br><br>DECLARATION OF BRIAN FODERA IN SUPPORT OF ARCH INSURANCE COMPANY'S EX PARTE APPLICATION FOR AN ORDER PERMITTING IMMEDIATE DISCOVERY PRIOR TO PRELIMINARY INJUNCTION HEARING<br><br>[Ex Parte Application filed and [Proposed] Order lodged concurrently] |

-1-

LA 51394723

## DECLARATION OF BRIAN FODERA

I, Brian Fodera, hereby declare:

1. I am an attorney licensed to practice law in front of the United States District Court for the Southern District of California. I am an associate with the law firm of Stroock & Stroock & Lavan LLP, counsel of record for Plaintiff Arch Insurance Company. This declaration is submitted in support of Plaintiff's Ex Parte Application for an Order Permitting Immediate Discovery Prior to Preliminary Injunction Hearing. The following is based on my personal knowledge.

2. On March 30, 2011, I telephoned Robert Hinton of Archer Norris, counsel for Defendants Allegiant Professional Business Services, Inc., Brian Bonar, Colin Niven Bonar, John Capezzuto and David Goldberg, and informed Mr. Hinton that Arch would be bringing an ex parte application for an order permitting immediate discovery in connection with Arch's application for a preliminary injunction. I informed Mr. Hinton that Arch seeks to serve document subpoenas on third-party brokers American Business Insurance Services, LLC, Alternative Risk Company, Inc., R-T Specialty Insurance Services, LLC, and Wells Fargo Insurance Services USA, Inc. (collectively, the "Brokers"). Mr. Hinton informed me that he was not sure whether his clients would oppose Arch's application.

3. On March 30, 2011, I telephoned John Mayers of Mulvaney Kahan & Barry, counsel for Defendant Norman Tipton and informed him that Arch would be bringing the ex parte application for an order permitting Arch to serve document subpoenas on the Brokers. Mr. Mayers informed me that his client likely would not oppose Arch's application.

4. On March 30, 2011, I telephoned Eric Medel of Pistone & Wolder, counsel for Defendants National HR Companies, LLC, David Jatho and Roy Hombs, and informed him that Arch would be bringing the ex parte application for an order permitting Arch to serve document subpoenas on the Brokers. Mr. Medel informed me that he was not sure whether his clients would oppose Arch's application.

LA 51394723

1      5.    On March 30, 2011, I telephoned Tommy Gallardo of Nemecek & Cole, counsel for Defendants Archway Insurance Services, LLC, and Hugh James Agnews, and informed him that Arch would be bringing the ex parte application for an order permitting Arch to serve document subpoenas on the Brokers. Mr. Gallardo informed me that he was not sure whether his clients would oppose Arch's application.

    I declare under penalty of perjury and under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed this 31st day of March 2011 at Los Angeles, California.

_____
Brian Fodera

- 3 -

LA 51394723