```
1  STROOCK & STROOCK & LAVAN LLP
   JAMES E. FITZGERALD (State Bar No. 108785)
2  jfitzgerald@stroock.com
   JASON R. BENDEL (State Bar No. 212774)
3  jbendel@stroock.com
   BRIAN FODERA (State Bar No. 246391)
4  bfodera@stroock.com
   2029 Century Park East, Suite 1600
5  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
6  Facsimile: 310-556-5959

7  Attorneys for Plaintiff
   Arch Insurance Company
8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>Defendants. | Case No. CV11-1675 CAS (PJWx)<br><br>[PROPOSED] ORDER PERMITTING IMMEDIATE DISCOVERY IN CONNECTION WITH APPLICATION FOR PRELIMINARY INJUNCTION<br><br>Case Filed: February 25, 2011 |

LA 51394765

1    Having considered the Application of Plaintiff Arch Insurance Company
2 ("Arch"), the materials filed in support thereof and in opposition thereto, and the
3 argument of counsel, the Court finds that Arch has established that there is an urgent
4 need for limited discovery in the form of document subpoenas to third parties
5 American Business Insurance Services, Inc., Alternative Risk Company, Inc., R-T
6 Specialty Insurance Services, LLC, and Wells Fargo Insurance Services USA, Inc.
7 (collectively, the "Brokers").  Therefore, IT IS ORDERED that the Application is
8 GRANTED, and that Arch may serve documents subpoenas on the Brokers.
9    IT IS SO ORDERED.

11 DATED: _____     _____
12                              Judge of the District Court

LA 51394765

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51394765