1  Robert F. Hinton (Bar No. 98110)
   rhinton@archernorris.com
2  ARCHER NORRIS
   333 South Grand Avenue, Suite 1700
3  Los Angeles, CA 90071-1540
   Telephone: 213.437.4000
4  Facsimile: 213.437.4011

5  Attorneys for Defendants
   ALLEGIANT PROFESSIONAL BUSINESS
6  SERVICES, INC., BRIAN BONAR, COLIN
   NIVEN BONAR, DAVID GOLDBERG and JOHN
7  CAPEZZUTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>Defendants. | Case No. CV 11 01675 CAS PJWx<br><br>**DECLARATION OF ROBERT F. HINTON IN SUPPORT OF ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC.'S OPPOSITION TO ARCH INSURANCE COMPANY'S EX PARTE APPLICATION FOR EXPEDITED AND LIMITED DISCOVERY FROM THIRD PARTIES; EXHIBIT THERETO**<br><br>**Courtroom: No. 5**<br><br>[Courtroom of the Honorable Christina A. Snyder] |

A0250001/1140203-1                                   DECLARATION OF ROBERT F. HINTON

1  I, ROBERT HINTON, declare as follows:

2  1.  I am an attorney at law admitted to practice before all Courts in the State of California, including the United States District Court, Central District of California. I am a partner with the law firm of ARCHER NORRIS, in residence in the Los Angeles office. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

3  2.  A true and accurate copy of excerpts of the April 18, 2011 Court Transcript of the hearing before this Court in this above-referenced matter are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 16th day of May, 2011 in Los Angeles, California.

_____
Robert Hinton, Declarant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

HONORABLE CHRISTINA A. SNYDER, DISTRICT JUDGE PRESIDING

---

| | |
|---|---|
| ARCH INSURANCE COMPANY, ) | |
|     PLAINTIFF, ) | |
|     VS. ) | CASE NO. CV 11-1675-CAS |
| ) | 10:13 A.M. TO 10:37 A.M. |
| ALLEGIANT PROFESSIONAL BUSINESS ) SERVICES, INC., ET AL., ) | |
|     DEFENDANTS. ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS
MOTIONS CALENDAR

LOS ANGELES, CALIFORNIA
MONDAY, APRIL 18, 2011

MARGARET J. BABYKIN
COURT REPORTER
442 - U. S. DISTRICT COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012
(626) 963-0566

Exh. A-1

1  VERY CLEAR ANSWER AT THIS MOMENT. SO, I THINK THAT'S WHAT
2  DISCOVERY IS FOR.
3       BUT I THINK IN THE MEANTIME I DO INTEND TO ISSUE AN
4  INJUNCTION ALONG THE LINES I HAVE DISCUSSED BECAUSE I CERTAINLY
5  DON'T THINK WE SHOULD INTERFERE WITH VALID CONTRACTS WHERE ARCH
6  HAS GIVEN AUTHORIZATION. BUT IF WE HAVE ANY INSURANCE
7  CONTRACTS OUT THERE, POLICYHOLDERS THEMSELVES CERTAINLY DESERVE
8  TO KNOW THAT NO PARTY BELIEVES THAT THOSE POLICIES HAVE BEEN
9  PROPERLY ISSUED, THAT THEY'VE BEEN FRAUDULENTLY ISSUED. AND
10 THEY AREN'T GOING TO OFFER -- BE HONORED. SO, I THINK THAT'S
11 WHERE WE ARE.
12      MR. JONES: THANK YOU, YOUR HONOR.
13      THE COURT: ANYONE ELSE WISH TO BE HEARD?
14      MR. GALLARDO: I DO, YOUR HONOR.
15      THE COURT: YES.
16      MR. GALLARDO: TOMMY --
17      THE COURT: WHY DON'T YOU GO TO THE LECTERN AND HELP
18 THE REPORTER OUT.
19      MR. GALLARDO: THANK YOU, YOUR HONOR.
20      TOMMY GALLARDO FOR DEFENDANTS HUGH JAMES AGNEW AND
21 ARCHWAY INSURANCE SERVICES, LLC.
22      THE COURT: YOU'RE THE BROKER, RIGHT?
23      MR. GALLARDO: THAT'S CORRECT, YOUR HONOR.
24      THE COURT: I SHOULD SAY IN FAIRNESS I DON'T THINK
25 ANYTHING HAS BEEN SHOWN AGAINST THE BROKER.

Exh. A-2

1  THE ONLY DOCUMENT THAT LINKS MY CLIENT TO THIS ENTIRE
2  MATTER IS THE ALYSSA WILCOX SINGLE STATEMENT.  THAT STATEMENT
3  HAS BEEN DENIED ON MULTIPLE OCCASIONS.  FIRST IN AN AFFIDAVIT
4  THAT PRECEDED THE FILING OF THIS COMPLAINT.  A SECOND
5  DECLARATION THAT WAS FILED WITH YOUR HONOR.
6  WE HAVE SHOWN, WE BELIEVE AFFIRMATIVELY, IN OUR
7  PAPERS THAT THAT DOCUMENT IS ITSELF A BOGUS COUNTERFEIT
8  DOCUMENT.  IT DID NOT ISSUE FROM MY CLIENT.  BUT, YET, WE'RE
9  STILL BEING THROWN IN THE SAME NET AS OTHER DEFENDANTS.  AND IT
10 SEEMS QUITE UNFAIR.
11 WE WOULD BE INTERESTED IN ENTERING INTO A STIPULATION
12 WITH ARCH.  BUT THE INJUNCTIVE RELIEF ALONE IS DAMNING TO MY
13 CLIENTS.  SOMEONE IS OUT THERE SENDING COPIES OF THIS COMPLAINT
14 AND THE TRO TO EVERY BROKER IN THE COUNTRY THAT DEALS WITH MY
15 CLIENT.  MY CLIENT IS BEING HUNG BEFORE THEY HAVE A CHANCE TO
16 DEFEND THEMSELVES.  IT'S JUST PATENTLY UNFAIR.
17 AND WE WOULD ASK ONLY THAT YOUR HONOR TAKE A GOOD
18 LOOK AT THE EVIDENCE THAT HAS BEEN PUT BEFORE THIS COURT BY
19 ARCH WITH REGARD TO OUR CLIENT SPECIFICALLY, ALLEGIANT.  THERE
20 IS NOTHING.
21 THE COURT:  WELL, I THINK I HAVE LOOKED AT THE
22 EVIDENCE.  AND I THINK I'VE TOLD YOU WHAT THE PROBLEM IS.
23 THE PROBLEM IS THERE IS A SERIOUS QUESTION.  I AM NOT
24 SAYING THAT ARCH HAS DEMONSTRATED PROBABILITY OF SUCCESS ON THE
25 MERITS.  THERE IS SIMPLY A SERIOUS QUESTION.  AND THE PROBLEM

Exh. A-3

```
 1  IS THERE IS IRREPARABLE INJURY.
 2          NOW, IF YOU ALL CAN REACH SOME SORT OF STIPULATION
 3  UPON WHICH I WOULD SIGN AN ORDER, I AM HAPPY TO DO THAT.
 4          BUT I MEAN, THE PROBLEM IS -- AND I HAVE SAID IT FIVE
 5  TIMES.  AND I DON'T WANT TO BELABOR IT -- IS THAT WHOEVER IS
 6  ISSUING ARCH POLICIES WITHOUT AUTHORITY, SOMEONE IS OUT THERE
 7  DOING IT.  AND WE HAVE POLICYHOLDERS WHO ARE SUFFERING -- GOING
 8  TO SUFFER IRREPARABLE INJURY AS IS ARCH UNLESS THEY'RE NOTIFIED
 9  THAT THE POLICIES ARE NOT GOING TO BE HONORED.  AND THAT IS
10  JUST THE FACT OF THE SITUATION.
11          NO ONE IS TRYING TO INJURE YOUR CLIENT.  I UNDERSTAND
12  THAT YOU DENY ANY WRONGDOING.  BUT I CAN'T ON THIS RECORD WHEN
13  THERE IS A SERIOUS QUESTION SAY TO YOU THAT NO INJUNCTION IS
14  WARRANTED.
15          BUT IF YOU GUYS CAN AGREE ON SOMETHING THAT SATISFIES
16  BOTH OF YOU, I'LL SIGN AN ORDER ON IT.  OKAY.
17          MR. HINTON:  THANK YOU, YOUR HONOR.
18          THE COURT:  THANK YOU.
19          MR. FITZGERALD.
20          MR. FITZGERALD:  YES, YOUR HONOR.
21          I DON'T THINK I NEED TO ADDRESS WHAT MR. HINTON JUST
22  RAISED BECAUSE WE HAVE DOCUMENTS AND EMAILS GALORE THAT INVOLVE
23  MR. BONAR.  SO, I WON'T SAY ANY MORE ON THAT.
24          THE ONLY THING I WOULD SAY WITH REGARD TO ARCHWAY IS
25  THAT SINCE THEY'RE THE ONES WHO ISSUED THESE CERTIFICATES, PART
```

Exh. A-4