John A. Mayers, Esq. (CSB #149149)
jmayers@mkblaw.com
Patrick L. Prindle, Esq. (CSB # 87516)
pprindle@mkblaw.com
MULVANEY, KAHAN & BARRY LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981

Attorneys for Defendant
NORMAN TIPTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>    Plaintiff,<br><br> v.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>    Defendants. | CASE NO. 2:11-cv-01675-CAS-PJW<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT BY NORMAN TIPTON<br><br>DATE: August 1, 2011<br>TIME: 10:00 a.m.<br>CRTRM: 5<br>JUDGE: Hon. Christina A. Snyder |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORDS:**

PLEASE TAKE NOTICE THAT on August 1, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5 before the Honorable Christina A. Snyder of the above-entitled court located at 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Defendant NORMAN TIPTON

1

1  ("TIPTON"), will, and hereby does, move this Court for an Order to Dismiss
2  Plaintiff's First Amended Complaint.
3        This Motion is made following the conferences of counsel pursuant to L.R.
4  7-3 which took place during the week of June 20, 2011, and is based on the instant
5  Notice, the Memorandum of Points and Authorities, the Declaration of John A.
6  Mayers in support of the Motion attached hereto, the pleadings and papers on file
7  herein, and any and all documents properly before this Court at the time of the
8  hearing.

DATED: June 28, 2011         MULVANEY, KAHAN & BARRY LLP

By:   /s/ John A. Mayers
     John A. Mayers
     Patrick L. Prindle
     Attorneys for Defendant
     NORMAN TIPTON

TIPN.101.254617.1

LAW OFFICES
**MULVANEY, KAHAN & BARRY**
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981