John A. Mayers, Esq. (CSB #149149)
jmayers@mkblaw.com
Patrick L. Prindle, Esq. (CSB # 87516)
pprindle@mkblaw.com
MULVANEY, KAHAN & BARRY LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone:  619 238-1010
Facsimile:  619 238-1981

Attorneys for Defendant
NORMAN TIPTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>       Plaintiff,<br><br> v.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>       Defendants. | CASE NO. 2:11-cv-01675-CAS-PJW<br><br>DECLARATION OF JOHN A. MAYERS IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT BY NORMAN TIPTON<br><br>DATE:  August 1, 2011<br>TIME:   10:00 a.m.<br>CRTRM: 5<br>JUDGE:  Hon. Christina A. Snyder |

   I, John A. Mayers, declare as follows:

   1.   I am an attorney at law duly licensed to practice before all courts of the State of California.  I am a member with Mulvaney, Kahan & Barry LLP, attorneys for Defendant NORMAN TIPTON ("TIPTON").

///

2.  The statements made herein are based upon my personal knowledge of the facts and circumstances of this case.  If called upon as a witness, I could and would competently testify thereto.

3.  On June 23, 2011, I spoke with Attorney Brian Fodera, counsel for Plaintiff ARCH INSURANCE COMPANY ("Plaintiff") and requested that TIPTON be dismissed from the instant action.  Attorney Brian Fodera listened to my request and responded that his client was not in a position to dismiss TIPTON from Plaintiff's instant action.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 28, 2011 at San Diego, California.

/s/ John A. Mayers

_____

John A. Mayers

TIPN.101.254619.1