John A. Mayers, Esq. (CSB #149149)
jmayers@mkblaw.com
Patrick L. Prindle, Esq. (CSB # 87516)
pprindle@mkblaw.com
MULVANEY, KAHAN & BARRY LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981

Attorneys for Defendant
NORMAN TIPTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation; NATIONAL HR COMPANIES, LLC, a Delaware Limited Liability Company with its principal place of business in Missouri; ARCHWAY INSURANCE SERVICES, LLC, a Pennsylvania Limited Liability Company; BRIAN BONAR, an individual; COLIN NIVEN BONAR, an individual; DAVID GOLDBERG, an individual; NORMAN TIPTON, an individual; JOHN CAPEZZUTO, an individual; DAVID JATHO, an individual; ROY HOMBS, an individual; and HUGH JAMES AGNEW, an individual,<br><br>Defendants. | CASE NO. 2:11-cv-01675-CAS-PJW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT BY NORMAN TIPTON PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)**<br><br>DATE: August 1, 2011<br>TIME: 10:00 a.m.<br>CRTRM: 5<br>JUDGE: Hon. Christina A. Snyder |

**[PROPOSED] ORDER**

The motion of Defendant NORMAN TIPTON to dismiss Plaintiff's First Amended Complaint came on regularly for hearing on Monday, August 1, 2011 at 10:00 a.m. in Courtroom 5 of the above-entitled court.

1  After considering the moving and opposition papers, arguments of
2  counsel and all other matters presented to the Court, IT IS HEREBY
3  ORDERED THAT the motion is GRANTED.  Plaintiff's First Amended
4  Complaint against NORMAN TIPTON is dismissed, with prejudice.

DATED: _____     _____
　　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　　United States District Judge

TIPN.101.255569.1

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981