UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1675 CAS (PJWx) | Date | May 16, 2012 |
|---|---|---|---|
| Title | ARCH INSURANCE COMPANY v. ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                                            Not Present

**Proceedings:**     (In Chambers:) COUNSEL'S MOTION TO WITHDRAW
(filed 04/16/12)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing currently scheduled for May 21, 2012, is hereby vacated, and the matter is taken under submission.

On April 16, 2012, Marc. S. Williams and One LLP (collectively "counsel") filed the instant motion to withdraw as attorneys for defendant Dino Miliotis based on Mr. Miliotis' failure to pay fees and his failure to communicate.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear pro se or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3.

Counsel asserts that Mr. Miliotis has failed to pay for counsel's services despite counsel's repeated requests for payment beginning no later than March 1, 2012. Declaration of Marc S. Williams ("Williams Decl.") ¶ 5. Counsel further asserts Mr. Miliotis is no longer responding to communications from counsel. Williams Decl. ¶¶ 6–7.

The Court concludes that counsel has made a sufficient showing of good cause, and thus hereby GRANTS counsel's motion to be relieved. Counsel is hereby ordered to provide defendant with notice of this order in accordance with Local Rule 83-2.9.2.3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1675 CAS (PJWx) | Date | May 16, 2012 |
|---|---|---|---|
| Title | ARCH INSURANCE COMPANY v. ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., et al. | | |

Counsel shall attach a copy of this order to its notice, and shall otherwise comply with all applicable rules of professional responsibility.

   IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |