STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEGIANT PROFESSIONAL BUSINESS SERVICES, INC., a Nevada corporation, et al.,<br><br>    Defendants. | Case No. CV11-1675-CAS (PJWx)<br><br>[The Honorable Christina A. Snyder]<br><br>STIPULATED JUDGMENT |

LA 51548306

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in this Action in favor of Plaintiff and against Defendants Allegiant Professional Business Services, Inc., Brian Bonar, Colin Niven Bonar, Allegiant Management Services Corporation, Smart-Tek Automated Services, Inc., Smart-Tek Solutions, Inc., Smart-Tek Services, Inc., Dalrada Financial Corporation, Dalrada Management Consulting Corporation and American Marine, LLC, d/b/a AMS Outsourcing in the amount of $100,000, which is the total amount of payments that have not been made under Paragraph 1 of the parties' Settlement Agreement as of the date of entry of this judgment.

It is further ordered that the clerk shall enter this Judgment forthwith.

IT IS SO ORDERED.

DATED: March 19, 2014  _____

United States District Judge

-1-

LA 51548306